# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA  DIVISION

IN RE SKANSKA USA CIVIL
SOUTHEAST INC AND SKANSKA
USA INC.,

                                     **CASE NO.**       **3:20cv5980-RV/MJF**

_____/

## NOTICE OF TELEPHONIC HEARING

**TAKE NOTICE** a proceeding in this case has been scheduled for the place, date and time set forth below:

| | |
|---|---|
| **Place:** | Winston E Arnow Federal Building<br>100 North Palafox Street<br>Pensacola, Florida 32502 |
| **Location:** | Judge Vinson's Chambers |
| **Date:** | April 29, 2021 |
| **Time:** | 10:30 A.M. |
| **Proceeding:** | BRIEF CONFERENCE<br>before the Honorable Roger Vinson, Senior United States District Judge |

**JESSICA J. LYUBLANOVITS,**
**CLERK OF COURT**

April 26, 2021
DATE:

/**s**/ *Sylvia Williams*

Deputy Clerk

Copies furnished to:

Counsel of Record