**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK



# MEMORANDUM

| | |
|---|---|
| **DATE:** | April 26, 2021 |
| **TO:** | Counsel/Parties of Record |
| **FROM:** | Sylvia Williams, Courtroom Deputy to Senior U.S. District Judge Roger Vinson |
| **RE:** | **Conference Call Instructions**<br>**3:20cv5980-RV/MJF**<br>**IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA INC.** |

The following conference call instructions are being provided to counsel of record in order to connect to AT&T Reservationless Conferencing for their telephonic appearances at the Telephone Conference scheduled on **Thursday, April 29, 2021, at 10:30 AM (CDT) / 11:30 PM (EDT)** before Senior U.S. District Judge Roger Vinson.

Please dial into the conference call at least 10 - 15 minutes prior to the scheduled hearing time shown above. Court staff will be dialing into the conference call as the host. It is advised that you use a land line phone if possible, cell phone connections are sometimes inaudible and the quality of the audio connection is compromised by these devices. Please remember to mute your phone when you are not speaking and identify yourself when you speak. Also, do not place your phone on hold; otherwise, everyone will hear your office "music on hold."

- To connect to the conference call please dial: **1-888-684-8852**
- When you are prompted for the access code, enter: **3771331#**
- The court will connect as the host, please skip that step.
- When you are prompted for the security code, enter: **3205980#**

If you have questions in advance of the hearing, feel free to contact me at (850) 470-8141 or via email sylvia_williams@flnd.uscourts.gov. Should your call become disconnected at any time during the hearing, just repeat the instructions above to re-connect. Thank you.