# United States District Court
## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Time Commenced: 10:30am | Case #: 3:20cv5980-RV/MJF |
| Time Concluded: 10:56am | Date: April 29, 2021 |

**DOCKET ENTRY:** Telephonic Conference. Order to be entered.

PRESENT: HONORABLE **Roger Vinson**, SENIOR U.S. DISTRICT JUDGE

| Sylvia Williams | Phipps Reporting | Tim Inacio |
|---|---|---|
| Deputy Clerk | Court Reporter | Law Clerk |

Style of Case: **In Re Skanska USA Civil Southeast Inc and Skanska USA Inc.**

Attorneys for Petitioner:

    Harold Watson
    Scott Remington
    Jeremy Branning
    Andrew Spencer

Attorneys for Respondents/Claimants:

Sam Geisler, Stephen Echsner, Thomas Gonzalez, Robert Kelly, Emanuella Paulos

Filed in open court: 4/29/2021
Deputy Clerk Initials: SW