# IN RE: SKANSKA USA CIVIL SOUTHEAST, INC. AND SKANSKA USA, INC. EXONERATION FROM OR LIMITATION OF LIABILITY DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 3:20-cv-05980-RV-MJF, Dkt. No. 7.**

JUDGE ROGER VINSON

## CLAIM IN LIMITATION--JOINDER IN CLAIM AND MASTER ANSWER— INTERVENTION AND JOINDER IN MASTER COMPLAINTS – CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *In re Skanska USA Civil Southeast Inc. and Skanska USA, Inc., as Owners of the Barge KS 5531 Praying for Exoneration From or Limitation of Liability,* Case No. 3:20-cv-05980-RV-MJF;[1] adopt and incorporate the Master Answer [Dkt. 66] and/or intervene into, join, and otherwise adopt the Master Claim [Dkt. 60] for damages arising from barges 460007, CBR 758, KS 6011, and KS 5531, which impacted the Pensacola Bay Bridge.

| Last Name Schreiber | First Name John | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Phone Number (850)382-5035 | | E-Mail Address rolldat49@gmail.com | |
| Address 2020 Curry Circle | | City / State / Zip Pensacola, FL 32504 | |

| INDIVIDUAL CLAIM [x] | BUSINESS CLAIM [ ] |
|---|---|
| Name John Schreiber | Business Name |
| Occupation Hospitality/Restaurant Staff | Type of Business |
| Address 2020 Curry Circle | Address |
| City / State / Zip Pensacola, FL 32504 | City / State / Zip |
| Last 4 digits of your Social Security Number 0126 | Last 4 digits of your Tax ID Number |

| Attorney Name Brian Barr, Esq. | Firm Name Levin Papantonio Rafferty |
|---|---|
| Address 316 S. Baylen St. Suite 600 | City / State / Zip Pensacola, FL 32502 |
| Phone Number (850) 435-7045 | E-Mail Address bbarr@levinlaw.com |

Claim Type (Please check all that apply):
- [x] Earnings/Profit Loss/Commuting Expenses
- [ ] Other:_____
- [ ]

---

[1] *See* Dkt. No. 7, Notice to Claimants, filed 12/14/2020. To note: all Limitations proceedings were consolidated before Judge Vinson on February 15, 2021 [Dkt. No. 9]. **This form should be filed with the U.S. District Court for the Northern District of Florida, 100 N. Palafox Street, Pensacola, Florida 32502**, in Civil Action No. 3:20-cv-05980 and with Defense Counsel at the following address: Kenneth H. Tribuch, Chaffe McCall LLP, 801 Travis, Suite 1910 Houston, Texas 77002.

**Brief Description:**

1. Whether you are an individual or business, for earnings/profit loss claims, please include either your annual salary / hourly wage or your annual profit(s) in the two years before Hurricane Sally struck the Gulf Coast on September 16, 2020.

---

---

---

---

---

---

---

2. If you claim lost earnings/profits/income, please state the approximate amount of loss you have experienced since the Pensacola Bay Bridge closed on September 16, 2020.

---

---

---

---

---

---

---

3. If you claim commuting expenses, please state the approximate increase in commuting expenses that you attribute to the Pensacola Bay Bridge Outage.

While Mr. Schreiber still suffers from Skanska's actions, the approximate number of expenses

spent at this time is $2,940. This claimant reserves the right to supplement additional financial

information as it becomes available.

---

---

---

4.  If you checked "other" as your claim type, please describe the injury, as well as how and when it was sustained.

_____

_____

_____

_____

_____

_____


By signing this form, Claimant agrees to share the information provided above and any accompanying documents with the Defendants in Case No. 3:20-cv-05980-RV-MJF.

/s/ Brian H. Barr   Digitally signed by /s/ Brian H. Barr
                    Date: 2021.05.03 09:45:08 -05'00'
_____
Claimant or Attorney Signature

Brian H. Barr
_____
Print Name

5/3/2021
_____
Date