# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION — IN ADMIRALTY

IN RE SKANSKA USA CIVIL
SOUTHEAST INC. AND
SKANSKA USA INC., AS OWNERS
OF THE BARGE KS 5531, PRAYING
FOR EXONERATION FROM OR
LIMITATION OF LIABILITY
_____/

Case No. 3:20cv5980-RV/MJF

## ORDER

On April 29, 2021, claimants' counsel filed a claim on behalf of the Portofino Master Homeowners Association, Inc. (doc. 620). I own a condominium in Portofino and am a member of the HOA, so under the law I must, and do, hereby recuse myself from further proceedings in this consolidated case. The clerk is directed to reassign this case to another judge in this district.

DONE and ORDERED this 3rd day of May 2021

/s/ Roger Vinson
ROGER VINSON
Senior United States District Judge