# IN RE: SKANSKA USA CIVIL SOUTHEAST, INC. AND SKANSKA USA, INC. EXONERATION FROM OR LIMITATION OF LIABILITY DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 3:20-cv-05980-RV-MJF, Dkt. No. 7.

**JUDGE ROGER VINSON**

**CLAIM IN LIMITATION--JOINDER IN CLAIM AND MASTER ANSWER— DIRECT PROPERTY DAMAGE CLAIM  - INTERVENTION AND JOINDER IN MASTER COMPLAINTS – CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *In re Skanska USA Civil Southeast Inc. and Skanska USA, Inc., as Owners of the Barge KS 5531 Praying for Exoneration From or Limitation of Liability,* Case No. 3:20-cv-05980-RV-MJF;[1] adopt and incorporate the Master Answer [ #66  ] and/or intervene into, join, and otherwise adopt the Master Claim [ #60 ]

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| City of Pensacola | | | |

| Phone Number | E-Mail Address |
|---|---|
| 850-435-1603 | |

| Address | City / State / Zip |
|---|---|
| 222 W. Main Street | Pensacola, FL 32502 |

| Name of Property Owner(s) | Type of Property (Residence/Business/Other) |
|---|---|
| City of Pensacola | Governmental |

| Contact Name | Type of Business if applicable |
|---|---|
| Heather Lindsay | Governmental |

| Physical Address of Damaged/Destroyed Property | Current Mailing Address of Property Owner |
|---|---|
| Bayfront Parkway | 222 W. Main Street |

| City / State / Zip | City / State / Zip |
|---|---|
| Pensacola, FL 32502 | Pensacola, FL 32502 |

| Attorney Name | Firm Name |
|---|---|
| J. Michael Grimley, Jr. | Galloway Law Firm |

| Address | City / State / Zip |
|---|---|
| 118 E. Garden Street | Pensacola, FL 32502 |

| Phone Number | E-Mail Address |
|---|---|
| 850-436-7000 | JMGservice@gallowaylawfirm.com |

See Page 3 provides a listing fopr your selection of the involved Construction Barges by Original LLA and Number.

**Claim Type (Please check all that apply):**

☒ Destroyed or Damaged Physical Property

☐ Other:_____

---

[1] All Limitations proceedings were consolidated before Judge Vinson on February 15, 2021 [Dkt. No. 9]. **This form should be filed with the U.S. District Court for the Northern District of Florida, 100 N. Palafox Street, Pensacola, Florida 32502**, in Civil Action No. 3:20-cv-05980 and with Defense Counsel at the following address: Kenneth H. Tribuch, Chaffe McCall LLP, 801 Travis, Suite 1910 Houston, Texas 77002.

**Brief Description:**

1. Describe the physical damage to property you are claiming. Provide as much detail as possible as to the physical structures damaged or destroyed.

   The investigation into the nature and extent of damage to the property of the City of Pensacola is ongoing. However, it is currently known that four barges owned by Skanska broke loose from their moorings in Pensacola Bay and ran aground on the property of the City of Pensacola. The known damages resulting from the barge emplacement and/or barge removal activities of Skanska and/or its contractors, include three damaged stormwater outfall pipes and headwalls and cracked and broken concrete along the headwall. The damages include multiple areas along the sidewalks that are undercut due to the erosion of the slope face. The Gabion mattresses are now exposed and the metal caging is torn due to the heavy equipment used to remove the barges. The estimated cost for remediation of the damaged property exceed $500,000. This estimate may be supplemented as more damage is discovered.

2. If you checked "other" as your claim type, please describe the injury, as well as how and when it was sustained.

By signing this form, Claimant agrees to share the information provided above and any accompanying documents with the Defendants in Case No. 3:20-cv-05980-RV-MJF.

/s/ J. Michael Grimley, Jr.
Claimant or Attorney Signature

J. Michael Grimley, Jr.
Print Name

05/03/2021
Date

Select the Skanska Construction Barge that impacted your property, if you are uncertain of the identity of the particular construction barge involved, check "uncertain."

| Barge # | Case |
|---|---|
| ☐ KS 5531 | 3:20-cv-5980 |
| ☐ 460007 | 3:20-CV-5981 |
| ☐ CBR 758 | 3:20-RV-5982 |
| ☐ KS 6011 | 3:20-CV-5983 |
| ☐ KS 6010 | 3:20-CV-5984 |
| ☐ 470037 | 3:21-CV-0044 |
| ☐ M 8026 | 3:21-CV-0045 |
| ☐ KS 1453 | 3:21-CV-0047 |
| ☐ KS 4004 | 3:21-CV-0048 |
| ☒ KS 4015 | 3:21-CV-0050 |
| ☐ KS 5533 | 3:21-CV-0051 |
| ☐ 460005 | 3:21-CV-0052 |
| ☐ 470027 | 3:21-CV-0053 |
| ☐ KS 6013 | 3:21-CV-0054 |
| ☐ 471205 | 3:21-CV-0055 |
| ☐ M8002 | 3:21-CV-0056[2] |
| ☐ M 8021 | 3:21-CV-0057[3] |
| ☐ U 1511 | 3:21-CV-0058 |
| ☐ U 1506 | 3:21-CV-0060 |
| ☐ U 1505 | 3:21-CV-0061 |
| ☐ M 8033 | 3:21-CV-0062[4] |
| ☐ MCD 360 | 3:21-CV-0063 |
| ☐ Uncertain | |

Please see attached as Exhibit "A".

---

[2] The Skanska Exoneration and Limitation Complaint at 3:21-CV-00056 [Doc. 1] lists Barge KS 6013, however, the three attachments [Doc. 1-1, 1-2 and 1-3] concern Barge M 8002.

[3] The Skanska Exoneration and Limitation Complaint at 3:21-CV-00057 omits Brown and Adams as potential claimants impacted by Barge M 8021, however, it is believed the Brown and Adams claimants were impacted by Barge M8021.

[4] The Skanska Exoneration and Limitation Complaint at 3:21-CV-00062 includes Brown and Adams as potential claimants impacted by Barge M 8033, however, it is believed the Brown and Adams claimants were impacted by Barge M8021.