UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **IN THE MATTER OF IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC. AS OWNERS OF THE BARGE KS 5531 PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** § § § § § § § § § § § | **ADMIRALTY RULE 9(H)** <br><br><br> **CIVIL ACTION NO. 3:20-CV-05980 – RV / MJF** |

### DIRECT FILING SHORT FORM

CLAIM IN LIMITATION
JOINDER IN CLAIM AND MASTER ANSWER
INTERVENTION AND JOINDER IN MASTER COMPLAINTS
CLAIMANT PROFILE FORM

**Authorized by Order of the Court, Civil Action No. 3:20-cv-05980-RV-MJF, Dkt. No. 7.**

By submitting this document, I am asserting a claim in *In re Skanska USA Civil Southeast Inc. and Skanska USA, Inc., as Owners of the Barge KS 5531 Praying for Exoneration From or Limitation of Liability,* Case No. 3:20-cv-05980-RV-MJF;[1] adopt and incorporate the Master Answer [Docket #66] and/or intervene into, join, and otherwise adopt the Master Claim [Docket #60] for damages arising from barges 460007, CBR 758, KS 6011, and KS 5531, which impacted the Pensacola Bay Bridge.

---

[1] *See* Dkt. No. 7, Notice to Claimants, filed 12/14/2020. To note: all Limitations proceedings were consolidated before Judge Rodger Vinson on February 15, 2021 [Dkt. No. 9]. **This form should be filed with the U.S. District Court for the Northern District of Florida, 100 N. Palafox Street, Pensacola, Florida 32502**, in Civil Action No. 3:20-cv-05980 and with Defense Counsel at the following address: Kenneth H. Tribuch, Chaffe McCall LLP, 801 Travis, Suite 1910 Houston, Texas 77002.

# Short Form Joinder

**IN RE: SKANSKA USA CIVIL SOUTHEAST, INC. AND SKANSKA USA, INC. EXONERATION FROM OR LIMITATION OF LIABILITY**

**DIRECT FILING SHORT FORM**

**Authorized by Order of the Court, Civil Action No. 3:20-cv-05980-RV-MJF, Dkt. No. 7.**

| Claimant Information |
|---|

Name

Last Name: Wise

First Name: Richard

Middle Name/Maiden: Whitten

Suffix:

Phone Number: (850)221-8887

E-Mail Address: rwhittenw@gmail.com

Address: 397 Creary Rd.

City / State / Zip: Pensacola, FL 32507

Is this an Individual Claim or a Business Claim?

[X] Individual Claim     [ ] Business Claim

**If this is an individual claim, complete the following:**

Name: Richard W. Wise

Occupation: Retired

1

Address: 397 Creary Rd.

City / State / Zip: Pensacola, FL 32507

Last 4 digits of your Social Security Number: 9955

**If this is a business claim, complete the following:**

Business Name:

Type of Business:

Address:

City / State / Zip:

Last 4 digits of your Tax ID Number:

## Attorney Information

**Attorney Name:** Charles M. Caldwell II
**Firm Name:** Whibbs Stone Barnett P.A.
**Address:** 801 W. Romana St., Unit C
**City / State / Zip:** Pensacola, FL 32502
**Phone Number:** (850)434-5395
**E-Mail Address:** chase@whibbslaw.com

## Claim Type

Claim Type (Please check all that apply)

[X] Earnings / Profit Loss / Commuting Expenses

[X] Other (describe in Question 4)

## Brief Description

2

**1.** Whether you are an individual or business, for earnings/profit loss claims, please include either your annual salary / hourly wage or your annual profit(s) in the two years before Hurricane Sally struck the Gulf Coast on September 16, 2020.

**2.** If you claim lost earnings/profits/income, please state the approximate amount of loss you have experienced since the Pensacola Bay Bridge closed on September 16, 2020.

**3.** If you claim commuting expenses, please state the approximate increase in commuting expenses that you attribute to the Pensacola Bay Bridge Outage.

$3,500.00 to date

During the March 18 2021 Status and scheduling conference, the Court expressed a preference to complete discovery in two separate phases. Specifically, the first phase of discovery would focus on issues relevant to jurisdiction and the limitation of liability actions. Thereafter, following a trial on these limited issues, the parties would turn to discovery relating to claimants' damages. To the extent that claimants are still calculating their damages, the calculations and underlying documentation will be the subject of the damages phase of this litigation.

**4.** If you checked "other" as your claim type, please describe the injury, as well as how and when it was sustained.

Claimant was the primary custodial parent for his teenage daughter, who attends school in Gulf Breeze. Following the bridge impact, it became unfeasible for his daughter to reside in Pensacola while going to school in Gulf Breeze. Accordingly Mr. Wise has had to have his daughter live with her mother in Gulf Breeze, which has caused him severe emotional distress.

By signing this form, Claimant agrees to share the information provided above and any accompanying documents with the Defendants in Case No. 3:20-cv-05980-RV-MJF.

_____
Claimant or Attorney Signature

Charles M. Caldwell II
_____
Print Name

05/01/2021
_____
Date