# IN RE: SKANSKA USA CIVIL SOUTHEAST, INC. AND SKANSKA USA, INC. EXONERATION FROM OR LIMITATION OF LIABILITY DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 3:20-cv-05980-RV-MJF, DOC. No. 7.

**JUDGE ROGER VINSON**

### CLAIM IN LIMITATION--JOINDER IN CLAIM AND MASTER ANSWER— DIRECT PROPERTY DAMAGE CLAIM - INTERVENTION AND JOINDER IN MASTER COMPLAINTS – CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *In re Skanska USA Civil Southeast Inc. and Skanska USA, Inc., as Owners of the Barge KS 5531 Praying for Exoneration From or Limitation of Liability,* Case No. 3:20-cv-05980-RV-MJF;[1] adopt and incorporate the Master Answer [DOC. 67] and/or intervene into, join, and otherwise adopt the Master Claim [DOC. 59]

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Davis | Reginald | Alan | |

| Phone Number | E-Mail Address |
|---|---|
| 850-516-9250 | reggiedavis@gmail.com |

| Address | City / State / Zip |
|---|---|
| 865 Dolphin Road | Milton, FL, 32583 |

| Name of Property Owner(s) | Type of Property (Residence/Business/Other) |
|---|---|
| Reginald Alan Davis | Residential |

| Contact Name | Type of Business if applicable |
|---|---|
| Reginald Alan Davis | N/A |

| Physical Address of Damaged/Destroyed Property | Current Mailing Address of Property Owner |
|---|---|
| 865 Dolphin Road | 865 Dolphin Road |

| City / State / Zip | City / State / Zip |
|---|---|
| Milton, FL, 32583 | Milton, FL, 32583 |

| Attorney Name | Firm Name |
|---|---|
| Thomas F. Gonzalez | Beggs & Lane RLLP |

| Address | City / State / Zip |
|---|---|
| 501 Commendencia Street | Pensacola, FL, 32502 |

| Phone Number | E-Mail Address |
|---|---|
| 850-469-3309 | tfg@beggslane.com |

See Page 3 - provides a listing for your selection of the involved Construction Barges by Original LLA and Number.

---

[1] All Limitations proceedings were consolidated before Judge Vinson on February 15, 2021 [DOC. No. 9]. **This form should be filed with the U.S. District Court for the Northern District of Florida, 100 N. Palafox Street, Pensacola, Florida 32502**, in Civil Action No. 3:20-cv-05980.

**Claim Type (Please check all that apply):**

X Destroyed or Damaged Physical Property

☐ Other:

**Brief Description:**

1. Describe the physical damage to property you are claiming. Provide as much detail as possible as to the physical structures damaged or destroyed.

Property was damaged by construction barge KS 4004 owned by Skanska which caused physical destruction and damage to the shoreline, lawn, seawall, rip rap, and pier. This destruction and damage caused demolition, repair and replacement expenses and resulted in loss of use, unbudgeted expenses, and interest.

If you checked "other" as your claim type, please describe the injury, as well as how and when it was sustained.

N/A

By signing this form, Claimant agrees to share the information provided above and any accompanying documents with the Defendants in Case No. 3:20-cv-05980-RV-MJF.

*[signature]*

Claimant or Attorney Signature

Thomas F. Gonzalez

Print Name

May 3, 2021

Date

Select the Skanska Construction Barge that impacted your property, if you are uncertain of the identity of the particular construction barge involved, check "uncertain."

| **Barge #** | **Case** |
|---|---|
| ☐ KS 5531 | 3:20-cv-5980 |
| ☐ 460007 | 3:20-CV-5981 |
| ☐ CBR 758 | 3:20-RV-5982 |
| ☐ KS 6011 | 3:20-CV-5983 |
| ☐ KS 6010 | 3:20-CV-5984 |
| ☐ 470037 | 3:21-CV-0044 |
| ☐ M 8026 | 3:21-CV-0045 |
| ☐ KS 1453 | 3:21-CV-0047 |
| X KS 4004 | 3:21-CV-0048 |
| ☐ KS 4015 | 3:21-CV-0050 |
| ☐ KS 5533 | 3:21-CV-0051 |
| ☐ 460005 | 3:21-CV-0052 |
| ☐ 470027 | 3:21-CV-0053 |
| ☐ KS 6013 | 3:21-CV-0054 |
| ☐ 471205 | 3:21-CV-0055 |
| ☐ M8002 | 3:21-CV-0056[2] |
| ☐ M 8021 | 3:21-CV-0057[3] |
| ☐ U 1511 | 3:21-CV-0058 |
| ☐ U 1506 | 3:21-CV-0060 |
| ☐ U 1505 | 3:21-CV-0061 |
| ☐ M 8033 | 3:21-CV-0062[4] |
| ☐ MCD 360 | 3:21-CV-0063 |

☐ Uncertain

---

[2] The Skanska Exoneration and Limitation Complaint at 3:21-CV-00056 [Doc. 1] lists Barge KS 6013, however, the three attachments [Doc. 1-1, 1-2 and 1-3] concern Barge M 8002.
[3] The Skanska Exoneration and Limitation Complaint at 3:21-CV-00057 omits Brown and Adams as potential claimants impacted by Barge M 8021, however, it is believed the Brown and Adams claimants were impacted by Barge M8021.
[4] The Skanska Exoneration and Limitation Complaint at 3:21-CV-00062 includes Brown and Adams as potential claimants impacted by Barge M 8033, however, it is believed the Brown and Adams claimants were impacted by Barge M8021.