IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN IN RE SKANSKA USA
CIVIL SOUTHEAST INC. AND
SKANSKA USA, INC., AS
OWNERS OF THE BARGE KS           ADMIRALTY RULE 9(H)
5531 PRAYING FOR
EXONERATION FROM OR              Case No.: 3:20cv5980/LAC/HTC
LIMITATION OF LIABILITY
_____/

ORDER SETTING HEARING

Pending before the Court is Claimants' Motion for Order Governing Production of Documents and Electronically Stored Information (ECF Doc. 1145).

Accordingly, it is ORDERED:

1. Magistrate Judge Hope Thai Cannon will conduct a hearing on the motion on **Tuesday, May 18, 2021, at 10:00 a.m. (CDT)** in Courtroom 3 North of the **United States District Courthouse, 1 North Palafox Street, Pensacola, Florida, 32502**.

2. The parties should arrive fully prepared to reach agreement as to all aspects of the motion, after which the Court will issue an ESI Order, with the expectation that the parties will then exchange discovery without further unnecessary delay.

3.   Any party desiring the services of a court reporter will be responsible for procuring such services.

4.   Should the parties resolve this matter before the hearing, or otherwise narrow the issues to be heard, they shall promptly inform the Court in advance of the hearing date.

**ORDERED** on this 13th day of May, 2021.

s/<i>L.A. Collier</i><br>Lacey A. Collier<br>Senior United States District Judge

**NOTE: If you or any party, witness, or attorney in this matter have a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the clerk's office at least one (1) week prior to the hearing (or as soon as possible) so arrangements can be made.**

Case No.: 3:20cv5980/LAC/HTC