UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

## Honorable Lacey A. Collier, Senior U.S. District Judge

**Case Style:** *In RE: Skanska USA Civil Southeast Inc and Skanska USA Inc.*
**Case No.:** 3:20-cv-5980-LAC-HTC
**Hearing:** Status Conference Re: ECF1146 and ECF1147

| | | | |
|---|---|---|---|
| **Time Commenced:** | 9:59 a.m. | **Time Concluded:** | 11:09 a.m. |

**Court Reporter:**    Julie Wycoff

**Attorney present for Petitioners:**

Jeremy Branning, Esquire

**Attorneys present for Respondents/Claimants:**
Thomas Gonzalez, Esquire; Sam Geisler, Esquire; Brian Barr, Esquire; Stephen Echsner, Esquire; Eric Stevenson, Esquire; Greg Fayard, Esquire; Thomas Gore, Esquire; Douglas Woodward, Esquire;  Robert Kelly, AUSA, DOJ; Jeff Gill, Esquire.

**PROCEEDINGS:**

| | |
|---|---|
| 9:59 a.m. | Court in session. |
| 10:01 a.m. | Jeremy Branning argument on Skanska's position on continuing the September 13 trial based upon outstanding and ongoing discovery issues. |
| 10:03 a.m. | Court makes an inquiry of Mr. Branning.<br>Mr. Branning responds. |
| 10:09 a.m. | Court makes an inquiry of Mr. Branning.<br>Mr. Branning responds and continues. |
| 10:11 a.m. | Brian Barr on behalf of Claimants represented by Levin Papantonio Raffery, and Aylstock Witkin Kreis & Overholtz states Claimants are prepared and ready for June 21, 2021 evidentiary hearing.  Argues in support of a continuance of the September 13 trial. |
| 10:16 a.m. | Court makes an inquiry of Mr. Barr.<br>Mr. Barr responds. |
| 10:17 a.m. | Mr. Barr presents a written document titled "Litigation Timeline."  Document published to the courtroom. |
| 10:23 a.m. | Court makes an inquiry of Mr. Barr.<br>Mr. Barr responds. |

| | |
|---|---|
| 10:27 a.m. | Jeff Gill on behalf of Claimant DeLuna Oyster Company. Claimant objects to continuance. Argues objection as to continuance. |
| 10:30 a.m. | Robert Kelly, AUSA, DOJ. Argument for continuance of the September 13 trial based upon late notice of this action and discovery issues. |
| 10:36 a.m. | Court makes an inquiry of Mr. Kelly. |
| | Mr. Kelly responds and continues. |
| 10:44 a.m. | Sam Geisler on behalf of claimants represented by Aylstock, Witkin, Kreis & Overholtz argues for continuance of the September 13 trial based upon discovery issues. |
| 10:46 a.m. | Court makes an inquiry of Mr. Barr. |
| | Mr. Barr responds. |
| 10:51 a.m. | Mr. Branning responds to statements made in the arguments of counsel for claimants/respondents. |
| 10:55 a.m. | Court makes an inquiry of Mr. Branning. |
| | Mr. Branning responds. |
| 10:57 a.m. | Court readdresses Mr. Kelly. |
| | Mr. Kelly responds. |
| 11:05 a.m. | The Court addresses all counsel. |
| | The Court will maintain the September 13, 2021 trial date in this case. |
| 11:09 a.m. | Court is adjourned. |

_____

Filed in Open Court
May 19, 2021
Deputy Clerk: kli