UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE SKANSKA USA CIVIL
SOUTHEAST INC., AND
SKANSKA USA, INC., AS OWNERS
OF THE BARGE KS 5531,
PRAYING FOR EXONERATION
FROM LIMITATION OF LIABILITY

               Case No. 3:20-cv-5980-LC-HTC

_____/

## ORDER

Pursuant to the Court's Discovery Order, at ECF Doc. 1159, a status conference will be held before the undersigned on **Wednesday, May 26, 2021, at 10:00 A.M. CT.**  In advance of the status conference, the parties are to provide to the undersigned chambers, via email at flnd_cannon@flnd.uscourts.gov, a copy of all served discovery requests as well as any written responses that have been served. If no written responses have been served, then the responding party shall identify for the Court which requests warrant objection.

As set forth in the Court's Order, all counsel and client representatives necessary to resolve and address the outstanding discovery must attend the conference and must do so in person.  No telephonic or remote appearances will be permitted for this initial conference.

Accordingly, it is ORDERED,

1. A status conference on discovery will be held before the undersigned on **May 26, 2021, at 10:00 A.M. CT,** in **Courtroom 3N, United States District Court, One North Palafox, Pensacola, FL**.

2. By **12:00 P.M. CT** on **May 25, 2021**, the Petitioners shall provide the undersigned with a copy of all outstanding discovery requests issued to Petitioners. Petitioners shall also provide to the undersigned a copy of any written responses served by Petitioners, and if none have been served, then Petitioners shall identify those requests that Petitioners believe warrant objection.

3. By the same time, Claimants shall also provide the undersigned with a copy of all outstanding discovery requests issued to Claimants, as well as any written responses that have been served, and if none have been served, then Claimants shall identify those requests that Claimants believe warrant objection.

4. The requested information shall be delivered via email to flnd_cannon@flnd.uscourts.gov.

DONE AND ORDERED this 21st day of May 2021.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:20-cv-5980-LC-HTC