**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE SKANSKA USA CIVIL SOUTHEAST INC
AND SKANSKA USA INC,

CASE NO.  3:20-cv-5980/LAC/HTC

**REFERRAL AND ORDER**

Referred to Senior Judge Lacey Collier on  May 20, 2021
Motion: Consent MOTION to Amend/Correct [59] Admiralty Claim
Filed by Claimants          on  05/18/21     Doc.# 1154

\_\_\_\_ Stipulated      \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed     _X_ Consented

JESSICA J. LYUBLANOVITS

CLERK OF COURT

  /s/ Barbara Rogers
Deputy Clerk

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 21st day of May, 2021, that:*

*(a) The relief requested is* **GRANTED.**

*(b) The Clerk shall file the First Amended Master Claim of Direct Property Damage attached to the motion, effective as of the date of this Order. The amendments are hereby incorporated and effective as to all short form joiners timely filed in all consolidated cases.*

s/ *L.A. Collier*

**Lacey A. Collier**
**Senior United States District Judge**