# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE SKANSKA USA CIVIL SOUTHEAST INC
AND SKANSKA USA INC,

                                                      CASE NO.  3:20-cv-5980-LAC-HTC

## REFERRAL AND ORDER

Referred to Senior Judge Lacey Collier on  May 24, 2021

Motion: CLAIMANTS' REQUESTS TO WITHDRAWAL of Claims

Filed by Claimants   on 05/05 - 05/06/2021  Doc.# 1112 - 1133

____ Stipulated       ____ Joint Pldg.
____ Unopposed     ____ Consented

JESSICA J. LYUBLANOVITS

CLERK OF COURT

/s/ Barbara Rogers
Deputy Clerk

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 24th day of May, 2021, that:*

*(a) The relief requested is* ***GRANTED.***

s/ *L.A. Collier*

**Lacey A. Collier**
**Senior United States District Judge**