UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE SKANSKA USA CIVIL SOUTHEAST, INC. AND SKANSKA USA, INC AS OWNERS OF THE BARGE KS 5531 PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | ADMIRALTY RULE 9(H) <br><br> CIVIL ACTION NO. <br> 3:20-CV-5980 – RV – MJF |
| CLAIM OF MARILYN WOODBURY, <br><br> CLAIMANT <br> _____/ | SENIOR DISTRICT JUDGE ROGER VINSON |

**MARILYN WOODBURY'S RESPONSE AND MEMORANDUM OF LAW IN OPPOSITION TO SKANSKA'S AMENDED MOTION TO <u>DISMISS AND MOTION FOR SUMMARY JUDGMENT</u>**

Marilyn Woodbury ("Woodbury"), by and through her undersigned counsel, hereby responds to Skanska USA Civil Southeast, Inc.'s ("Skanska") Amended Motion to Dismiss and Motion for Summary Judgment as follows:

1. Skanska's Amended Motion to Dismiss and Motion for Summary Judgment is directed at claimants asserting claims for economic losses resulting from damage to the Pensacola Bay Bridge.

2. Woodbury has asserted a claim in this matter for damage to her seawall that was impacted by a barge owned by Skanska. Woodbury's damage claim relates to property in which she has a proprietary interest, as asserted in her

Claim filed in this matter. Accordingly, Skanska's Amended Motion is not applicable to Woodbury's claims.

## MEMORANDUM OF LAW

A motion to dismiss under Rule 12(b)(6) challenges the legal sufficiency of a complaint. To survive a motion to dismiss, a plaintiff must plead "enough facts to state a claim to relief that is plausible on its face." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007); *see also Ashcroft v. Iqbal*, 556 U.S. 662, 677- 8 (2009). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Iqbal*, 556 U.S. at 678.

Skanska's Amended Motion is directed at claimants asserting economic impact claims relating to damage to the Pensacola Bay Bridge. Woodbury has asserted a claim for damage to her seawall in which she has a proprietary interest, and her claims are not addressed in Skanska's Motion.

Woodbury adopts and incorporates all arguments made by other claimants in opposition to Skanska's Amended Motion to the extent consistent with Woodbury's asserted claims.

WHEREFORE, Woodbury requests that this Court deny Skanska's Amended Motion with respect to claims asserted by Woodbury, and grant any

other different relief that this Court deems just and appropriate under the circumstances.

                                */s/ Daniel M. Ewert*
                                DANIEL M. EWERT
                                Florida Bar Number 0658146
                                **MOORE, HILL & WESTMORELAND, P.A.**
                                Maritime Place | Suite 100
                                350 West Cedar Street (32502)
                                Post Office Box 13290
                                Pensacola, Florida 32591-3290
                                Telephone: (850) 434-3541
                                dewert@mhw-law.com
                                kgraham@mhw-law.com
                                *Attorney for Marilyn Woodbury*

## **CERTIFICATE OF SERVICE**

      I, Daniel M. Ewert, hereby certify that on May 25, 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record, specifically including:

| | |
|---|---|
| Kenneth H. Tribuch, Esq.<br>Derek A. Walker, Esq.<br>Chaffe McCall LLP<br>801 Travis, Suite 1910<br>Houston, Texas 77002<br>kenneth.tribuch@chaffe.com<br>WalkerD@chaffe.com<br>Blanchard@chaffe.com<br>trotter@chaffe.com<br>*Attorneys for Skanska USA Civil Southeast Inc. and Skanska USA, Inc.* | Jeremy C. Branning, Esq.<br>Scott A. Remington, Esq.<br>Daniel E. Harrell, Esq.<br>Clark Partington<br>P.O. Box 13010<br>Pensacola, FL 32591-3010<br>jbranning@clarkpartington.com<br>sremington@clarkpartington.com<br>dharrel@clarkpartington.com<br>*Attorneys for Skanska USA Civil Southeast Inc. and Skanska USA, Inc.* |

                                */s/ Daniel M. Ewert*
                                Daniel M. Ewert