UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

## Honorable Hope T. Cannon, U.S. Magistrate Judge

**Case Style:** IN RE: Skanska USA Civil Southeast Inc and Skanska USA Inc
**Case No.:** 3:20-cv-5980/LAC-HTC
**Date:** May 26, 2021
**Hearing:** Status Conference as ordered in ECF 1161

---

| | | |
|---|---|---|
| **Time Commenced:** | 10:00 a.m. | **Time Concluded:** |
| **Court Reporter:** | DCR/Pensacola | |
| **Court Reporter:** | David Deik, Phipps Court Reporting | |

**Attorneys present for Petitioner:**

Jeremy Branning
Scott Remington
Elizabeth Billhimer

**Attorneys present for Defendant:**

Brian Barr
Sam Geisler
Robert Kelly (AUSA, DOJ)
Thomas Gonzalez
Nikki Guntner
Thomas Gore
Jeffrey Gill
Daniel Ewert
Daniel Ewert
Steven Echsner
Hannah Pfeifler
Eric Stevenson

## PROCEEDINGS:

10:00 a.m.   Court in session.
11:20 a.m.   Court adjourned.

_____
Filed in Open Court
May 26, 2021
Deputy Clerk: Keri Igney