UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE SKANSKA USA CIVIL
SOUTHEAST INC., AND
SKANSKA USA, INC., AS OWNERS
OF THE BARGE KS 5531,
PRAYING FOR EXONERATION
FROM LIMITATION OF LIABILITY

Case No. 3:20-cv-5980-LC-HTC

_____/

ORDER

Pursuant to the Court's Discovery Order, at ECF Doc. 1159, the undersigned held an initial status conference on discovery on May 26, 2021. As discussed and agreed to during that status conference, the undersigned will hold a weekly status conference to address unresolved discovery matters each **Wednesday, at 10:00 A.M. CT**. As set forth in the Court's order setting the first conference, counsel and client representatives necessary to resolve and address any outstanding discovery issues must attend the conference and, generally, must do so in person. Upon request, the undersigned will consider telephonic appearances on an attorney by attorney and conference by conference basis.

Accordingly, it is ORDERED,

1. A weekly status conference on discovery will be held each **Wednesday at 10:00 AM CT,** beginning **June 2, 2021,** in **Courtroom 3N, United States**

**District Court, One North Palafox, Pensacola, FL**, until further notice or unless otherwise canceled or rescheduled by the Court.

2. Any party desiring the services of a court reporter will be responsible for procuring such services.

DONE AND ORDERED this 27th day of May 2021.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**