IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC., AS OWNERS OF THE BARGE KS 5531 PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY _____/ | ADMIRALTY RULE 9(H)  Case No.: 3:20cv5980/LAC/HTC |

## CORRECTED ORDER

The Court issues this Corrected Order because its previous Order (Doc. 1160) mistakenly identified the upcoming June 21 hearing as occurring on a Wednesday, not Monday.

Accordingly, it is now **ORDERED:**

1. A hearing will be held on **Monday, June 21, 2021, at 9:00 a.m. (CDT)** in Courtroom 4 South of the United States District Courthouse, 1 North Palafox Street, Pensacola, Florida, 32502, for oral argument and the presentation of any evidentiary materials not previously submitted to the Court.

**ORDERED** on this 28th day of May, 2021.

*s/ L.A. Collier*
Lacey A. Collier
Senior United States District Judge

**NOTE: If you or any party, witness, or attorney in this matter have a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the clerk's office at least one (1) week prior to the hearing (or as soon as possible) so arrangements can be made.**