UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC. AS OWNERS OF THE BARGE KS 5531, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | ADMIRALTY RULE 9(H)<br><br>CIVIL ACTION NO. 3:20-CV-05980<br><br>SENIOR DISTRICT JUDGE LACEY COLLIER<br><br>MAG. JUDGE HOPE THAI CANNON |

**PARTIES' JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Skanska USA Civil Southeast Inc. ("Skanska Southeast") and Skanska USA, Inc. ("Skanska USA") (collectively "Skanska") and Claimants represented by the undersigned counsel jointly move this Court for the entry of the proposed Protective Order applicable to this litigation.

As discussed during the Court's May 26, 2021 Discovery Status Conference, the parties have reached agreement on the terms of a Protective Order applicable to this litigation with the exception of a single issue set forth below.  To avoid delay, the parties seek the entry of proposed protective order attached as exhibit A.  The parties will continue to meet and confer in an effort to reach agreement on potential obligations to log Producing Party/Counsel communications and applicable dates.

WHEREFORE, Skanska USA Civil Southeast Inc. ("Skanska Southeast") and Skanska USA, Inc. ("Skanska USA") (collectively "Skanska") and Claimants represented by the undersigned respectfully request the Court enter the attached proposed Protective Order in this litigation.

*/s/ E. Samuel Geisler*
E. SAMUEL GEISLER, FL Bar # 83817
BRYAN F. AYLSTOCK, FL Bar # 78263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Second floor
Pensacola, Florida 32502
Office: (850) 202-1010
Fax: (850) 916-7449
sgeisler@awkolaw.com
baylstock@awkolaw.com
sallyteam@awkolaw.com

and

*/s/ Thomas F. Gonzalez*
THOMAS F. GONZALEZ, FL Bar #173878
J. NIXON DANIEL, III, FL Bar # 228761
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, Florida 32502
Office: (850) 432-2451
tfg@beggslane.com
jnd@beggslane.com

and

*/s/ Brian H. Barr*
BRIAN H. BARR, FL Bar 493041
EMMANUELLA J. PAULOS, FL Bar 99010
Levin Papantonio Rafferty Proctor
Buchanan O'Brien Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Office: (850) 435-7000
bbarr@levinlaw.com
epaulos@levinlaw.com
Attorneys for Claimants

## CERTIFICATE OF SERVICE

**I HEREBY** CERTIFY that on this 28th day of May, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

/s/ E. Samuel Geisler