UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

# Honorable Hope T. Cannon, U.S. Magistrate Judge

**Case Style:** IN RE: Skanska USA Civil Southeast Inc and Skanska USA Inc
**Case No.:** 3:20-cv-5980/LAC-HTC
**Date:** June 16, 2021
**Hearing:** Discovery Status Conference

---

**Time Commenced:** 10:00 a.m.     **Time Concluded:** 11:53 a.m.
**Court Reporter:** Connie Morse, Phipps Court Reporting

---

**Attorneys and staff present for Petitioners:**

Jeremy Branning
Scott Remington
Christine Moore, ESI Paralegal to Charles Blanchard

**Attorneys present for Claimants:**

Brian Barr
Sam Geisler
Debra Guntner
Thomas Gonzalez
Stephen Echsner
Jeff Gill

**Attorneys Participating telephonically:**

Charles Blanchard, Esquire
Robb Hyde, AUSA, Department of Justice
Tom Bright, AUSA, Department of Justice

## PROCEEDINGS:

10:00 a.m.   Court in session.
             Status conference on matters relating to discovery.
11:53 a.m.   Court adjourned.

_____
Filed in Open Court/DCR
June 16, 2021
Deputy Clerk: Keri Igney