UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC. AS OWNERS OF THE BARGE  KS 5531 PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | ADMIRALTY RULE 9(H)<br><br><br><br>CIVIL ACTION NO.<br>3:20-CV-05980 – LC/HTC |

DISCOVERY ORDER No. 1
Re:  CELL PHONE DATA

On June 16, 2021, the parties were before the Court on a status conference with regard to pending discovery matters including, in particular, ESI discovery.  One of the issues addressed was the production by Petitioner, Skanska USA Civil Southeast Inc. ("Skanska"), of cell phone data for certain custodians.  According to Skanska's counsel, Skanska is utilizing the services of third-party vendor, Servient, to download cell phone data for seven (7) custodians[1] into a format that can be searched and reviewed for production.

---

[1] The custodians are:  Beddow, DeMarco, Benton, Francis, Fulton, Rodgers, and Salamanca.

Based on the representations of counsel at the conference, and the need for some firm deadlines for production and clear explanation for any delays, it is ORDERED that:

1.      Skanska produce at least 75% of all responsive cell phone data for the custodians at issue by **Tuesday, June 22, 2021**.

2.      If Skanska is unable to meet that deadline, Skanska shall have a representative from Servient present at the next regularly scheduled status conference set for **Wednesday, June 23, 2021**, either in-person or by telephone, to explain the status of the cell phone data production and the reason for any delays.

3.      Skanska through counsel, or a Servient representative, should also be ready to provide the Court during that status conference with the following: (1) the date when Mr. Rubio's phone was lost; (2) the dates Mr. Bender and Ms. Stevens ceased their employment with Skanska; (3) the dates when Mr. Bender's and Ms. Stevens' phones were cleaned; (4) whether there are any backups of the cell phone data from Mr. Bender's and Ms. Stevens' phones; and (5) the status of getting access to the cell phone data from Mr. McGlynn's and Mr. Johnson's phones.

Done this the 16th day of June 2021, Pensacola, Florida:

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

2

Case No. 3:20-cv-05980-LC-HTC