IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC. AS OWNERS OF THE BARGE KS 5331, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | * ADMIRALTY RULE 9(H) * * * CIVIL ACTION NO. * 3:20-CV-05980-LC-HTC * * SENIOR DISTRICT JUDGE * * * LACEY COLLIER |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Since the conclusion of the briefing on Claimants' Motion to Dismiss for Lack of Jurisdiction under Federal Rule of Civil Procedure 12(b)(1), Claimants have discovered an additional case authority on the issue of the appropriate manner in which to characterize "the general character of the activity giving rise to the incident" for the second part of the connection test as set out by *Grubart v. Great Lakes Dredge & Dock Co.*, 513 U.S. 527 (1995).

The case authority is *Dredging Supply Rental, Inc. v. USA Debusk, LLC*, 2018 WL 3819902 (E.D.La. Aug. 10, 2018) and is attached as Ex. A to this Notice.

DATE:  June 17, 2021

Respectfully submitted,

/s/ Brian H. Barr
Brian H. Barr
Levin Papantonio Rafferty Proctor
Buchanan O'Brien Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL  32502

E. Samuel Geisler
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street
Second Floor
Pensacola, FL 32502

Thomas F. Gonzalez
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, FL 32502

## **CERTIFICATE OF COMPLIANCE AS TO WORD COUNT**

I hereby certify that, as required by Local Rule 7.1 (F), this Notice of Supplemental Authority contains 103 words and thus complies with Local Rule 7.1(J).

*/s/ Brian H. Barr*
BRIAN H. BARR

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 17, 2021, a true and correct copy of the foregoing Notice of Supplemental Authority was served on all parties through the Court's CM/ECF electronic filing system.

*/s/ Brian H. Barr*
BRIAN H. BARR
