UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:
SKANSKA USA CIVIL SOUTHEAST INC
AND SKANSKA USA INC                             Case No. 3:20-cv-5980-LAC-HTC
_____/
LEAD CASE

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** a hearing has been scheduled in this case as reflected below:

| | |
|---|---|
| **Place:** | United States Courthouse<br>One North Palafox Street<br>Pensacola, Florida 32502 |
| **Location:** | Courtroom 3N (3rd Floor) |
| **Date:** | June 22, 2021 |
| **Time:** | 3:30 p.m. |
| **Proceeding:** | DISCOVERY HEARING – ESI MATTERS<br>before the Honorable Hope T. Cannon, United States Magistrate Judge |

**JESSICA J. LYUBLANOVITS,**
**CLERK OF COURT**

June 18, 2021                                          /**s**/ *Keri Igney*
DATE:                                                          Deputy Clerk


Copies furnished to:

Counsel of Record