**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE SKANSKA USA CIVIL | § | |
| SOUTHEAST INC. AND | § | **ADMIRALTY RULE 9(H)** |
| SKANSKA USA, INC. AS | § | |
| OWNERS OF THE BARGE KS | § | **CIVIL ACTION NO.** |
| 5331, PRAYING FOR | § | **3:20-CV-05980 – RV/MJF** |
| EXONERATION | § | |
| FROM OR LIMITATION | § | |
| OF LIABILITY | § | |
| | § | |

---

**SKANSKA USA CIVIL**
**SOUTHEAST INC. AND SKANSKA USA, INC.'S**
**MOTION FOR LEAVE TO FILE OR ASSERT SUR-SUR**
**REPLY IN RESPONSE TO CLAIMANTS' REQUEST TO AMEND**
**THE PLEADINGS TO ASSERT A CLAIM FOR INTENTIONAL TORT**

Pursuant to N.D. Fla. Loc. R. 7.1, Plaintiffs, Skanska USA Civil Southeast Inc. and Skanska USA, Inc. (collectively, "Skanska"), move this Court for leave to file or assert a sur-sur reply for the limited purpose of responding to Claimants' Sur-reply in relation to Skanska's Amended Motion to Dismiss and for Summary Judgment to address the newly-raised argument that Claimants should be entitled to amend their pleadings to assert a specific claim for intentional tort. Skanska states the following in support:

1.    Skanska filed its Amended Motion to Dismiss for Failure to State a Claim upon which Relief can be granted and for Summary Judgment on May 11, 2021 (Skanska's "Motion to Dismiss"). *See* ECF No. 1144.

1

2.     Claimants filed their response in opposition on May 26, 2021.  *See* ECF No. 1171.

3.     Skanska filed its Reply in support of its Motion to Dismiss on June 2, 2021.  *See* ECF No. 1179.

4.     Claimants filed their Sur-reply in opposition to Skanska's Motion to Dismiss on June 11, 2021.  *See* ECF No. 1184.

5.     In the Sur-reply, Claimants ask the Court for the "opportunity to amend their master claims" to assert a separate count alleging intentional tort.  *See* ECF No. 1184 at pg. 3-6.

6.     As a result of this newly-raised argument, Skanska seeks leave of Court to file or otherwise assert a sur-sur reply for the limited purpose of addressing Claimants' request to amend their pleadings to assert a separate count under the theory of intentional tort.

## **CONCLUSION**

WHEREFORE, Skanska USA Civil Southeast Inc. and Skanska USA, Inc., respectfully request leave of Court to file or otherwise assert a sur-sur reply in response to Claimants' newly-raised argument and request to amend the pleadings to assert a count for intentional tort.

*/s/ Scott A. Remington*
**SCOTT A. REMINGTON**
Florida Bar No. 122483
**JEREMY C. BRANNING**
Florida Bar No. 507016
**ELIZABETH C. BILLHIMER**
Florida Bar No. 0028519
**CLARK PARTINGTON**
P.O. Box 13010
Pensacola, FL  32591-3010
Telephone: (850) 434-9200
Facsimile: (850) 432-7340

and

**DEREK A. WALKER**
**Admitted Pro Hac Vice**
**KENNETH H. TRIBUCH**
Florida Bar No. 986887
Harold. K. Watson, Esq.
Derek A. Walker, Esq.
Charles P. Blanchard, Esq.
Jon W. Wise, Esq.
**CHAFFE MCCALL, LLP**
801 Travis, Suite 1910
Houston, Texas 77002
Telephone:  (713) 546-9800
Facsimile:   (713) 546-9806

***Attorneys for Skanska USA Civil Southeast Inc. and Skanska USA, Inc.***

## <u>CERTIFICATE OF COUNSEL CONFERENCE</u>

I hereby certify that I conferred with counsel for Claimants in a good faith effort to resolve the issues raised in this motion as required by N.D. Fla. Loc. R. 7.1(B).   Claimants' counsel represented that Claimants object to the relief requested.

*/s/ Scott A. Remington*
**SCOTT A. REMINGTON**


## <u>CERTIFICATE OF COMPLIANCE AS TO WORD COUNT</u>

I hereby certify that, as required by Local Rule 7.1(F), this Motion for Leave contains 324 words, counted as provided in Local Rule 7.1(F).

*/s/ Scott A. Remington*
**SCOTT A. REMINGTON**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the following through the Court's CM/ECF electronic filing system on this 18th day of June, 2021:

Brian Barr, Esq.
Christopher Paulos, Esq.
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 South Baylen Street
Pensacola, FL 32502

Bryan F. Aylstock, Esq.
Justin G. Witkin, Esq.
Douglass A. Kreis, Esq.
Neil D. Overholtz, Esq.
Nathan C. Bess, Esq.
Bobby J. Bradford, Esq.
Stephen H. Echsner, Esq.
E. Samuel Geisler, Esq.
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Second Floor
Pensacola, FL 32502
Service E-Mail: sgeisler@awkolaw.com
                nbess@awkolaw.com
                sallyteam@awkolaw.com

Thomas F. Gonzalez, Esq.
J. Nixon Daniel, III, Esq. Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, Florida 32502
Service Email: jnd@beggslane.com
               tfg@beggslane.com

*Attorneys for Claimants*

                         */s/ Scott A. Remington*
                         **SCOTT A. REMINGTON**