UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION – IN ADMIRALTY

| | |
|---|---|
| IN RE SKANSKA USA CIVIL § | |
| SOUTHEAST INC. AND § | ADMIRALTY RULE 9(H) |
| SKANSKA USA, INC., AS OWNERS § | |
| OF THE BARGE KS 5531 § | CIVIL ACTION NO. |
| PRAYING FOR EXONERATION § | 3:20-cv-05980 |
| FROM OR FOR LIMITATION OF § | |
| LIABILITY § | |

## MOTION OF MARY ELIZABETH PUTNICK TO APPEAR PRO HAC VICE

Mary Elizabeth Putnick, pursuant to N. D. Fla. Loc. R. 11.1(C), respectfully moves to appear *pro hac vice* in this matter and represents the following:

1. Movant is an attorney and a member of the law firm of Putnick Legal, LLC, 170 Salem Ave., Sewell, NJ 08080. Putnick Legal, LLC's phone number is 215-715-4119.

2. Putnick Legal, LLC and Mary Elizabeth Putnick are acting Of Counsel to Aylstock, Witkin, Kreis & Overholtz, PLLC in the representation of Claimants in this and related Exoneration and Limitation of Liability Actions filed by Skanska.

3. Movant is not an active or inactive member of The Florida Bar.

4. Movant regularly practices law in the State of New Jersey and is a member in good standing of the New Jersey State Bar. A Certificate of Good Standing from the New Jersey State Bar is attached as **Exhibit A**, and is dated within thirty days of the filing of this motion.

5. Movant certifies that she has successfully completed the Attorney Admission Tutorial and exam, confirmation number **FLND1512687401779**, the CM/ECF Tutorial, and certifies that she is familiar with the CM/ECF e-filing system.

6. Movant maintains an upgraded PACER account.

7. Movant has paid the *pro hac vice* fee in the amount set by this Court.

8. Movant agrees to comply with the provisions of the Florida Rules of Professional Conduct.

9. Movant certifies that she has never been subject to any suspension or disbarment proceedings.

WHEREFORE, Mary Elizabeth Putnick respectfully requests that this Court grant leave of court and permit her to appear *pro hac vice* in this case.

Date: June 20, 2021   */s/ Mary Elizabeth Putnick*
Mary Elizabeth Putnick
New Jersey Bar No.: 003002007
Putnick Legal, LLC
170 Salem Avenue
Sewell, NJ 08080
215-715-4119
marybeth@putnicklegal.com

# EXHIBIT A

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Mary Elizabeth Putnick** (No. **003002007**) was constituted and appointed an Attorney at Law of New Jersey on **May 25, 2007** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 11th day of June, 2021.*

*Heather J. Baker*
Clerk of the Supreme Court

-453a-