UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

## Honorable Lacey A. Collier, U.S. District Judge

**Case Style:** *IN RE Skanska USA Civil Southeast Inc. and Skanska USA, Inc. as Owners of the Barge KS 5531 Praying for Exoneration From or Limitation of Liability*
**Case No.:** 3:20cv5980/LAC-HTC
**Date:** June 21, 2021
**Hearing:** Skanska's Amended Motion to Dismiss for Failure to State a Claim upon Which Relief Can be Granted and for Summary Judgment [ECF 1144] and Claimants' Motion to Dismiss Complaint for Exoneration from or Limitation of Liability [ECF 38]

---

| | | | |
|---|---|---|---|
| **Time Commenced:** | 8:57 a.m. | **Time Concluded:** | 10:45 a.m. |
| **Court Reporter:** | Julie Wycoff | | |

**Attorneys present for Skanska:**

Harold Watson, Esquire
Jeremy Branning, Esquire
Scott Remington, Esquire

**Attorneys present for Claimants:**

Brian Barr, Esquire
Sam Geisler, Esquire
Mary Beth Putnick, Esquire – corrected the spelling
Nicole Guntner, Esquire – corrected the spelling
Tom Gonzalez, Esquire
Stephen Echsner, Esquire

---

**PROCEEDINGS:**

| | |
|---|---|
| 8:57 a.m. | Court in session. |
| 8:59 a.m. | Claimants' oral argument and presentation on Claimants' Motion to Dismiss Complaint for Exoneration From or Limitation of Liability (Barr) |
| 9:24 a.m. | Barr reserves the remainder of his time. |
| | (Brief pause for electronic equipment changes and technical connections.) |
| 9:26 a.m. | Skanska's oral argument and presentation on Claimants' Motion to Dismiss Complaint for Exoneration From or Limitation of Liability (Watson) |

| | |
|---|---|
| 9:42 a.m. | Watson concludes his argument. |
| 9:42 a.m. | Barr rebuttal. |
| 9:46 a.m. | Court inquires of Mr. Barr.  Mr. Barr responds. |
| 9:50 a.m. | Mr. Watson responds to Mr. Barr's response to the Court. |
| | (Brief pause for electronic equipment changes and technical connections.) |
| 9:51 a.m. | Skanska's oral argument and presentation on Skanska's Amended Motion to Dismiss for Failure to State a Claim Upon Which Relief can be Granted and for Summary Judgment (Watson) |
| 10:13 a.m. | Mr. Watson reserves the remainder of his time. |
| | (Brief pause for electronic equipment changes and technical connections.) |
| 10:13 a.m. | Claimants' oral argument and presentation on Skanska's Amended Motion to Dismiss for Failure to State a Claim Upon Which Relief can be Granted and for Summary Judgment.  (Geisler) |
| 10:37 a.m. | Court inquires of Mr. Geisler.  Mr. Geisler responds. |
| 10:39 a.m. | Watson rebuttal. |
| 10:43 a.m. | Court inquires of Mr. Watson; Mr. Watson responds. |
| 10:45 a.m. | Court is adjourned. |

_____
Filed in Open Court
June 21, 2021
Courtroom Deputy Clerk: kli