**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE SKANSKA USA CIVIL SOUTHEAST INC
AND SKANSKA USA INC,

CASE NO.  3:20-cv-5980/LAC/HTC

**REFERRAL AND ORDER**

Referred to Senior Judge Lacey Collier on  June 22, 2021
Motion: MOTION to Appear Pro Hac Vice by Mary Elizabeth Putnick.
Filed by Attorney                             on  06/20/21          Doc.# 1193
_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

JESSICA J. LYUBLANOVITS

CLERK OF COURT

 /s/ Barbara Rogers
Deputy Clerk

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 22nd day of June, 2021, that:*

*(a) The relief requested is **GRANTED.***

*s/L.A. Collier*

**Lacey A. Collier**
**Senior United States District Judge**