UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

# Honorable Hope T. Cannon, U.S. Magistrate Judge

| | |
|---|---|
| **Case Style:** | *IN RE: Skanska USA Civil Southeast Inc and Skanska USA Inc.* |
| **Case No.:** | 3:20-cv-5980/LAC-HTC |
| **Date:** | June 22, 2021 |
| **Hearing:** | Discovery Hearing – ESI Matters |

**Time Commenced:** 3:30 p.m.          **Time Concluded:** 5:15 p.m.
**Court Reporter:** Connie Morse, Phipps Court Reporting

**Attorneys present for Petitioners:**

Elizabeth Billhimer
Scott Remington

**Attorneys present for Claimants:**

Sam Geisler
Nicole Guntner

**Attorneys participating telephonically:**

Charles Blanchard, Esquire
Robb Hyde, Department of Justice

**PROCEEDINGS:**

| | |
|---|---|
| 3:30 p.m. | Court in session. |
| | Discovery Motion – ESI Matters |
| 5:15 p.m. | Court adjourned. |

_____
Filed in Open Court/DCR
June 23, 2021
Deputy Clerk: Keri Igney