UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC. AS OWNERS OF THE BARGE KS 5331, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | ADMIRALTY RULE 9(H) <br><br> CIVIL ACTION NO. 3:20-CV-05980 – RV/MJF <br><br> SENIOR DISTRICT JUDGE LACEY A. COLLIER <br><br> MAGISTRATE JUDGE HOPE THAI CANNON |

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that the undersigned counsel, Jeffery P. Gill, will be unavailable from July 1, 2021 through July 9, 2021, and respectfully requests that counsel not schedule any hearings, depositions, or other proceedings, which would require the undersigned's attendance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to: all counsel of record via CM/ECF, this 24th day of June 2021.

*/s/ Jeffrey P. Gill*
**Jeffrey P. Gill**
Florida Bar Number: 767972
**Vernis & Bowling for Northwest Florida, P.A.**
315 South Palafox Street
Pensacola, Florida 32502
Telephone: (850) 433-5461
Facsimile:  (850) 432-0166
JGill@Florida-Law.com
CBlackmon@Florida-Law.com
Attorney for DeLuna Oyster Company, Inc.