IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC., AS OWNERS OF THE BARGE KS 5531 PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY _____/ | ADMIRALTY RULE 9(H)<br><br>Case No.: 3:20cv5980/LAC/HTC |

### ORDER

The Motion for Leave to File or Assert a Sur-Sur Reply (Doc. 1190), filed by Plaintiffs Skanska USA Civil Southeast Inc., and Skanska USA, Inc., is **DENIED** without prejudice in light of the Court's hearing on the related motions and the opportunity it provided for the parties to address matters relevant to the instant motion.

**ORDERED** on this 25th day of June, 2021.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge