UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes
## Honorable Hope T. Cannon, U.S. Magistrate Judge

**Case Style:** IN RE: Skanska USA Civil Southeast Inc and Skanska USA Inc
**Case No.:** 3:20-cv-5980/LAC-HTC
**Date:** June 30, 2021
**Hearing:** Discovery Status Conference

**Time Commenced:** 10:00 a.m.    **Time Concluded:** 11:20 a.m.
**Court Reporter:** David Deik, Phipps Court Reporting

**Attorneys present for Petitioners:**
Jeremy Branning
Elizabeth Billhimer

**Attorneys present for Claimants:**
Brian Barr
Nicole (Nicki) Guntner
Sam Geisler
Tom Gonzalez
Jeff Gill
Stephen Echsner
Eric Stevenson

**Attorneys Participating telephonically:**
Robert Kelly, AUSA, DOJ
Charles Blanchard, Skanska
Robb Hyde, AUSA, DOJ

## **PROCEEDINGS**:

10:00 a.m.   Court in session.
             Status conference on matters relating to discovery.
11:20 a.m.   Court adjourned.

_____
Filed in Open Court/DCR
June 30, 2021
Deputy Clerk: Keri Igney