UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes
## Honorable Hope T. Cannon, U.S. Magistrate Judge

**Case Style:** IN RE: Skanska USA Civil Southeast Inc and Skanska USA Inc
**Case No.:** 3:20-cv-5980/LAC-HTC
**Date:** July 7, 2021
**Hearing:** Discovery Status Conference

---

| | |
|---|---|
| **Time Commenced:** | 10:00 a.m. |
| **Time Concluded:** | 11:51 a.m. |
| **Court Reporter:** | David Deik, Phipps Court Reporting |

**Attorneys present for Petitioners:**
Jeremy Branning
Elizabeth Billhimer
Scott Remington

**Attorneys present for Claimants:**
Brian Barr
Nicole (Nicki) Guntner
Sam Geisler
Stephen Echsner
Matthew Massey
Eric Stevenson

**Attorneys Participating telephonically:**
Robert Kelly, AUSA, DOJ
Charles Blanchard, Skanska
Thomas Bright, AUSA, DOJ

## PROCEEDINGS:

| | |
|---|---|
| 10:00 a.m. | Court in session. |
| | Status conference on matters relating to discovery. |
| 11:51 a.m. | Court adjourned. |

_____
Filed in Open Court/DCR
July 7, 2021
Deputy Clerk: Keri Igney