IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN IN RE SKANSKA USA
CIVIL SOUTHEAST INC. AND
SKANSKA USA, INC., AS
OWNERS OF THE BARGE KS    ADMIRALTY RULE 9(H)
5531 PRAYING FOR
EXONERATION FROM OR       Case No.: 3:20cv5980/LAC/HTC
LIMITATION OF LIABILITY
_____/

## ORDER

Upon consideration of the Order of the Magistrate Judge entered on June 19, 2021 (Doc. 1192), and after reviewing the Objections to the Order (Doc. 1201) and the Responses thereto (Docs. 1203, 1204), pursuant to 28 U.S.C. §636(b)(1)(A) and Fed. R. Civ. P. 72(a), the Court determines that the Order is neither clearly erroneous nor contrary to law.

Accordingly, it is now **ORDERED** as follows:

The Objections are **DENIED**, and the matter shall be referred back to the Magistrate Judge for all further proceedings as relevant.

**ORDERED** on this 13th day of July, 2021.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge