UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

# Honorable Hope T. Cannon, U.S. Magistrate Judge

**Case Style:**   IN RE:  Skanska USA Civil Southeast Inc and Skanska USA Inc
**Case No.:**    3:20-cv-5980/LAC-HTC
**Date:**    July 14, 2021
**Hearing:**    Discovery Status Conference

---

**Time Commenced:**   10:00  a.m.
**Time Concluded:**   11:19  a.m.
**Court Reporter:**    David Deik, Phipps Court Reporting

---

**Attorneys present for Petitioners:**
Jeremy Branning
Elizabeth Billhimer
Scott Remington

**Attorneys present for Claimants:**
Sam Geisler
Brian Barr
Jeff Gill
Stephen Echsner
Hannah Rodgers Pfeifler
Matthew Massey

**Participating telephonically:**
Charles Blanchard, Esquire, Skanska
Robert Kelly, AUSA, DOJ

**PROCEEDINGS:**

| | |
|---|---|
| 10:00 a.m. | Court in session. |
| | Status conference on matters relating to discovery. |
| 11:19 a.m. | Court adjourned. |

_____
Filed in Open Court/DCR
July 14, 2021
Deputy Clerk: Keri Igney