UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE SKANSKA USA CIVIL
SOUTHEAST INC., AND
SKANSKA USA, INC., AS OWNERS
OF THE BARGE KS 5531,
PRAYING FOR EXONERATION
FROM LIMITATION OF LIABILITY

Case No. 3:20-cv-5980-LC-HTC

_____/

ORDER SETTING HEARING

As stated in open court, a hearing will be held before the undersigned on **Monday, July 19, 2021, at 11:00 AM CT,** in **Courtroom 3N, United States District Court, One North Palafox, Pensacola, FL**, to address pending disputes related to Skanska's ESI discovery, to include the following matters:

1. The manner and production of text messages - whether it has been produced in usable format and whether the burden of producing the messages in the manner requested by the Claimants outweighs the Claimants' need.

2. Whether the burden to Skanska of producing ESI, based on certain agreed upon search terms, from 10/1/2020 to 10/31/2020 outweighs Claimants' need.

3. Any unresolved objections Skanksa has to the topics sought in Claimants' ESI deposition notice.

The parties shall all have their ESI vendor representatives available, either in person or by telephone, and ready to respond to questions the Court may have regarding the matters to be addressed at the hearing.

Any party desiring the services of a court reporter will be responsible for procuring such services.

DONE AND ORDERED this 14th day of July 2021.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

**NOTE:**
**If you or any party, witness, or attorney in this matter have a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the clerk's office at least one (1) week prior to the hearing (or as soon as possible) so arrangements can be made.**

Case No. 3:20-cv-5980-LC-HTC