UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION – IN ADMIRALTY

| | |
|---|---|
| IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC., AS OWNERS OF THE BARGE M8030 PRAYING FOR EXONERATION FROM OR FOR LIMITATION OF LIABILITY | ADMIRALTY RULE 9(H) <br><br> CIVIL ACTION NO. 3:20-CV-05980 – RV/MJF |

### CLAIMANTS' MOTION FOR LEAVE TO PROVISIONALLY FILE UNDER SEAL

Claimants move, by and through undersigned counsel, pursuant to Local Rule 5.5 and Pretrial Order No. 2 in this matter, ECF N. 1176 for leave to provisionally file under seal their Motion for Partial Summary Judgment and Dissolution of Injunction and all exhibits ("Claimants' Motion), which was provided electronically to Senior District Judge Collier and Magistrate Judge Cannon and opposing counsel on Friday, July 23, 2021.  Under Section VI. A. of Pretrial Order No. 2:

> Where not reasonably possible, any Party wishing to file a document or paper containing Confidential Information, **may provisionally file such Information under seal**, provided that the Designating Party then moves to seal within seven (7) days of the filing, explaining the bases for sealing the Information in question.

ECF N. 1176 at p. 10 (emphasis added).

Claimants' Motion cites to and attaches confidential discovery documents which are subject to Pretrial Order No. 2, Stipulated Order Governing

Confidentiality and Privilege. Accordingly, Claimants believe filing the Motion for Partial Summary Judgment and all supporting exhibits provisionally under seal is appropriate and necessary to permit Skanska the opportunity, under Pretrial Order No. 2, to move to seal and explain the bases for sealing the information in question. Section VI. A. is a provision contained in the parties agreed Proposed Protective Order that Judge Cannon adopted when entering Pretrial Order No. 2.

WHEREFORE, Claimants respectfully request that the Court find good cause and grant their request to provisionally file their Motion for Partial Summary Judgment and all exhibits thereto under seal.

Dated: July 26, 2019             Respectfully Submitted,

*/s/ E. Samuel Geisler*
E. SAMUEL GEISLER, FL Bar # 83817
BRYAN F. AYLSTOCK, FL Bar # 78263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Second floor
Pensacola, Florida 32502
Office: (850) 202-1010
Fax: (850) 916-7449
sgeisler@awkolaw.com
baylstock@awkolaw.com
sallyteam@awkolaw.com

*/s/ Thomas F. Gonzalez*
THOMAS F. GONZALEZ, FL Bar #173878
J. NIXON DANIEL, III, FL Bar # 228761
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, Florida 32502

       Office: (850) 432-2451
       tfg@beggslane.com
       jnd@beggslane.com

       */s/ Brian H. Barr*
       BRIAN H. BARR, FL Bar 493041
       EMMANUELLA J. PAULOS, FL Bar 99010
       Levin Papantonio Rafferty Proctor
       Buchanan O'Brien Barr & Mougey, P.A.
       316 S. Baylen Street, Suite 600
       Pensacola, FL 32502
       Office: (850) 435-7000
       bbarr@levinlaw.com
       epaulos@levinlaw.com

       ***Attorneys for Claimants***

## CERTIFICATE OF SERVICE

I hereby certify, on this 26th day of July, 2021, that the foregoing Motion for Leave to File Under Seal and Proposed Order was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

       */s/ Sam Geisler*
       E. Samuel Geisler
       Aylstock Witkin Kreis & Overholtz, PLLC