UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

# Honorable Hope T. Cannon, U.S. Magistrate Judge

**Case Style:**     IN RE:  Skanska USA Civil Southeast Inc and Skanska USA Inc
**Case No.:**       3:20-cv-5980/LAC-HTC
**Date:**           July 28, 2021
**Hearing:**        Discovery Status Conference

---

**Time Commenced:**   10:00  a.m.
**Time Concluded:**   11:38  a.m.
**Court Reporter:**   David Deik, Phipps Court Reporting

---

**Attorneys present for Petitioners:**
Jeremy Branning
Elizabeth Billhimer

**Attorneys present for Claimants:**
Brian Barr
Sam Geisler
Tom Gonzalez
Jeff Gill
Nicole Guntner
Stephen Echsner

**Participating telephonically**:
Hal Watson, Esquire, Skanska
Charles Blanchard, Esquire, Skanska
Robert Kelly, AUSA
Robb Hyde, AUSA

**PROCEEDINGS**:

| | |
|---|---|
| 10:00 a.m. | Roll call of Teleconference participants. |
| | Court in session. |
| | Status conference on matters relating to discovery. |
| 11:38 a.m. | Court adjourned. |

_____
Filed in Open Court/DCR
July 21, 2021
Deputy Clerk: Keri Igney