UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION – IN ADMIRALTY

| | |
|---|---|
| IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC., AS OWNERS OF THE BARGE M8030 PRAYING FOR EXONERATION FROM OR FOR LIMITATION OF LIABILITY | ADMIRALTY RULE 9(H)<br><br>CIVIL ACTION NO.<br>3:20-CV-05980 – RV/MJF<br><br>SENIOR DISTRICT JUDGE LACEY COLLIER<br><br>MAG. JUDGE HOPE THAI CANNON |

## CLAIMANTS' MOTION TO EXPEDITE THE BRIEFING SCHEDULE FOR CLAIMANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND FUTURE OBJECTIONS TO DISCOVERY ORDERS

Claimants represented by the undersigned counsel, move this Honorable Court for an Expedited Briefing Schedule applicable to Claimants' Motion for Partial Summary Judgment and any future objections to Magistrate Judge Hope Thai Cannon's discovery orders, and state the following in support:

### INTRODUCTION

The Court has made clear that a continuance of the September 13, 2021 bench trial setting is unlikely. Pursuant to the Court's May 20, 2021 Order, the parties have convened on a weekly basis before Magistrate Judge Hope Thai Cannon to resolve discovery disputes as they arise in order to facilitate an efficient discovery process.

1

ECF. N. 1159. During the July 28, 2021 Discovery Conference, Judge Cannon established an expedited briefing schedule relating to discovery-related matters due to the fast approaching bench trial setting and ongoing depositions. Claimants represented by the undersigned counsel respectfully request this Honorable Court implement similar measures to minimize delays relating to the resolution of objections to discovery orders and briefing related to their Motion for Partial Summary Judgment. Accordingly, Claimants request the Court expedite the briefing schedule for their Motion for Partial Summary Judgment requiring that Petitioner file its opposition **no later than 14 days from our July 23, 2021 submission**. Additionally, if Claimants' request for leave to reply is granted, **Claimants would reply no later than 3 days of receiving service of Petitioner's opposition**.[1] Additionally, to ensure the efficient, timely resolution of any discovery matters, Claimants propose that **any party wishing to object to Judge Cannon's discovery orders do so within 3 days of the entry of the order** and that **any party opposing that objection do so within 1 full day of receiving the objection**.

## ARGUMENT

Claimants filed their Motion for Partial Summary Judgment and Dissolution of Injunction with exhibits (containing documents designated "confidential") via

---

[1] The 3-day limit on filing objections to discovery orders would begin to apply upon the entry of this scheduling order for any discovery orders that have not yet been objected to timely.

2

submission to the Court by email on Friday, July 23, 2021. While under N.D. Fla. L.R. 5.5(C), parties must move in advance to for leave to file any document under seal, the Protective Order entered in this matter provides:

> Where not reasonably possible [to redact or exclude from submission Confidential Information], any Party wishing to file a document or paper containing Confidential Information, may provisionally file such Information under seal, provided that the Designating Party then moves to seal within seven (7) days of the filing, explaining the bases for sealing the Information in question.

ECF. N. 1176 at p. 10. Accordingly, on Monday, July 26, 2021, Claimants electronically filed their Motion to File Provisionally under Seal their Motion for Partial Summary Judgment, given the considerable amount of evidence designated by Petitioners as confidential information that was incorporated into their Motion.

Under N.D. Fla. Local Rule 56.1, a party opposing a Motion for Summary Judgment must file its opposition within 21 days. Under Fed. R. Civ. Proc. 72, parties may serve objections to a magistrate judge's order within 14 days after being served with a copy. However, the Court has "inherent power to 'control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants.'" *L.E.A. Dynatech, Inc. v. Allina*, 49 F.3d 1527, 1530 (11th Cir. 1995) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). Claimants' Motion for Partial Summary Judgment, if granted, has the potential to significantly streamline the matter before the Court, resulting in efficiencies for the Court and parties, collectively. Indeed, if granted in its entirety, the Court may no longer need

3

to convene the bench trial altogether. Accordingly, Claimants respectfully request this Court enter an expedited briefing schedule to ensure the matter is fully briefed and prepared for being ruled upon as soon as possible before the September 13, 2021 bench trial setting. Additionally, Claimants' request in relation to expediting objections to discovery orders advances Judge Cannon's concern that discovery matters are expeditiously resolved ahead of the bench trial setting. Otherwise, either party may draw out a request to object to discovery orders, resulting in delay of the exchange of discovery ahead of the bench trial setting.

WHEREFORE, Claimants respectfully request that the Court enter an Expedited Briefing Schedule applicable to Claimants' Motion for Partial Summary Judgment and any future objections to Magistrate Judge Hope Thai Cannon's discovery orders.

Dated: July 29, 2021                    Respectfully Submitted,

/s/ E. Samuel Geisler
E. SAMUEL GEISLER, FL Bar # 83817
D. NICOLE GUNTNER, FL Bar # 1028925
BRYAN F. AYLSTOCK, FL Bar # 78263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Second floor
Pensacola, Florida 32502
Office: (850) 202-1010
Fax: (850) 916-7449
sgeisler@awkolaw.com
nguntner@awkolaw.com
baylstock@awkolaw.com
sallyteam@awkolaw.com

/s/ Thomas F. Gonzalez
THOMAS F. GONZALEZ, FL Bar #173878
J. NIXON DANIEL, III, FL Bar # 228761
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, Florida 32502
Office: (850) 432-2451
tfg@beggslane.com
jnd@beggslane.com

/s/ Brian H. Barr
BRIAN H. BARR, FL Bar 493041
EMMANUELLA J. PAULOS, FL Bar 99010
Levin Papantonio Rafferty Proctor
Buchanan O'Brien Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Office: (850) 435-7000
bbarr@levinlaw.com
epaulos@levinlaw.com

**Attorneys for Claimants**

# CERTIFICATE OF COUNSEL CONFERENCE

I hereby certified that I conferred with counsel for Petitioners in a good faith effort to resolve the issues raised in this motion as required by N.D. Fla. Loc. R. 7.1(B). Petitioners advised that they oppose the relief sought within this Motion in its entirety.

/s/ E. Samuel Geisler
E. Samuel Geisler

**CERTIFICATE OF SERVICE**

I hereby certify, on this 29th day of July, 2021, that the foregoing Motion to Expedite the Briefing Schedule for Claimant's Motion for Partial Summary Judgment and Future Objections to Discovery Orders was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

/s/ *Sam Geisler*
E. Samuel Geisler