# EXHIBIT 1-H

# PLACEHOLDER