# EXHIBIT 1-L

In Re: Skanska USA Civil Southeast, Inc.

Hearing before:

Judge Hope Thai Cannon

June 02, 2021



PHIPPS REPORTING

*Raising the Bar!*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO. 3:20-cv-5980-LC-HTC


IN RE SKANSKA USA CIVIL SOUTHEAST,
INC., AND SKANSKA USA, INC.,
AS OWNERS OF THE BARGE KS 5531,
PRAYING FOR EXONERATION
FROM LIMITATION OF LIABILITY.

_____/



TRANSCRIPT OF HEARING PROCEEDINGS



DESCRIPTION OF PROCEEDINGS
Status conference on outstanding discovery requests


DATE TAKEN:        Wednesday, June 2, 2021

TIME:              10:05 a.m. - 10:47 a.m.

PLACE:             United States District Courthouse
                   Courtroom 3 North
                   One North Palafox Street
                   Pensacola, Florida 32502

BEFORE:            Hon. Hope Thai Cannon
                   United States Magistrate Judge



     This cause came on to be heard at the time and
place aforesaid, when and where the following
proceedings were stenographically reported by:

                   David A. Deik, CP, CPE



Job No. 191867

Judge Hope Thai Cannon
June 02, 2021

Page 2

```
 1    APPEARANCES:

 2

 3    ON BEHALF OF VARIOUS CLAIMANTS:

 4                AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
                  17 East Main Street, #200
 5                Pensacola, Florida 32502

 6                BY:  D. NICOLE GUNTNER, ESQUIRE
                  850-202-1010
 7                nguntner@awkolaw.com

 8                      - and -

 9                BY:  E. SAMUEL GEISLER, ESQUIRE
                  850-202-1010
10                sgeisler@awkolaw.com

11                      - and -

12                BY:  STEPHEN H. ECHSNER, ESQUIRE
                  850-202-1010
13                sechsner@awkolaw.com

14                      - - -

15                LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY
                  316 South Baylen Street, Suite 600
16                Pensacola, Florida 32502

17                BY:  BRIAN H. BARR, ESQUIRE
                  850-435-7000
18                bbarr@levinlaw.com

19                      - - -

20                BEGGS & LANE
                  501 Commendencia Street
21                Pensacola, Florida 32502

22                BY:  MATTHEW P. MASSEY, ESQUIRE
                  850-469-3302
23                mpm@beggslane.com

24

25
```

Judge Hope Thai Cannon
June 02, 2021

Page 3

```
 1   APPEARANCES (continued):

 2

 3   ON BEHALF OF VARIOUS CLAIMANTS (continued):

 4             VERNIS & BOWLING OF NORTHWEST FLORIDA
               315 South Palafox Street
 5             Pensacola, Florida 32502

 6             BY:  JEFFREY P. GILL, ESQUIRE
               850-433-5461
 7             jeffgill7@yahoo.com

 8                            - - -

 9             MOORE, HILL & WESTMORELAND
               350 West Cedar Street, Suite 100
10             Pensacola, Florida 32502

11             BY:  DOUGLAS S. WOODWARD, ESQUIRE
               850-434-3541
12             dwoodward@mhw-law.com

13                            - - -

14             ZARZAUR LAW, P.A.
               100 Palafox Place
15             Pensacola, Florida 32502

16             BY:  THOMAS A. GORE, ESQUIRE
               850-444-9299
17             thomas@zarzaurlaw.com

18                            - - -

19             GALLOWAY JOHNSON TOMPKINS BURR
               118 East Garden Street
20             Pensacola, Florida 32502

21             BY:  MICHAEL T. STALLINGS, ESQUIRE
               850-436-7000
22             mstallings@gallowaylawfirm.com

23                            - - -

24             UNITED STATES DEPARTMENT OF JUSTICE
               BY:  ROBERT KELLY, ESQUIRE
25
```

Judge Hope Thai Cannon
June 02, 2021

Page 4

```
 1    APPEARANCES (continued):

 2

 3    ON BEHALF OF SKANSKA:

 4

              CLARK PARTINGTON
 5            125 East Intendencia Street
              Pensacola, Florida 32502
 6
              BY:  JEREMY C. BRANNING, ESQUIRE
 7            850-434-9200
              jbranning@clarkpartington.com
 8
                         - and -
 9
              BY:  SCOTT A. REMINGTON, ESQUIRE
10            850-434-9200
              sremington@clarkpartington.com
11
                         - and -
12
              BY:  ELIZABETH C. BILLHIMER, ESQUIRE
13            850-269-8853
              ebillhimer@clarkpartington.com
14

15

16

17

18

19

20

21

22

23

24

25
```

Judge Hope Thai Cannon
June 02, 2021

Page 5

```
 1              (Proceedings began at 10:05 a.m.)
 2          THE COURT:  Good morning.
 3          So it sounds like we've -- based on the
 4   emails that I received from, I guess Mr. Barr and
 5   then from Mr. Geisler, that we have a lot of the
 6   issues resolved.
 7          So I guess what we want to try to do today
 8   is, first of all, try to get the status of the
 9   document production.
10          I know that Skanska was going to produce, I
11   guess it was, readily accessible ESI; whatever
12   hard copy documents, what I would consider in the
13   non-ESI protocol; and then the specific project
14   term ESI that was going to be reviewed for
15   privilege.  So have those documents been
16   produced?
17          And Mr. Remington, where are we on that?
18   Or Mr. Branning.  I don't know who's going to
19   speak.
20          MR. BRANNING:  Your Honor, I'm prepared to
21   report to the Court on current status and
22   production.
23          THE COURT:  Okay.  Thank you.
24          MR. BRANNING:  May I proceed?
25          THE COURT:  Yes.
```

Judge Hope Thai Cannon
June 02, 2021

Page 6

1          MR. BRANNING:  Your Honor, would you like

2    me to use the podium or just -- is here okay?

3          THE COURT:  Whatever is most comfortable to

4    you.

5          MR. BRANNING:  I'll just speak from here.

6          THE COURT:  Okay.

7          MR. BRANNING:  Judge, since the status

8    conference last Wednesday, Skanska has made three

9    productions, one production on May 26th,

10   consistent with my representation to this Court

11   that we would produce the hurricane preparedness

12   plan.

13         We made another production on May 28th,

14   which included 73 documents totaling 2,924 pages.

15   This entire production consists of known

16   responsive documents and included email

17   correspondence concerning weather forecasts,

18   organizational charts for Skanska, barge surveys,

19   correspondence, Coast Guard report, and other

20   project-related documents.

21         On Friday, May 28th, we made two additional

22   separate productions of information obtained

23   through public records requests.  And that

24   comprised 1,559 documents, totaling 4,448 pages.

25         Yesterday, June 1, we made another

Judge Hope Thai Cannon
June 02, 2021

Page 7

1    production that contained only ESI data,

2    comprised of 3,355 documents, totaling 14,354

3    pages.  And this production, Your Honor,

4    yesterday was a step to nonprivileged production,

5    a production of nonprivileged documents pursuant

6    to stage II of the protocol.

7         There are additional known responsive

8    documents that we are gathering for production.

9    An additional production of known responsive

10   documents, I am informed this morning, will be

11   ready for production by as soon as this afternoon

12   that will include additional documents.  It will

13   include photographs, and it will include videos,

14   as well as some Skanska correspondence pertaining

15   to prior storms.

16        The ESI collection effort to date.  The ESI

17   production has included documents from 10 of the

18   13 agreed custodians, and collection of email for

19   the remaining three agreed custodians has been

20   completed and needs to be culled, searched, and

21   moved over to the review side for the step I

22   review and then step II, per the parties'

23   protocol.

24        Collection of additional electronic data

25   continues, including cell phone data, and that's

Judge Hope Thai Cannon
June 02, 2021

Page 8

1    ongoing.

2         THE COURT:  And what is the projected time

3    frame for the three additional custodian ESIs?

4         MR. BRANNING:  Your Honor, may I defer to

5    Ms. Billhimer --

6         THE COURT:  Okay.

7         MR. BRANNING:  -- to respond?

8         THE COURT:  Yes.

9         MS. BILLHIMER:  Yes, Your Honor.

10        We don't have yet a search term report in

11   terms of the volume.  I don't expect it to be

12   outside of what we've already been seeing.

13        So it's Wednesday today.  We have to go

14   through a priv and confidentiality review.  So I

15   would say Monday at the latest in terms -- we

16   have to give our vendor -- they like 48 hours.

17   We push them down to 24 hours.  But in order to

18   give them time to actually prepare the

19   production, we'd say Monday.

20        THE COURT:  Do we know what the number of

21   emails they consist of generally that you're

22   going to be searching through?

23        MS. BILLHIMER:  No, because it was -- it's

24   in the cull side and not on the -- it hasn't been

25   moved over to the other side, but I certainly can

Judge Hope Thai Cannon
June 02, 2021

Page 9

1    keep the other side informed.  If we can do it

2    faster, Your Honor, we certainly will.

3           THE COURT:  Okay.

4           MS. BILLHIMER:  I just don't want to

5    over-promise with respect to the vendor.

6           THE COURT:  Okay.  Thank you.

7           Anything else, Mr. Branning?

8           MR. BRANNING:  Your Honor, I'll wrap up

9    with:  The counsel for the parties also met on

10   Thursday of last week and met for close to four

11   hours to go through the -- I'm sorry.  I

12   misspoke -- close to three hours, from 10:00

13   until just before 1:00, to go through the

14   interrogatories and each request for production.

15           And we believe we have reached agreements.

16   This included Skanska's obligation to amend its

17   answers to interrogatories, which it served

18   yesterday, executed by a Skanska representative.

19           There are additional requests that Skanska

20   agreed to produce responsive documents by June

21   10.  And that effort is under way to identify and

22   prepare the supplemental production that we

23   represented and agreed we would produce by June

24   10.

25           THE COURT:  So the continuing ESI search

Judge Hope Thai Cannon
June 02, 2021

```
 1   that's -- those are the documents that you're

 2   going to continue to roll out.  And then you're

 3   going to have a set that's going to be produced

 4   on the 10th as well?

 5        MR. BRANNING:  Your Honor, we really are

 6   taking the request for production response

 7   somewhat independent from the ESI search.

 8        The ESI search is ongoing and will produce

 9   a rolling production consistent with the results

10   of search terms hitting and responsive

11   information produced and identified as a result

12   of the search terms that are being run.

13        Kind of concurrently, it is the effort to

14   respond to the request for production and the

15   request for production items that we met with

16   counsel over on Thursday and isolated the

17   specific requests that we would supplement our

18   responses to by June 10 is what I was just

19   referring to for the Court.

20        The ESI effort is really a daily effort

21   ongoing.  And I will tell you I personally treat

22   it as kind of independent from the RFP response,

23   even though they do go in tandem.

24        THE COURT:  And so the June 10th

25   production, is that what you would consider,
```

Judge Hope Thai Cannon
June 02, 2021

Page 11

1   then, the readily accessible, maybe the outside

2   of the ESI?

3          MR. BRANNING:  Yes, Your Honor.  It may --

4          THE COURT:  If they know.

5          MR. BRANNING:  It may involve some ESI, but

6   we think -- well, if I'm not mistaken, I believe

7   the bulk of the information responsive to the

8   request for production is contained in the

9   database, which it does require someone to

10  specifically search the database for information

11  responsive to those specific requests.

12         THE COURT:  I see.

13         You are searching that database separate

14  from the search terms that you're running.  Is

15  that . . .

16         MR. BRANNING:  That says it far more

17  concisely that I was trying to do, Your Honor.

18         THE COURT:  And you're doing -- and that's

19  going to be produced on the 10th.

20         MR. BRANNING:  Yes, Your Honor.

21         THE COURT:  Okay.

22         Yes?

23         MS. BILLHIMER:  Yeah.  And, Your Honor, the

24  database includes -- it's the custodial data for

25  people, and then there's also something called

Judge Hope Thai Cannon
June 02, 2021

Page 12

```
1    the project server.  And I think that's where a
2    repository of documents related to the project --
3    that's also in there.  And so that would be where
4    that we would cull out the specific responsive
5    documents to the request that Mr. Branning was
6    just discussing.
7         THE COURT:  Okay.  Thank you, Ms.
8    Billhimer.
9         Okay.  Anything else, Mr. Branning?
10        MR. BRANNING:  No, Your Honor.
11        THE COURT:  Yes, Mr. Barr.
12        MR. BARR:  And I just wanted to confirm
13   what Mr. Branning talked about.  We had a very
14   productive meeting last Thursday with Mr.
15   Branning and Mr. Remington.  I believe we worked
16   out the majority of the language of the
17   interrogatories and the requests for production.
18        They sent us the supplemental interrogatory
19   responses, as they promised they would, on one
20   set.  We have another set of interrogatory
21   responses where they needed to reach out to the
22   client and do some additional digging.  That is
23   coming over on June 10th.
24        THE COURT:  Okay.
25        MR. BARR:  And so a lot of this is a little
```

Judge Hope Thai Cannon
June 02, 2021

Page 13

```
 1   bit moving, as we work through it, but I now
 2   think the parties are -- we at least see eye to
 3   eye on what is going to come across the transom.
 4        Ms. Guntner will have a better report on
 5   what they have sent so far and what we know about
 6   it.
 7        What we do know is it takes us a little
 8   time, obviously, once we get the load file to
 9   load it into our database so we can do a thorough
10   review of it.  We're in the process of that, but
11   we've got some preliminary stuff on what they've
12   sent.
13        THE COURT:  Okay.  Perfect.
14        So it sounds like, at least for the written
15   discovery, you guys have resolved or are almost
16   close to resolving any issues that you had last
17   week relating to those written discoveries.
18        MR. BARR:  I believe that's true, Your
19   Honor.  We've limited some of our requests; we've
20   withdrawn some of our requests.
21        THE COURT:  Okay.
22        MR. BARR:  They've maintained their
23   objection as to admissibility on some things --
24        THE COURT:  Right.
25        MR. BARR:  -- but they're going to not
```

Judge Hope Thai Cannon
June 02, 2021

Page 14

1    withhold documents and that kind of stuff.  So I

2    think we've worked out the majority of that.

3         THE COURT:  Okay.  Perfect.  Thank you.

4    Okay.  So, yes, Ms. Guntner.

5         MS. GUNTNER:  Your Honor, Nikki Guntner for

6    claimants.

7         While there certainly has been some

8    progress made, as far as document production is

9    concerned, claimants do have a few issues and

10   concerns we would like to raise with the Court.

11        THE COURT:  Okay.  Go ahead.

12        MS. GUNTER:  So first Skanska reported this

13   morning -- well, they've produced about 19,000

14   pages of documents.  And claimants to date have

15   produced 94,000 pages, so still . . . you know,

16   there is a lot that remains to be produced.

17        One particular issue that was raised this

18   morning is that Skanska stated that cell phone

19   data is still being collected.  That collection

20   is ongoing.  And collection and production --

21   those are kind of wide steps in between.  So if

22   that data is not collected yet, that's going to

23   be very important data.

24        And I want to remind the Court that we are

25   only talking about the time frame of September

Judge Hope Thai Cannon
June 02, 2021

1    10th through 30th at this point.  So that is that

2    crucial time period surrounding the storms where

3    individuals will likely be texting each other

4    that are working on site about how to handle the

5    storm response.

6         So really we need to know what time line of

7    when that collection is going to be complete and

8    when that production is going to be done for the

9    custodians that we discussed.

10         THE COURT:  Okay.

11         So I don't know if Mr. Remington or Mr.

12    Branning, Ms. Billhimer who wants to address that

13    issue.  I know that in y'all's interrogatory

14    responses you do reference email communications.

15    So I'm assuming those were something that you

16    guys recognized was there.  And they have seen

17    some of those text messages that I think y'all

18    referenced.

19         So what is being done to collect those, and

20    what is the time line for those?

21         MS. BILLHIMER:  Your Honor, it's my

22    understanding -- and I don't have the list in

23    front of me of the ones that are done -- there

24    are some that are done.

25         We have focused our effort on getting

Judge Hope Thai Cannon
June 02, 2021

1    yesterday's production out so that the ESI on

2    step I that we -- or step II that we referred to,

3    making sure that we had all the team kind of

4    focused on that.

5        Cell phone data.  I certainly can provide a

6    report of who we have and who we don't and what

7    efforts are being made to collect that.

8        It's my understanding we do have -- I can't

9    tell you how many it is, but we do have cell

10   phone data for the 13 custodians.  It's just

11   identifying which ones we're missing and where we

12   are in that process.

13       THE COURT:  So I'm sorry.

14       So what do you mean you have cell phone

15   data for them?

16       MS. BILLHIMER:  So that's being ingested

17   into the servient data.  It kind of sits in a --

18   I don't want to say it's a separate place, but we

19   focused on reviewing the ESI first.  And then the

20   cell phone data will be cued up at -- it's kind

21   of in parallel, but our goal was to get

22   yesterday's production out for that email data.

23       THE COURT:  So you have -- you have culled

24   together the text messages from 13 -- or cell

25   phone data from 13 custodians.  And those are

Judge Hope Thai Cannon
June 02, 2021

Page 17

1    sitting in some sort of -- or that just needs to

2    be reviewed.  Is that . . .

3          MS. BILLHIMER:  That's our -- that's kind

4    of our next kind of line item to do is to review

5    the cell phone data.

6          THE COURT:  Okay.  But it's there and

7    waiting to be reviewed.

8          MS. BILLHIMER:  And, Your Honor, I don't

9    think we have all 13.  I think there were issues

10   with a minority number of them.  I can't tell you

11   which ones they are as we stand here, but I do

12   understand that we have collected cell phone

13   data.  It is being cued up for review.  And we

14   intend to put that in the line of rolling

15   productions that we're making.

16         THE COURT:  Do you know about a time frame

17   on when your reviewers will be able to review

18   those?

19         MS. BILLHIMER:  I don't, but I certainly

20   can -- like I said, I can push it to the front,

21   if we -- it's kind of a matter of prioritizing

22   which one.

23         Maybe the second set of ESI, which is --

24   just hits on one search term, not project

25   specific, so perhaps maybe nonresponsive.  We

Judge Hope Thai Cannon
June 02, 2021

Page 18

1    could interlay the cell phone data before that so

2    we push that out faster for the other side.

3    That's certainly a proposal that we could . . .

4         MS. GUNTNER:  Depending on the time line of

5    when that could be done, that's certainly

6    something we'd be willing to discuss.

7         I do want to make it clear, though, that

8    cell phone data is ESI.  Under the ESI order,

9    cell phone data and emails are both

10   electronically stored information, although I do

11   understand they may be collected and stored in

12   different ways.

13        THE COURT:  Yeah.  And I don't think that's

14   a dispute.  I think what Ms. Billhimer is really

15   trying to address is, a certain number of

16   manpower and how to get -- you know, what do you

17   guys want in terms of priority?  And you've got

18   the first traunch, we'll say, of the ESI data,

19   based on the project-specific terms.  So

20   that's -- that's all been done, right?  That's

21   what we talked about.

22        MS. BILLHIMER:  That's correct.

23        THE COURT:  Except for the three custodians

24   that you're still unloading.

25        MS. BILLHIMER:  That's correct.

Judge Hope Thai Cannon
June 02, 2021

Page 19

```
 1          MS. GUNTNER:  Your Honor, there are some
 2    disputes or concerns I wanted to raise with you
 3    regarding that as well, which I can certainly get
 4    to.  I don't know that that is actually done.
 5          THE COURT:  Okay.  So hold onto that
 6    thought for a minute.
 7          MS. GUNTNER:  Sure.
 8          THE COURT:  And then -- and I guess so then
 9    we go to the second, which will be a much larger
10    traunch of information, which is the
11    nonproject-specific term ESI.
12          And so I guess what Ms. Billhimer is asking
13    is whether you guys want them to not stop.
14    Because I think we still need to have a team
15    doing that.  And it's just the way we are.  I
16    mean, it may be that you just have to hire more
17    contract people or whatever it might be.  But
18    whether you want those cell phone messages --
19    cell phone data reviewed to be moved up.
20          MS. GUNTNER:  Right.
21          So it was our understanding that, you know,
22    the cell phone data would be sort of treated the
23    same way as the emails.  So I haven't really
24    thought, you know, let me get this before.  This.
25          If it's going to take significantly more
```

Judge Hope Thai Cannon
June 02, 2021

Page 20

```
 1    time to get us our next production by doing one
 2    versus the other, that's something -- I think I
 3    just need -- we need to meet and confer and --
 4             THE COURT:  Okay.
 5             MS. GUNTNER:  -- have a better
 6    understanding of the process, because on our end
 7    at least, once we receive the FTP over, it takes
 8    at least four to five business days to get it
 9    indexed and to get it ready to review.  So it's
10    really -- we probably just need to meet and
11    confer about prioritizing one of the two.
12             THE COURT:  And is the cell phone data also
13    from the 10th to the 30th?
14             MS. BILLHIMER:  Your Honor, I don't want to
15    represent -- misrepresent to the Court.  I am not
16    sure exactly what they have collected.  I believe
17    it's maybe the entire month of September.
18             THE COURT:  Okay.
19             MS. BILLHIMER:  So a little broader period
20    of time.
21             THE COURT:  Because it may be, if you can
22    hold by date -- I mean, I know some of y'all's
23    requests for productions you've limited to
24    specific weeks, really the 11th through the 18th,
25    which is what I think the Sally kind of week
```

Judge Hope Thai Cannon
June 02, 2021

1    spanned.  And so that might get you some, you

2    know, more relevant data right away.  Some of the

3    data toward the end of the month may not be quite

4    as important to you guys as the data during that

5    time period.

6         MS. GUNTNER:  Definitely.  That's a good

7    suggestion.

8         So, yeah, I think, you know, we can

9    probably, once we get a better understanding from

10   Skanska of how long it will take them to get that

11   culled and produce the cell phone data, we could

12   potentially talk about flip-flopping, getting us

13   the -- potentially getting us the cell phone data

14   before the remainder of the email.

15        THE COURT:  Or you just -- I mean, one

16   other way is if you just -- I think y'all could

17   do nonreviewers.  And, again, it may just be just

18   given the time frame that you're in, that you're

19   just going to have to hire or get additional

20   people on board for that, but that you have a

21   certain number, whether that's three people still

22   continue to do the -- what I'll call just the

23   regular ESI, and then a little bit more manpower

24   toward the cell phone data, to have them running

25   both at the same time, because I think anything

Judge Hope Thai Cannon
June 02, 2021

Page 22

1   that we -- I don't -- I mean, we just don't have

2   time -- too much time to be staggering.  So I

3   think we just have to kind of run it at parallel

4   tasks.

5       MS. GUNTNER:  Your Honor, along those same

6   lines, claimants have about 20 reviewers now

7   working on this project.  And we conducted a

8   training yesterday on the database and coding

9   platforms and everything.  So as soon as those

10  documents are available for us to review, we're

11  on the ground running, so . . .

12      THE COURT:  Okay.

13      MS. GUNTNER:  . . . you know, the quicker

14  we can get things in rolling, the better for us.

15      THE COURT:  Okay.

16      MS. GUNTNER:  So we discussed the cell

17  phone data.

18      Another issue that remains is that Skanska

19  has represented that some no-responsive materials

20  remain to be produced.

21      Again, similarly, we would like a clearer

22  time frame of, if they're known responsive

23  materials, when those will be complete.  We've

24  been told it will be a rolling production.  But,

25  again, we would like a time frame of completion.

Judge Hope Thai Cannon
June 02, 2021

Page 23

 1           THE COURT:  There was some -- Mr. Branning,
 2    did you say some of those are being produced --
 3    will be produced later on today is what I thought
 4    I heard you say, some photographs, and videos,
 5    and correspondence and some information related
 6    to some of the prior storms.
 7           MR. BRANNING:  That is correct, Your Honor.
 8           THE COURT:  Okay.
 9           MR. BRANNING:  We anticipate that
10    production later today.
11           And I am personally taking the lead for our
12    group on identifying all known responsive data
13    and getting it produced.
14           I'll be glad to confer with opposing
15    counsel immediately after or even report to this
16    Court a time frame for when we would anticipate
17    being able to complete that production.
18           THE COURT:  And are you -- you're saying
19    you may not get to that today.
20           Are you saying there's going to be some
21    done today, but there's still additional readily
22    available or readily responsive documents that
23    you still have to collect and cull through?
24           MR. BRANNING:  There is definitely a
25    production that is being prepared for today.

Judge Hope Thai Cannon
June 02, 2021

 1          THE COURT:  Okay.

 2          MR. BRANNING:  Apart from that, Your Honor,

 3    I need to confirm what if anything else exists

 4    and how quickly it can be produced.

 5          THE COURT:  Okay.

 6          MR. BRANNING:  We have admittedly, Your

 7    Honor, focused our resources on the ESI effort.

 8          However, I have personally taken the lead

 9    on the identification and production of the known

10    responsive data.

11          THE COURT:  Okay.

12          MR. BRANNING:  And I can report to the

13    Court perhaps later today or just confer with

14    opposing counsel, however the Court prefers.

15          THE COURT:  Yeah.  I mean, I think -- and I

16    would guess I'll let Ms. Guntner speak to it, but

17    I'm sure that the claimants' position on that

18    would be if it's -- that those are documents that

19    probably should have already been produced, and

20    they should not kind of been put on the back

21    burner with the ESI production.

22          So I would suggest, you know, whatever you

23    produce today, and if we can get all the readily

24    available done before you guys come back next

25    Wednesday, that would -- I mean, I'm not sure

Judge Hope Thai Cannon
June 02, 2021

Page 25

1   what that world of documents is, but it just

2   seems to me that those are documents that should

3   have already been, you know, gone over to them.

4        Is that something, Mr. Branning, that you

5   think you guys will be able to do?

6        MR. BRANNING:  If we are unable, Your

7   Honor, I will report to the Court and opposing

8   counsel.

9        THE COURT:  Okay.  And if you do that, let

10  me -- I mean, I guess if there's some reason that

11  can't be, I think we need some additional

12  information as to is it because of where it's

13  located?  Is it because -- you know, what the

14  reason is for not being able to get those

15  documents over to them.  And that would be great.

16       MR. BRANNING:  Yes, Your Honor.

17       THE COURT:  Okay.

18       Yes, Mr. Remington.

19       MR. REMINGTON:  You know, I can speak to

20  that briefly.

21       THE COURT:  Okay.

22       MR. REMINGTON:  As the Court's requested,

23  though, what the issue has been, the ESI

24  coordinator with our co-counsel in New Orleans

25  who initially collected all the documents and put

Judge Hope Thai Cannon
June 02, 2021

1   it into their system at CHAFF is out on

2   disability leave unexpectedly.

3        So we have inherited -- our ESI team has

4   sort of taken over.  We're still trying to make

5   sure that we've collected everything that she's

6   cataloged in their system, to get it over and get

7   it out.

8        THE COURT:  Okay.

9        And Ms. Guntner, are you referring to just

10  readily available ESI?

11       MS. GUNTNER:  Yes, Your Honor.

12       THE COURT:  Okay.

13       MR. REMINGTON:  So that's the step --

14  that's why there's a delay, Your Honor, is that

15  we have, through no sort of fault of anyone, have

16  stepped into a situation that was started by

17  another firm.

18       We're working together, but we're now

19  collecting that data, getting it to servient,

20  getting it uploaded so that we can produce it to

21  the other side.

22       THE COURT:  Okay.

23       Well, just let us know kind of what the

24  status is and whether Mr. Remington, you think

25  you're going to have any hiccups on trying to get

Judge Hope Thai Cannon
June 02, 2021

Page 27

```
 1   at least the majority of that over to them, you

 2   know, by next week -- you know, before we come

 3   back next week.

 4         MR. REMINGTON:  Yes, Your Honor.

 5         And that's the other thing, Your Honor.  As

 6   we met last Thursday, we set June 10th as a date

 7   where we were going to make that supplemental --

 8   try to get everything to them by the 10th.

 9         THE COURT:  Okay.

10         MR. REMINGTON:  They were fine in their

11   interrogatories.

12         And we said we need some time just to get

13   our arms around this database and get everything

14   collected from New Orleans to Pensacola, so we

15   can get it to you.

16         THE COURT:  And so is that your plan, then,

17   Mr. Remington, is to have all available --

18   readily available and known responsive ESI over

19   to them by the 10th?

20         MR. REMINGTON:  I hope to have it before

21   the 10th.

22         THE COURT:  Right, but as a max outside

23   time line.

24         MR. REMINGTON:  At the max outside, we

25   would hope to.
```

Judge Hope Thai Cannon
June 02, 2021

1            THE COURT:  And would that work for you,

2    Ms. Guntner?

3            I mean, obviously, it sounds like they will

4    still continue to do it on a rolling production.

5    They've got some stuff today.  They'll continue

6    to do that, but to have everything done, then, by

7    the 10th.

8            MS. GUNTNER:  Yes, Your Honor.

9            THE COURT:  Okay.

10           MR. REMINGTON:  Thank you.

11           MS. GUNTNER:  Thank you.

12           The reflection issue that remains is

13   custodians.  So Skanska represented today that

14   they have not completed production for at least

15   three custodians, McGlynn, Rubio and Salamonca.

16           We would like some type of idea on why that

17   collection is not completed -- why those

18   documents have not been produced, but also, more

19   importantly, when those documents will be

20   produced.  That's the first issue with respect to

21   custodians.

22           The second issue is for the other remaining

23   custodians, whether those collections and

24   production for the time period of September 10th

25   through 30th is, in fact, complete or if anything

Judge Hope Thai Cannon
June 02, 2021

Page 29

1    else remains.

2         THE COURT:  Okay.  So I think that, Ms.

3    Billhimer, those were the three that you were

4    talking about.  Is it Rubio, Salamonca, and who's

5    the third one?

6         MS. BILLHIMER:  Yes, Your Honor.  Yeah,

7    McGlynn.

8         THE COURT:  McGlynn.  Okay.

9         And it sounds to me that you don't know

10   right now how long that's going to take because

11   you don't have the full number of how many --

12   what that data looks like in terms of volume

13   right now.

14        MS. BILLHIMER:  Yes.

15        And I should be able to get an answer

16   today.  I believe it's being ingested into the

17   side where we can look at it.  So we can do an

18   assessment and then provide an estimate of how

19   long it will take to do the two-step review that

20   we've talked about.

21        With respect to the second issue that Ms.

22   Guntner raised, the review of the other

23   custodians, the 10 which we made a production for

24   yesterday, that is the last step in the process.

25        So it's where it only hit on an issue term,

Judge Hope Thai Cannon
June 02, 2021

 1   a general issue term but not a project-specific

 2   term.  Our project-specific terms, Pensacola, the

 3   barge numbers, Hurricane Sally, all of those,

 4   those are documents that may have hit on a word

 5   like, I think "anchor," just some general-issue

 6   terms, so nothing tying it directly to the bridge

 7   project.

 8        That review is ongoing.  And it's not a --

 9   I don't believe there's a big population of

10   documents, but that is the part that's still

11   being reviewed as we speak.

12        THE COURT:  Okay.  So what you --

13        MS. GUNTNER:  Your Honor --

14        THE COURT:  -- could do -- hold on.

15        MS. GUNTNER:  I'm sorry.

16        THE COURT:  That's okay.

17        So what you've produced is the -- for the

18   10 custodians, the project term.

19        MS. BILLHIMER:  And issue term.  So it hits

20   on both.

21        THE COURT:  And issue term.  Okay.

22        MS. BILLHIMER:  And that's part of our ESI

23   protocol.  We laid out the steps and that's what

24   we had agreed how we would kind of attack it so

25   they could get the most relevant documents first.

Judge Hope Thai Cannon
June 02, 2021

Page 31

1           THE COURT:  And that's completed as to all
2     those -- all 10.
3           MS. BILLHIMER:  10, yes.
4           THE COURT:  Okay.
5           Ms. Guntner, so as to the first -- to the
6     first -- the three that are remaining, when you
7     determine, Ms. Billhimer, how long it's going to
8     take, just report that to Ms. Guntner.
9           And then if there's an issue for -- Ms.
10    Guntner, if you feel that it's not quick enough,
11    y'all just get me on the phone, and we'll deal
12    with that, but it sounds like that's probably
13    something y'all will be able to work out.
14          As to the 10 remaining -- or the 10
15    custodians you have documents for, what were you
16    going to say about that?
17          MS. GUNTNER:  Sure.  I think I should have
18    clarified my question.
19          What I was asking really is whenever that
20    is complete, I meant the sort of step II, whether
21    step II is complete.
22          THE COURT:  That sounds like a yes to me.
23          MS. GUNTNER:  Right.
24          MS. BILLHIMER:  Yes.
25          MS. GUNTNER:  So I think we're on the same

Judge Hope Thai Cannon
June 02, 2021

Page 32

 1   page with that there.

 2          THE COURT:  Okay.

 3          MS. GUNTNER:  So we'll meet and confer on

 4   time line for the remaining three.

 5          THE COURT:  For the remaining -- for step

 6   II of the three remaining.

 7          MS. BILLHIMER:  Yep.

 8          THE COURT:  And it sounds like y'all went

 9   through the other one relatively smoothly.  So

10   hopefully those won't take too long.

11          MS. BILLHIMER:  And I think there may be --

12   once we de-duplicate, it may be even a smaller

13   population.

14          THE COURT:  Okay.

15          MS. GUNTNER:  Okay.  And then only two

16   issues remaining.

17          THE COURT:  Okay.

18          MS. GUNTNER:  The next one would be the

19   documents that were recently produced, I believe

20   yesterday, under step II.

21          So Skanska reported to us this morning that

22   there are a total of 5,984 documents hitting on

23   those search terms in step II.

24          And then of those, they have produced 3,355

25   documents.  So if my math is correct, that means

Judge Hope Thai Cannon
June 02, 2021

Page 33

1    there were 2,629 documents withheld.  That's

2    almost half of those.

3            We're not sure why -- if those were

4    withheld for privilege or other reason.  So, of

5    course, we will be getting a privilege log soon,

6    but that is something that appeared a little bit

7    concerning on the face that we are going to need

8    to address and review.

9            THE COURT:  Okay.

10           So . . . yes, those are the numbers that

11   Mr. Branning gave us, so -- this morning.  And I

12   think y'all were only reviewing it for privilege,

13   so are those --

14           MS. BILLHIMER:  Privilege and

15   confidentiality.  And we marked some confidential

16   but produced them.

17           THE COURT:  But produced those.

18           MS. BILLHIMER:  That's correct.  That's

19   correct.

20           THE COURT:  So the roughly 2,600 are just

21   what you have maybe at initial -- upon initial

22   review determined to be privileged?

23           MS. BILLHIMER:  Privileged or there may be

24   a few that were actually marked nonresponsive, if

25   they had nothing to do with -- it happened to hit

Judge Hope Thai Cannon
June 02, 2021

Page 34

1    on them but has nothing to do -- I think there

2    may be just a handful of those, but I think it's

3    largely privilege, Your Honor.

4            THE COURT:  Okay.

5            MS. BILLHIMER:  And per the protective, we

6    have 10 days.

7            THE COURT:  You do.

8            MS. BILLHIMER:  Yes.

9            THE COURT:  So 10 days.  So I guess at the

10   end of those 10 days, when you get that, if it

11   looks like it's just a handful that are more

12   identified as nonresponsive, that's probably not

13   something y'all are going to have issues with.

14   But, obviously, you can raise it if you do.  If

15   it looks like it's a lot more than that, then

16   maybe that's something that y'all want to raise

17   after you get the privilege log.

18           MS. GUNTNER:  Yes.

19           And, Your Honor, pursuant to our agreed

20   upon process for step II, that was not intended

21   to include a responsiveness review.

22           THE COURT:  Right.

23           MS. GUNTNER:  Responsiveness review is at

24   step III so these documents were not supposed

25   to -- they were supposed to only be reviewed for

Judge Hope Thai Cannon
June 02, 2021

Page 35

1    privilege and confidentiality.

2         THE COURT:  Yeah.  I think that's what we

3    talked about before, but it sounds like maybe

4    when they read them, it was just completely

5    unrelated, so --

6         MS. BILLHIMER:  And, Your Honor, it may be

7    like literally just a few.

8         THE COURT:  Yes.

9         MS. BILLHIMER:  And I didn't look at the

10   final stats afterwards, so I don't know if those

11   were then recoded back because I know there was

12   some discussion about everything is presumptively

13   responsive and hit -- if it hits on both terms,

14   but that's something certainly we can clarify

15   with the other side.

16        THE COURT:  Okay.  But.

17        MS. BILLHIMER:  But I think the majority

18   will be addressed in the privilege log.

19        THE COURT:  Okay.

20        So let's wait and see what that looks like,

21   and then see what they withheld.  And then we can

22   deal with that.

23        If it looks like it's a larger production

24   than y'all were expecting, we can always do an

25   in-camera inspection of those two for relevancy.

Judge Hope Thai Cannon
June 02, 2021

Page 36

1        I would assume y'all don't want anything

2   that's not relevant anyway.

3        MS. GUNTNER:  No, Your Honor.

4        THE COURT:  Just add to your already 15,

5   16, whatever, 20,000 pages you're reviewing.

6        MS. GUNTNER:  Right.

7        And then one final thing.  So in the

8   context of all of our ESI discussions so far, we

9   have been referring only to the time frame of

10  September 10th through 30th.

11       So want to preview for you that the parties

12  are going to meet and confer on Friday concerning

13  collection and production of documents outside of

14  that date range, including search terms, subsets

15  of dates outside of that date range.

16       It's claimants' position that, you know, we

17  intend to send over a proposal to defendants --

18  or excuse me -- to Skanska before our meet and

19  confer.

20       We'll meet and confer on Friday.  Hopefully

21  some terms, things like that, can be run over the

22  weekend so we can have a better understanding and

23  be able to come to you by next Wednesday with any

24  outstanding issues.

25       THE COURT:  So that would be . . . so the

Judge Hope Thai Cannon
June 02, 2021

Page 37

1    step I are all within the time frame, right --
2    still, right?
3         MS. GUNTNER:  Yes, Your Honor.
4         THE COURT:  And so those are what y'all are
5    considering your traunch II at this point.  And
6    then so this would be the third, which is going
7    to run those same search terms on a broader date
8    range or are y'all trying to do different search
9    terms?
10        MS. GUNTNER:  Your Honor, we actually have
11   not discussed anything outside of this date
12   range.
13        THE COURT:  Okay.
14        MS. GUNTNER:  Because it was really -- that
15   was a priority.
16        THE COURT:  Okay.
17        MS. GUNTNER:  But we do need to discuss how
18   to get things moving outside of that date range
19   so that -- you know, this process takes time --
20   so that it can -- you know, we can start getting
21   those documents as well as needed.
22        THE COURT:  Yeah.  And then, I'd be
23   surprised if there's that much relevancy on that,
24   just because if they're already looking through
25   the ESI data for documents that are specifically

Judge Hope Thai Cannon
June 02, 2021

Page 38

1   responsive to the request for production and then

2   doing the search terms that are agreed upon

3   within the date range, that may be a smaller set.

4         MS. GUNTNER:  Your Honor, that might be the

5   case.  We honestly have not really discussed this

6   outside of that date range.

7         I will say, you know, other storms, for

8   example, claimants' -- claimants' position is

9   that, you know, how Skanska responded in certain

10  other storms or, you know, hurricane preparedness

11  plan over time.  There are other issues

12  outstanding beyond the date range that we just

13  discussed.

14        THE COURT:  When y'all are looking for the

15  response -- the documents that are specifically

16  responsive to the request, you're not limiting

17  those to that time range, unless the request is

18  limited to a specific time range, are you?

19        MR. BRANNING:  That is correct, Your Honor.

20        THE COURT:  So I think they're going to

21  capture some of that stuff that we've agreed to

22  produce just in their responsive search outside

23  of the search terms.

24        MS. GUNTNER:  Hopefully so.

25        THE COURT:  Okay.

Judge Hope Thai Cannon
June 02, 2021

Page 39

```
 1          Anything else, Ms. Guntner?

 2          MS. GUNTNER:  No, Your Honor.  That's it

 3     for me.

 4          THE COURT:  Okay.

 5          And so it doesn't sound like y'all have not

 6     started the review.

 7          MS. GUNTNER:  We've started review of our

 8     own documents --

 9          THE COURT:  Okay.

10          MS. GUNTNER:  -- that we need to have

11     gotten from FOIA requests, but the Skanska

12     documents, they're still being loaded and

13     indexed.  Our vendor says it typically takes four

14     to five business days, so probably end of this

15     week we'll have them ready for review.

16          THE COURT:  Okay.

17          And so by next Wednesday, just kind of let

18     me -- give me an update about where y'all are on

19     that review process, because I would assume

20     maybe -- when do y'all think y'all will be ready

21     to start talking about depositions and scheduling

22     those out?

23          MR. BARR:  Your Honor, we've already

24     started talking about it a little bit.

25          THE COURT:  Okay.
```

Judge Hope Thai Cannon
June 02, 2021

Page 40

1          MR. BARR:  We have -- we've sent over a

2    30(b)(6).

3          THE COURT:  That's right.  That was one

4    thing we've talked about.

5          MR. BARR:  And they've now reviewed that.

6    They've given us a designee, they think.  It's

7    not final, but they've given us a designee, where

8    we're going to mess with the date a little bit.

9    I don't know if June 15th is going to work or

10   not.

11         THE COURT:  That was your original date you

12   were going to --

13         MR. BARR:  That was the original proposal,

14   but I don't know if it worked for their designee,

15   but we're going to work that out.

16         I don't know if they have an objection to

17   topics.  It didn't sound like they had any

18   significant objections to the topics.

19         So we'll have that, but then, you know, we

20   obviously need a little bit of time -- we've got

21   in our minds a sense of the most important

22   custodians to depose.

23         THE COURT:  Okay.

24         MR. BARR:  And we've got in our minds a

25   sense of the order we want to take them.

Judge Hope Thai Cannon
June 02, 2021

Page 41

1              But we need a little bit of time for the

2       documents, obviously, to figure out exactly who

3       we want and the order we want to take them in.

4       And we're going to get that done as quickly as

5       possible.  I would think we'd be in a position to

6       start taking individual depos in late June.

7              THE COURT:  Okay.

8              So are y'all . . . is the 15th fine, or do

9       you not know yet, Mr. Remington?

10             MR. REMINGTON:  Your Honor, I don't know

11      yet.  We have -- we have at least one designee.

12      We may have two designees.

13             It would be helpful to know how long you

14      believe that 30(b)(6) deposition will last, so we

15      could -- one of the designees we may have to

16      bring in from out of state.

17             MR. BARR:  I mean -- I mean, I'm operating

18      under the federal rules right now, so seven

19      hours.

20             MR. REMINGTON:  Yeah.

21             THE COURT:  Okay.

22             MR. REMINGTON:  So, I mean, I'm hoping we

23      can find a date sometime between the 15th and the

24      30th, as close to the 15th as possible.

25             THE COURT:  Yeah.  I think it -- because

Judge Hope Thai Cannon
June 02, 2021

Page 42

1    they're -- you're going to want to schedule

2    depositions off of that 30(b)(6).

3          MR. BARR:  That's right.

4          THE COURT:  You're going to want to take

5    that first.  And that may affect who you

6    ultimately are your priorities.

7          MR. BARR:  That's right.

8          THE COURT:  So I would recommend going

9    closer toward the 15th than the 30th.

10          And, of course, y'all have your hearing on

11    the 21st.  So we'll see what happens.

12          MR. BARR:  Speaking of hearing -- and this

13    is something we raised -- Judge Collier -- and I

14    don't know that we're going to have time with

15    Judge Collier before that hearing.  There's

16    nothing scheduled.  But there's not been any

17    discussion among -- about the time limits for

18    oral argument.

19          THE COURT:  Okay.

20          MR. BARR:  If that is something you could

21    possibly ask Judge Collier what he's thinking.

22          THE COURT:  Yeah, we definitely can.

23          Judge Collier's courtroom deputy is right

24    here with me, which is Keri.  Ms. Igney can

25    obviously approach Judge Collier, and I can ask

Judge Hope Thai Cannon
June 02, 2021

Page 43

1   him as well, about what y'all -- do y'all have

2   some specific time limitations you would like or

3   how long you think you would want?

4        MR. BARR:  We have not discussed it

5   directly, as far as what we're thinking.

6        THE COURT:  I don't think he's putting time

7   limits on the hearing itself, is my

8   understanding, and -- but . . . and y'all don't

9   have any evidence is what I understand as well;

10  is that correct?

11       MR. BARR:  There's -- I don't know that --

12  there might be some evidence in there, but it

13  wouldn't be evidence outside of what's already

14  been submitted in the papers.

15       THE COURT:  Okay.

16       MR. BARR:  There's no witnesses.

17       THE COURT:  Okay.  Okay.  So it's just

18  argument of counsel.

19       And do y'all know how many people are

20  planning to speak on y'all's side?

21       MR. BARR:  I think there will be two of us

22  on our side.

23       THE COURT:  Okay.

24       MR. BARR:  One for each motion.

25       THE COURT:  Okay.

Judge Hope Thai Cannon
June 02, 2021

Page 44

    1         MR. REMINGTON:  That was my question.

    2         THE COURT:  Okay.

    3         Yes, I'll check with Judge Collier, and

    4  then let you guys know before y'all come or by

    5  the time y'all come back next Wednesday.

    6         MR. BARR:  And we'll talk about what we

    7  think is necessary, as well, for argument.

    8         THE COURT:  Okay.  Okay.  Okay.

    9         So anything else, then?  It sounds like --

   10  as I said, I would try to push that -- the

   11  representatives as close to the 15th because if

   12  y'all want to try to start setting some.

   13         And then it sounds like y'all won't be

   14  ready to talk about deposition schedules next

   15  Wednesday but maybe the following Wednesday.

   16  That will give you about a week and a half or so

   17  to have reviewed the documents, and then you have

   18  a good idea.  And by then hopefully y'all would

   19  have set your 30(b)(6) and know who those guys

   20  are, too.

   21         MR. BARR:  I certainly think by not the

   22  next status conference --

   23         THE COURT:  Right.

   24         MR. BARR:  -- but the following that we

   25  would have a good sense of people we want to take

Judge Hope Thai Cannon
June 02, 2021

Page 45

1    that are directly involved in the September

2    window.

3            THE COURT:  Okay.

4            MR. BARR:  We might not as have -- have as

5    good a sense for people outside of that window at

6    that point in time because it's just going to

7    depend on where we are with documents at that

8    time.

9            THE COURT:  Okay.

10           And so we can talk about that then.  And

11   then obviously if you guys can talk about it in

12   advance, in terms of who you agree to and what

13   dates.  And then so that if they're limiting the

14   amount of the issues that the Court needs to

15   address.

16           But I think we would like to go ahead and

17   have something in writing about what those dates

18   are and who they are, so that there aren't any

19   disputes going down as y'all start taking those

20   depositions.

21           Anything else, then, that we need to

22   address today, Mr. Geisler?

23           MR. GEISLER:  Sure.

24           Just very briefly, Your Honor.

25           Of course Your Honor entered the protective

Judge Hope Thai Cannon
June 02, 2021

Page 46

1    orders.  There was just one last little piece

2    that the parties need to discuss.

3          THE COURT:  Right.  The privilege -- the

4    log timing for the privilege log.

5          MR. GEISLER:  That's right.

6          And I raised that with Ms. Billhimer.  And

7    my understanding, she's going to take that back

8    to the team and certainly look into your guidance

9    in the transcript about the time that litigation

10   begins in our proposal to them.  So hopefully

11   that will be resolved by next week.

12         THE COURT:  Okay.  And then we can just

13   amend the protective order if we need to do that.

14         MR. GEISLER:  Your preference.  Whichever

15   is fine.

16         THE COURT:  Okay.  I mean, I think y'all

17   can probably just agree to it.  But if there's

18   any issue about that, we can always clarify it as

19   well.

20         MR. GEISLER:  Certainly.  Maybe a letter

21   agreement or something.

22         THE COURT:  Okay.  Thank you.

23         Anyone else?  Anything else?  All right.

24   Thank you.

25         MR. KELLY:  Your Honor.

Judge Hope Thai Cannon
June 02, 2021

Page 47

```
 1           THE COURT:  Oh.  I'm sorry.  Mr. Kelly.

 2           MR. KELLY:  Yes.  I do want to remind your

 3      counsel I'm a little concerned because --

 4      (Telephone distortion).

 5           THE COURT:  Can you hold on one second, Mr.

 6      Kelly?  Mr. Kelly, hold on one second.  We're

 7      having a little bit of audio trouble in here.

 8           MR. KELLY:  Sure.

 9           THE COURT:  And I want to make sure the

10      court reporter hears you.

11           MR. KELLY:  Sure.

12           THE COURT CLERK:  All right.  Try again.

13           THE COURT:  Okay, Mr. Kelly, go ahead.

14      Let's try again.

15           MR. KELLY:  Sure.  (Telephone distortion.)

16           THE COURT:  Hold on a second.  We still

17      can't -- are you on a cell phone, Mr. Kelly?

18           MR. KELLY:  I am.

19           THE COURT CLERK:  It's breaking up.

20           THE COURT:  It's not a really clear

21      connection.

22           Is there any way you can get on a landline?

23           MR. KELLY:  Is this any better?

24           THE COURT:  Yes.  Yes.

25           MR. KELLY:  Okay.  I'm sorry.
```

Judge Hope Thai Cannon
June 02, 2021

Page 48

 1          The speaker set that I was -- apparently is

 2    not as good as I hoped it would be.

 3          No, I -- my point was that there's a lot of

 4    things that seem to be happening in this case

 5    that we are not being copied on or discussed

 6    with.

 7          So, for example, I did not know anything

 8    about this Thursday meet and confer that happened

 9    last week or the one that is supposed to be

10    happening on Friday.

11          We didn't actually get served a copy of the

12    amended interrogatory responses directly by

13    Skanska's counsel.  We have to come through Mr.

14    Barr.

15          And I'm very appreciative that he passed

16    that on to us, but we have a claim in this case,

17    and we are counsel of record.

18          I would like to, you know, be copied on

19    everything.  And I would like to have the

20    opportunity to be, you know, a participant in

21    discovery.

22          So I would just hope that my fellow counsel

23    would include the United States in their future

24    correspondence.

25          THE COURT:  Does anybody want to speak to

Page 49

1    that, Mr. Remington?

2         MR. REMINGTON:  Your Honor, we'd be happy

3    to include the United States.

4         The conference last week was with the party

5    that propounded the interrogatories.

6    Interrogatories aren't filed with the Court.

7         We produced the interrogatories back to the

8    party that propounded them.  And we have no

9    objection to Mr. Barr sending them along or if

10   Mr. Kelly would sort of provide us with a request

11   for copies.  We'll provide him with copies as we

12   go along.  There's no intent to cut him out of

13   any of this.  We're just dealing with the parties

14   who have propounded discovery upon us.

15        MR. BARR:  And, Your Honor, maybe I can

16   short-circuit the whole thing.  I'll take it upon

17   myself personally to make sure Rob is at least

18   invited to every meet and confer.  And if I have

19   to, I'll send him everything.  I'll just -- I'll

20   handle that myself.

21        THE COURT:  Okay.

22        Did you hear that, Mr. Kelly?  Mr. Barr is

23   going to make sure that you get copied on

24   information or correspondence that -- or exchange

25   between the parties.

Judge Hope Thai Cannon
June 02, 2021

Page 50

 1          And I guess if you had -- if you think

 2     you're not getting something or have a question,

 3     you know, obviously you can reach out to Mr.

 4     Remington or Mr. Barr on that.

 5          I do think discovery is supposed to be

 6     served on everyone, not just the -- not just the

 7     requesting party.  But it sounds like that's

 8     not -- Mr. Kelly has it now so it's not an issue.

 9     But just I guess in the future -- written

10     discovery, anyway.

11          MR. REMINGTON:  Your Honor --

12          THE COURT:  You'll just serve it on

13     everyone.

14          MR. REMINGTON:  I apologize.

15          We've been sending everything to Mr. Barr

16     and Mr. Geisler and asking them if they want us

17     to send it out further or if they can have a

18     distribution list, it seems to be easier for them

19     to shoot out to all the parties.

20          THE COURT:  Okay.

21          MR. BARR:  I've been used to serving in a

22     liaison-counsel role, so I'm happy to just pass

23     that through.

24          THE COURT:  Okay.

25          So Mr. Kelly, if you have any questions or

Judge Hope Thai Cannon
June 02, 2021

Page 51

 1   issues or don't think you're getting something,

 2   it sounds like the Skanska folks are sending it

 3   over to Mr. Barr and Mr. Geisler.  So you can

 4   reach out to them.

 5        And Mr. Barr is indicating that he will

 6   make sure you are kept in the loop.

 7        MR. KELLY:  Sounds good.

 8        THE COURT:  Okay.  All right.

 9        Anything else?

10        No?

11        All right.  Thank you, guys.  I'll see

12   y'all next week.

13        (Hearing concluded at 10:47 a.m.)

14

15

16

17

18

19

20

21

22

23

24

25

Judge Hope Thai Cannon
June 02, 2021

Page 52

1

2

3                    CERTIFICATE OF REPORTER

4

5

6    STATE OF FLORIDA      )
                           )
7    COUNTY OF ESCAMBIA    )

8

9         I, DAVID A. DEIK, CP, CPE, Professional Court

10   Reporter, certify that I was authorized to and did

11   stenographically report the foregoing court

12   proceedings; and that the transcript is a true record,

13   to the best of my ability, of the proceedings

14   contained herein.

15        I further certify that I am not a relative,

16   employee, attorney, or counsel to any of the parties,

17   nor am I a relative or employee of any of the parties'

18   attorney or counsel connected with the action, nor am

19   I financially interested in the action.

20

21

22

23        _____

24        DAVID A. DEIK, CP, CPE

25        Professional Court Reporter

**1**

**1**
  6:25
**1,559**
  6:24
**10**
  7:17 9:21,24
  10:18 29:23
  30:18 31:2,3,
  14 34:6,9,10
**10:00**
  9:12
**10:05**
  5:1
**10:47**
  51:13
**10th**
  10:4,24 11:19
  12:23 15:1
  20:13 27:6,8,
  19,21 28:7,24
  36:10
**11th**
  20:24
**13**
  7:18 16:10,
  24,25 17:9
**14,354**
  7:2
**15**
  36:4
**15th**
  40:9 41:8,23,
  24 42:9 44:11
**16**
  36:5
**18th**

  20:24
**19,000**
  14:13
**1:00**
  9:13

**2**

**2,600**
  33:20
**2,629**
  33:1
**2,924**
  6:14
**20**
  22:6
**20,000**
  36:5
**21st**
  42:11
**24**
  8:17
**26th**
  6:9
**28th**
  6:13,21

**3**

**3,355**
  7:2 32:24
**30(b)(6)**
  40:2 41:14
  42:2 44:19
**30th**
  15:1 20:13
  28:25 36:10
  41:24 42:9

**4**

**4,448**
  6:24
**48**
  8:16

**5**

**5,984**
  32:22

**7**

**73**
  6:14

**9**

**94,000**
  14:15

**A**

**a.m.**
  5:1 51:13
**accessible**
  5:11 11:1
**add**
  36:4
**additional**
  6:21 7:7,9,
  12,24 8:3
  9:19 12:22
  21:19 23:21
  25:11
**address**
  15:12 18:15
  33:8 45:15,22
**addressed**

  35:18
**admissibility**
  13:23
**admittedly**
  24:6
**advance**
  45:12
**affect**
  42:5
**afternoon**
  7:11
**agree**
  45:12 46:17
**agreed**
  7:18,19 9:20,
  23 30:24
  34:19 38:2,21
**agreement**
  46:21
**agreements**
  9:15
**ahead**
  14:11 45:16
  47:13
**amend**
  9:16 46:13
**amended**
  48:12
**amount**
  45:14
**anchor**
  30:5
**answers**
  9:17
**anticipate**
  23:9,16
**apologize**
  50:14

apparently
48:1

appeared
33:6

appreciative
48:15

approach
42:25

argument
42:18 43:18
44:7

arms
27:13

assessment
29:18

assume
36:1 39:19

assuming
15:15

attack
30:24

audio
47:7

―――――――――

**B**

―――――――――

back
24:20,24 27:3
35:11 44:5
46:7 49:7

barge
6:18 30:3

Barr
5:4 12:11,12,
25 13:18,22,
25 39:23
40:1,5,13,24
41:17 42:3,7,
12,20 43:4,

11,16,21,24
44:6,21,24
45:4 48:14
49:9,15,22
50:4,15,21
51:3,5

based
5:3 18:19

began
5:1

begins
46:10

big
30:9

Billhimer
8:5,9,23 9:4
11:23 12:8
15:12,21
16:16 17:3,8,
19 18:14,22,
25 19:12
20:14,19
29:3,6,14
30:19,22
31:3,7,24
32:7,11
33:14,18,23
34:5,8 35:6,
9,17 46:6

bit
13:1 21:23
33:6 39:24
40:8,20 41:1
47:7

board
21:20

Branning
5:18,20,24
6:1,5,7 8:4,7
9:7,8 10:5

11:3,5,16,20
12:5,9,10,13,
15 15:12
23:1,7,9,24
24:2,6,12
25:4,6,16
33:11 38:19

breaking
47:19

bridge
30:6

briefly
25:20 45:24

bring
41:16

broader
20:19 37:7

bulk
11:7

burner
24:21

business
20:8 39:14

―――――――――

**C**

―――――――――

call
21:22

called
11:25

capture
38:21

case
38:5 48:4,16

cataloged
26:6

cell
7:25 14:18
16:5,9,14,20,

24 17:5,12
18:1,8,9
19:18,19,22
20:12 21:11,
13,24 22:16
47:17

CHAFF
26:1

charts
6:18

check
44:3

claim
48:16

claimants
14:6,9,14
22:6

claimants'
24:17 36:16
38:8

clarified
31:18

clarify
35:14 46:18

clear
18:7 47:20

clearer
22:21

CLERK
47:12,19

client
12:22

close
9:10,12 13:16
41:24 44:11

closer
42:9

co-counsel

25:24

**Coast**
6:19

**coding**
22:8

**collect**
15:19 16:7
23:23

**collected**
14:19,22
17:12 18:11
20:16 25:25
26:5 27:14

**collecting**
26:19

**collection**
7:16,18,24
14:19,20 15:7
28:17 36:13

**collections**
28:23

**Collier**
42:13,15,21,
25 44:3

**Collier's**
42:23

**comfortable**
6:3

**communications**
15:14

**complete**
15:7 22:23
23:17 28:25
31:20,21

**completed**
7:20 28:14,17
31:1

**completely**

35:4

**completion**
22:25

**comprised**
6:24 7:2

**concerned**
14:9 47:3

**concerns**
14:10 19:2

**concisely**
11:17

**concluded**
51:13

**concurrently**
10:13

**conducted**
22:7

**confer**
20:3,11 23:14
24:13 32:3
36:12,19,20
48:8 49:18

**conference**
6:8 44:22
49:4

**confidential**
33:15

**confidentiality**
8:14 33:15
35:1

**confirm**
12:12 24:3

**connection**
47:21

**consist**
8:21

**consistent**
6:10 10:9

**consists**
6:15

**contained**
7:1 11:8

**context**
36:8

**continue**
10:2 21:22
28:4,5

**continues**
7:25

**continuing**
9:25

**contract**
19:17

**coordinator**
25:24

**copied**
48:5,18 49:23

**copies**
49:11

**copy**
5:12 48:11

**correct**
18:22,25 23:7
32:25 33:18,
19 38:19
43:10

**correspondence**
6:17,19 7:14
23:5 48:24
49:24

**counsel**
9:9 10:16
23:15 24:14
25:8 43:18
47:3 48:13,
17,22

**court**
5:2,21,23,25
6:3,6,10 8:2,
6,8,20 9:3,6,
25 10:19,24
11:4,12,18,21
12:7,11,24
13:13,21,24
14:3,10,11,24
15:10 16:13,
23 17:6,16
18:13,23
19:5,8 20:4,
12,15,18,21
21:15 22:12,
15 23:1,8,16,
18 24:1,5,11,
13,14,15
25:7,9,17,21
26:8,12,22
27:9,16,22
28:1,9 29:2,8
30:12,14,16,
21 31:1,4,22
32:2,5,8,14,
17 33:9,17,20
34:4,7,9,22
35:2,8,16,19
36:4,25 37:4,
13,16,22
38:14,20,25
39:4,9,16,25
40:3,11,23
41:7,21,25
42:4,8,19,22
43:6,15,17,
23,25 44:2,8,
23 45:3,9,14
46:3,12,16,22
47:1,5,9,10,
12,13,16,19,
20,24 48:25

Judge Hope Thai Cannon
June 02, 2021                                                                4

49:6,21
50:12,20,24
51:8

**Court's**
25:22

**courtroom**
42:23

**crucial**
15:2

**cued**
16:20 17:13

**cull**
8:24 12:4
23:23

**culled**
7:20 16:23
21:11

**current**
5:21

**custodial**
11:24

**custodian**
8:3

**custodians**
7:18,19 15:9
16:10,25
18:23 28:13,
15,21,23
29:23 30:18
31:15 40:22

**cut**
49:12

───────────

          **D**

**daily**
10:20

**data**
7:1,24,25

11:24 14:19,
22,23 16:5,
10,15,17,20,
22,25 17:5,13
18:1,8,9,18
19:19,22
20:12 21:2,3,
4,11,13,24
22:17 23:12
24:10 26:19
29:12 37:25

**database**
11:9,10,13,24
13:9 22:8
27:13

**date**
7:16 14:14
20:22 27:6
36:14,15
37:7,11,18
38:3,6,12
40:8,11 41:23

**dates**
36:15 45:13,
17

**days**
20:8 34:6,9,
10 39:14

**de-duplicate**
32:12

**deal**
31:11 35:22

**dealing**
49:13

**defendants**
36:17

**defer**
8:4

**definitively**

23:24

**delay**
26:14

**depend**
45:7

**Depending**
18:4

**depos**
41:6

**depose**
40:22

**deposition**
41:14 44:14

**depositions**
39:21 42:2
45:20

**deputy**
42:23

**designee**
40:6,7,14
41:11

**designees**
41:12,15

**determine**
31:7

**determined**
33:22

**digging**
12:22

**directly**
30:6 43:5
45:1 48:12

**disability**
26:2

**discoveries**
13:17

**discovery**
13:15 48:21

49:14 50:5,10

**discuss**
18:6 37:17
46:2

**discussed**
15:9 22:16
37:11 38:5,13
43:4 48:5

**discussing**
12:6

**discussion**
35:12 42:17

**discussions**
36:8

**dispute**
18:14

**disputes**
19:2 45:19

**distortion**
47:4,15

**distribution**
50:18

**document**
5:9 14:8

**documents**
5:12,15 6:14,
16,20,24 7:2,
5,8,10,12,17
9:20 10:1
12:2,5 14:1,
14 22:10
23:22 24:18
25:1,2,15,25
28:18,19
30:4,10,25
31:15 32:19,
22,25 33:1
34:24 36:13
37:21,25

38:15 39:8,12
41:2 44:17
45:7

---

**E**

---

**easier**
  50:18

**effort**
  7:16 9:21
  10:13,20
  15:25 24:7

**efforts**
  16:7

**electronic**
  7:24

**electronically**
  18:10

**email**
  6:16 7:18
  15:14 16:22
  21:14

**emails**
  5:4 8:21 18:9
  19:23

**end**
  20:6 21:3
  34:10 39:14

**entered**
  45:25

**entire**
  6:15 20:17

**ESI**
  5:11,14 7:1,
  16 9:25 10:7,
  8,20 11:2,5
  16:1,19 17:23
  18:8,18 19:11
  21:23 24:7,21
  25:23 26:3,10

27:18 30:22
36:8 37:25

**ESIS**
  8:3

**estimate**
  29:18

**evidence**
  43:9,12,13

**exchange**
  49:24

**excuse**
  36:18

**executed**
  9:18

**exists**
  24:3

**expect**
  8:11

**expecting**
  35:24

**eye**
  13:2,3

---

**F**

---

**face**
  33:7

**fact**
  28:25

**faster**
  9:2 18:2

**fault**
  26:15

**federal**
  41:18

**feel**
  31:10

**fellow**

48:22

**figure**
  41:2

**file**
  13:8

**filed**
  49:6

**final**
  35:10 36:7
  40:7

**find**
  41:23

**fine**
  27:10 41:8
  46:15

**firm**
  26:17

**flip-flopping**
  21:12

**focused**
  15:25 16:4,19
  24:7

**FOIA**
  39:11

**folks**
  51:2

**forecasts**
  6:17

**frame**
  8:3 14:25
  17:16 21:18
  22:22,25
  23:16 36:9
  37:1

**Friday**
  6:21 36:12,20
  48:10

**front**

15:23 17:20

**FTP**
  20:7

**full**
  29:11

**future**
  48:23 50:9

---

**G**

---

**gathering**
  7:8

**gave**
  33:11

**Geisler**
  5:5 45:22,23
  46:5,14,20
  50:16 51:3

**general**
  30:1

**general-issue**
  30:5

**generally**
  8:21

**get all**
  24:23

**give**
  8:16,18 39:18
  44:16

**glad**
  23:14

**goal**
  16:21

**good**
  5:2 21:6
  44:18,25 45:5
  48:2 51:7

**great**
  25:15

ground
22:11

group
23:12

Guard
6:19

guess
5:4,7,11
19:8,12 24:16
25:10 34:9
50:1,9

guidance
46:8

GUNTER
14:12

Guntner
13:4 14:4,5
18:4 19:1,7,
20 20:5 21:6
22:5,13,16
24:16 26:9,11
28:2,8,11
29:22 30:13,
15 31:5,8,10,
17,23,25
32:3,15,18
34:18,23
36:3,6 37:3,
10,14,17
38:4,24 39:1,
2,7,10

guys
13:15 15:16
18:17 19:13
21:4 24:24
25:5 44:4,19
45:11 51:11

---

**H**

half
33:2 44:16

handful
34:2,11

handle
15:4 49:20

happened
33:25 48:8

happening
48:4,10

happy
49:2 50:22

hard
5:12

hear
49:22

heard
23:4

hearing
42:10,12,15
43:7 51:13

hears
47:10

helpful
41:13

hiccups
26:25

hire
19:16 21:19

hit
29:25 30:4
33:25 35:13

hits
17:24 30:19
35:13

hitting
10:10 32:22

hold
19:5 20:22
30:14 47:5,6,
16

honestly
38:5

Honor
5:20 6:1 7:3
8:4,9 9:2,8
10:5 11:3,17,
20,23 12:10
13:19 14:5
15:21 17:8
19:1 20:14
22:5 23:7
24:2,7 25:7,
16 26:11,14
27:4,5 28:8
29:6 30:13
34:3,19 35:6
36:3 37:3,10
38:4,19 39:2,
23 41:10
45:24,25
46:25 49:2,15
50:11

hope
27:20,25
48:22

hoped
48:2

hoping
41:22

hours
8:16,17 9:11,
12 41:19

hurricane
6:11 30:3

38:10

---

**I**

idea
28:16 44:18

identification
24:9

identified
10:11 34:12

identify
9:21

identifying
16:11 23:12

Igney
42:24

II
7:6,22 16:2
31:20,21
32:6,20,23
34:20 37:5

III
34:24

immediately
23:15

important
14:23 21:4
40:21

importantly
28:19

in-camera
35:25

include
7:12,13 34:21
48:23 49:3

included
6:14,16 7:17
9:16

includes
  11:24

including
  7:25 36:14

independent
  10:7,22

indexed
  20:9 39:13

indicating
  51:5

individual
  41:6

individuals
  15:3

information
  6:22 10:11
  11:7,10 18:10
  19:10 23:5
  25:12 49:24

informed
  7:10 9:1

ingested
  16:16 29:16

inherited
  26:3

initial
  33:21

initially
  25:25

inspection
  35:25

intend
  17:14 36:17

intended
  34:20

intent
  49:12

interlay
  18:1

interrogatories
  9:14,17 12:17
  27:11 49:5,6,
  7

interrogatory
  12:18,20
  15:13 48:12

invited
  49:18

involve
  11:5

involved
  45:1

isolated
  10:16

issue
  14:17 15:13
  22:18 25:23
  28:12,20,22
  29:21,25
  30:1,19,21
  31:9 46:18
  50:8

issues
  5:6 13:16
  14:9 17:9
  32:16 34:13
  36:24 38:11
  45:14 51:1

item
  17:4

items
  10:15

                J

Judge
  6:7 42:13,15,

  21,23,25 44:3

June
  6:25 9:20,23
  10:18,24
  12:23 27:6
  40:9 41:6

                K

Kelly
  46:25 47:1,2,
  6,8,11,13,15,
  17,18,23,25
  49:10,22
  50:8,25 51:7

Keri
  42:24

kind
  10:13,22
  14:1,21 16:3,
  17,20 17:3,4,
  21 20:25 22:3
  24:20 26:23
  30:24 39:17

                L

laid
  30:23

landline
  47:22

language
  12:16

largely
  34:3

larger
  19:9 35:23

late
  41:6

latest
  8:15

lead
  23:11 24:8

leave
  26:2

letter
  46:20

liaison-counsel
  50:22

limitations
  43:2

limited
  13:19 20:23
  38:18

limiting
  38:16 45:13

limits
  42:17 43:7

lines
  22:6

list
  15:22 50:18

literally
  35:7

litigation
  46:9

load
  13:8,9

loaded
  39:12

located
  25:13

log
  33:5 34:17
  35:18 46:4

long
  21:10 29:10,

19 31:7 32:10
41:13 43:3

**loop**
51:6

**lot**
5:5 12:25
14:16 34:15
48:3

---

**M**

**made**
6:8,13,21,25
14:8 16:7
29:23

**maintained**
13:22

**majority**
12:16 14:2
27:1 35:17

**make**
18:7 26:4
27:7 47:9
49:17,23 51:6

**making**
16:3 17:15

**manpower**
18:16 21:23

**marked**
33:15,24

**materials**
22:19,23

**math**
32:25

**matter**
17:21

**max**
27:22,24

**Mcglynn**
28:15 29:7,8

**means**
32:25

**meant**
31:20

**meet**
20:3,10 32:3
36:12,18,20
48:8 49:18

**meeting**
12:14

**mess**
40:8

**messages**
15:17 16:24
19:18

**met**
9:9,10 10:15
27:6

**minds**
40:21,24

**minority**
17:10

**minute**
19:6

**misrepresent**
20:15

**missing**
16:11

**misspoke**
9:12

**mistaken**
11:6

**Monday**
8:15,19

**month**
20:17 21:3

**morning**
5:2 7:10
14:13,18
32:21 33:11

**motion**
43:24

**moved**
7:21 8:25
19:19

**moving**
13:1 37:18

---

**N**

**needed**
12:21 37:21

**Nikki**
14:5

**no-responsive**
22:19

**non-esi**
5:13

**nonprivileged**
7:4,5

**nonproject-
specific**
19:11

**nonresponsive**
17:25 33:24
34:12

**nonreviewers**
21:17

**number**
8:20 17:10
18:15 21:21
29:11

**numbers**
30:3 33:10

---

**O**

**objection**
13:23 40:16
49:9

**objections**
40:18

**obligation**
9:16

**obtained**
6:22

**ongoing**
8:1 10:8,21
14:20 30:8

**operating**
41:17

**opportunity**
48:20

**opposing**
23:14 24:14
25:7

**oral**
42:18

**order**
8:17 18:8
40:25 41:3
46:13

**orders**
46:1

**organizational**
6:18

**original**
40:11,13

**Orleans**
25:24 27:14

**outstanding**
36:24 38:12

over-promise
  9:5

_____
**P**
_____

pages
  6:14,24  7:3
  14:14,15  36:5

papers
  43:14

parallel
  16:21  22:3

part
  30:10,22

participant
  48:20

parties
  9:9  13:2
  36:11  46:2
  49:13,25
  50:19

parties'
  7:22

party
  49:4,8  50:7

pass
  50:22

passed
  48:15

Pensacola
  27:14  30:2

people
  11:25  19:17
  21:20,21
  43:19  44:25
  45:5

Perfect
  13:13  14:3

period
  15:2  20:19
  21:5  28:24

personally
  10:21  23:11
  24:8  49:17

pertaining
  7:14

phone
  7:25  14:18
  16:5,10,14,
  20,25  17:5,12
  18:1,8,9
  19:18,19,22
  20:12  21:11,
  13,24  22:17
  31:11  47:17

photographs
  7:13  23:4

piece
  46:1

place
  16:18

plan
  6:12  27:16
  38:11

planning
  43:20

platforms
  22:9

podium
  6:2

point
  15:1  37:5
  45:6  48:3

population
  30:9  32:13

position
  24:17  36:16

38:8  41:5

possibly
  42:21

potentially
  21:12,13

preference
  46:14

prefers
  24:14

preliminary
  13:11

prepare
  8:18  9:22

prepared
  5:20  23:25

preparedness
  6:11  38:10

presumptively
  35:12

preview
  36:11

prior
  7:15  23:6

priorities
  42:6

prioritizing
  17:21  20:11

priority
  18:17  37:15

priv
  8:14

privilege
  5:15  33:4,5,
  12,14  34:3,17
  35:1,18  46:3,
  4

privileged
  33:22,23

proceed
  5:24

proceedings
  5:1

process
  13:10  16:12
  20:6  29:24
  34:20  37:19
  39:19

produce
  5:10  6:11
  9:20,23  10:8
  21:11  24:23
  26:20  38:22

produced
  5:16  10:3,11
  11:19  14:13,
  15,16  22:20
  23:2,3,13
  24:4,19
  28:18,20
  30:17  32:19,
  24  33:16,17
  49:7

production
  5:9,22  6:9,
  13,15  7:1,3,
  4,5,8,9,11,17
  8:19  9:14,22
  10:6,9,14,15,
  25  11:8  12:17
  14:8,20  15:8
  16:1,22  20:1
  22:24  23:10,
  17,25  24:9,21
  28:4,14,24
  29:23  35:23
  36:13  38:1

productions
  6:9,22  17:15

20:23

**productive**
  12:14

**progress**
  14:8

**project**
  5:13 12:1,2
  17:24 22:7
  30:7,18

**project-related**
  6:20

**project-specific**
  18:19 30:1,2

**projected**
  8:2

**promised**
  12:19

**proposal**
  18:3 36:17
  40:13 46:10

**propounded**
  49:5,8,14

**protective**
  34:5 45:25
  46:13

**protocol**
  5:13 7:6,23
  30:23

**provide**
  16:5 29:18
  49:10,11

**public**
  6:23

**pursuant**
  7:5 34:19

**push**
  8:17 17:20

18:2 44:10

**put**
  17:14 24:20
  25:25

**putting**
  43:6

---

**Q**

---

**question**
  31:18 44:1
  50:2

**questions**
  50:25

**quick**
  31:10

**quicker**
  22:13

**quickly**
  24:4 41:4

---

**R**

---

**raise**
  14:10 19:2
  34:14,16

**raised**
  14:17 29:22
  42:13 46:6

**range**
  36:14,15
  37:8,12,18
  38:3,6,12,17,
  18

**reach**
  12:21 50:3
  51:4

**reached**
  9:15

**read**
  35:4

**readily**
  5:11 11:1
  23:21,22
  24:23 26:10
  27:18

**ready**
  7:11 20:9
  39:15,20
  44:14

**reason**
  25:10,14 33:4

**receive**
  20:7

**received**
  5:4

**recently**
  32:19

**recoded**
  35:11

**recognized**
  15:16

**recommend**
  42:8

**record**
  48:17

**records**
  6:23

**reference**
  15:14

**referenced**
  15:18

**referred**
  16:2

**referring**
  10:19 26:9
  36:9

**reflection**
  28:12

**regular**
  21:23

**related**
  12:2 23:5

**relating**
  13:17

**relevancy**
  35:25 37:23

**relevant**
  21:2 30:25
  36:2

**remain**
  22:20

**remainder**
  21:14

**remaining**
  7:19 28:22
  31:6,14 32:4,
  5,6,16

**remains**
  14:16 22:18
  28:12 29:1

**remind**
  14:24 47:2

**Remington**
  5:17 12:15
  15:11 25:18,
  19,22 26:13,
  24 27:4,10,
  17,20,24
  28:10 41:9,
  10,20,22 44:1
  49:1,2 50:4,
  11,14

**report**
  5:21 6:19
  8:10 13:4

16:6 23:15
24:12 25:7
31:8

**reported**
14:12 32:21

**reporter**
47:10

**repository**
12:2

**represent**
20:15

**representation**
6:10

**representative**
9:18

**representatives**
44:11

**represented**
9:23 22:19
28:13

**request**
9:14 10:6,14,
15 11:8 12:5
38:1,16,17
49:10

**requested**
25:22

**requesting**
50:7

**requests**
6:23 9:19
10:17 11:11
12:17 13:19,
20 20:23
39:11

**require**
11:9

**resolved**

5:6 13:15
46:11

**resolving**
13:16

**resources**
24:7

**respect**
9:5 28:20
29:21

**respond**
8:7 10:14

**responded**
38:9

**response**
10:6,22 15:5
38:15

**responses**
10:18 12:19,
21 15:14
48:12

**responsive**
6:16 7:7,9
9:20 10:10
11:7,11 12:4
22:22 23:12,
22 24:10
27:18 35:13
38:1,16,22

**responsiveness**
34:21,23

**result**
10:11

**results**
10:9

**review**
7:21,22 8:14
13:10 17:4,
13,17 20:9
22:10 29:19,

22 30:8 33:8,
22 34:21,23
39:6,7,15,19

**reviewed**
5:14 17:2,7
19:19 30:11
34:25 40:5
44:17

**reviewers**
17:17 22:6

**reviewing**
16:19 33:12
36:5

**RFP**
10:22

**Rob**
49:17

**role**
50:22

**roll**
10:2

**rolling**
10:9 17:14
22:14,24 28:4

**roughly**
33:20

**Rubio**
28:15 29:8

**rules**
41:18

**run**
10:12 22:3
36:21 37:7

**running**
11:14 21:24
22:11

_____

S

**Salamonca**
28:15 29:4

**Sally**
20:25 30:3

**schedule**
42:1

**scheduled**
42:16

**schedules**
44:14

**scheduling**
39:21

**search**
8:10 9:25
10:7,8,10,12
11:10,14
17:24 32:23
36:14 37:7,8
38:2,22,23

**searched**
7:20

**searching**
8:22 11:13

**send**
36:17 49:19
50:17

**sending**
49:9 50:15
51:2

**sense**
40:21,25
44:25 45:5

**separate**
6:22 11:13
16:18

**September**

14:25 20:17
28:24 36:10
45:1

**serve**
50:12

**served**
9:17 48:11
50:6

**server**
12:1

**servient**
16:17 26:19

**serving**
50:21

**set**
10:3 12:20
17:23 27:6
38:3 44:19
48:1

**setting**
44:12

**shoot**
50:19

**short-circuit**
49:16

**side**
7:21 8:24,25
9:1 18:2
26:21 29:17
35:15 43:20,
22

**significant**
40:18

**significantly**
19:25

**similarly**
22:21

**site**

15:4

**sits**
16:17

**sitting**
17:1

**situation**
26:16

**Skanska**
5:10 6:8,18
7:14 9:18,19
14:12,18
21:10 22:18
28:13 32:21
36:18 38:9
39:11 51:2

**Skanska's**
9:16 48:13

**smaller**
32:12 38:3

**smoothly**
32:9

**sort**
17:1 19:22
26:4,15 31:20
49:10

**sound**
39:5 40:17

**sounds**
5:3 13:14
28:3 29:9
31:12,22 32:8
35:3 44:9,13
50:7 51:2,7

**spanned**
21:1

**speak**
5:19 6:5
24:16 25:19
30:11 43:20

48:25

**speaker**
48:1

**Speaking**
42:12

**specific**
5:13 10:17
11:11 12:4
17:25 20:24
38:18 43:2

**specifically**
11:10 37:25
38:15

**stage**
7:6

**staggering**
22:2

**stand**
17:11

**start**
37:20 39:21
41:6 44:12
45:19

**started**
26:16 39:6,7,
24

**state**
41:16

**stated**
14:18

**States**
48:23 49:3

**stats**
35:10

**status**
5:8,21 6:7
26:24 44:22

**step**

7:4,21,22
16:2 26:13
29:24 31:20,
21 32:5,20,23
34:20,24 37:1

**stepped**
26:16

**steps**
14:21 30:23

**stop**
19:13

**stored**
18:10,11

**storm**
15:5

**storms**
7:15 15:2
23:6 38:7,10

**stuff**
13:11 14:1
28:5 38:21

**submitted**
43:14

**subsets**
36:14

**suggest**
24:22

**suggestion**
21:7

**supplement**
10:17

**supplemental**
9:22 12:18
27:7

**supposed**
34:24,25 48:9
50:5

**surprised**

37:23

**surrounding**
15:2

**surveys**
6:18

**system**
26:1,6

---

**T**

**takes**
13:7 20:7
37:19 39:13

**taking**
10:6 23:11
41:6 45:19

**talk**
21:12 44:6,14
45:10,11

**talked**
12:13 18:21
29:20 35:3
40:4

**talking**
14:25 29:4
39:21,24

**tandem**
10:23

**tasks**
22:4

**team**
16:3 19:14
26:3 46:8

**telephone**
47:4,15

**term**
5:14 8:10
17:24 19:11
29:25 30:1,2,

18,19,21

**terms**
8:11,15
10:10,12
11:14 18:17,
19 29:12
30:2,6 32:23
35:13 36:14,
21 37:7,9
38:2,23 45:12

**text**
15:17 16:24

**texting**
15:3

**thing**
27:5 36:7
40:4 49:16

**things**
13:23 22:14
36:21 37:18
48:4

**thinking**
42:21 43:5

**thought**
19:6,24 23:3

**Thursday**
9:10 10:16
12:14 27:6
48:8

**time**
8:2,18 13:8
14:25 15:2,6,
20 17:16 18:4
20:1,20 21:5,
18,25 22:2,
22,25 23:16
27:12,23
28:24 32:4
36:9 37:1,19
38:11,17,18

40:20 41:1
42:14,17
43:2,6 44:5
45:6,8 46:9

**timing**
46:4

**today**
5:7 8:13
23:3,10,19,
21,25 24:13,
23 28:5,13
29:16 45:22

**told**
22:24

**topics**
40:17,18

**total**
32:22

**totaling**
6:14,24 7:2

**training**
22:8

**transcript**
46:9

**transom**
13:3

**traunch**
18:18 19:10
37:5

**treat**
10:21

**treated**
19:22

**trouble**
47:7

**true**
13:18

**two-step**

29:19

**tying**
30:6

**type**
28:16

**typically**
39:13

---

**U**

**ultimately**
42:6

**unable**
25:6

**understand**
17:12 18:11
43:9

**understanding**
15:22 16:8
19:21 20:6
21:9 36:22
43:8 46:7

**unexpectedly**
26:2

**United**
48:23 49:3

**unloading**
18:24

**unrelated**
35:5

**update**
39:18

**uploaded**
26:20

---

**V**

**vendor**
8:16 9:5

39:13

**versus**
  20:2

**videos**
  7:13 23:4

**volume**
  8:11 29:12

---

**W**

---

**wait**
  35:20

**waiting**
  17:7

**wanted**
  12:12 19:2

**ways**
  18:12

**weather**
  6:17

**Wednesday**
  6:8 8:13
  24:25 36:23
  39:17 44:5,15

**week**
  9:10 13:17
  20:25 27:2,3
  39:15 44:16
  46:11 48:9
  49:4 51:12

**weekend**
  36:22

**weeks**
  20:24

**Whichever**
  46:14

**wide**
  14:21

**window**
  45:2,5

**withdrawn**
  13:20

**withheld**
  33:1,4 35:21

**withhold**
  14:1

**witnesses**
  43:16

**word**
  30:4

**work**
  13:1 28:1
  31:13 40:9,15

**worked**
  12:15 14:2
  40:14

**working**
  15:4 22:7
  26:18

**world**
  25:1

**wrap**
  9:8

**writing**
  45:17

**written**
  13:14,17 50:9

---

**Y**

---

**y'all**
  15:17 21:16
  31:11,13 32:8
  33:12 34:13,
  16 35:24 36:1
  37:4,8 38:14
  39:5,18,20

41:8 42:10
43:1,8,19
44:4,5,12,13,
18 45:19
46:16 51:12

**y'all's**
  15:13 20:22
  43:20

**yesterday**
  6:25 7:4 9:18
  22:8 29:24
  32:20

**yesterday's**
  16:1,22