# EXHIBIT 3

# PLACEHOLDER