# EXHIBIT 4

**Hurricane Preparedness Work Plan**
Pensacola Bay Bridge Replacement
Job No. 042299



# Hurricane Prepardness Work Plan

**Job Number 042299**

**SR 30 (US98)- Pensacola Bay Bridge Replacement**

**Bridge Number 480035**

**Pensacola/ Gulf Breeze, Florida**

**Date:**

**Prepared By:** Sarah Stephens

| Reviewer | Reviewer Signature | Review Date |
|---|---|---|
| Field Engineer – Sarah Stephens | | |
| Project Engineer – Catherine Burgess | | |
| Project Manager – Thomas DeMarco | | |
| Safety – Ricardo Gonzalez | | |
| Superintendent – Pat McGlynn | | |
| General Superintendent- Ronnie Benton | | |

**SKANSKA**

**Hurricane Preparedness Work Plan**
Pensacola Bay Bridge Replacement
Job No. 042299

**PURPOSE:**

The purpose of this plan is to summarize Skanska's operations and responsibilities regarding their response to, and recovery from a hurricane.  In general, Skanska personnel will be assigned to secure the project site, secure all marine based equipment to safe harbor, and provide clean-up/recovery support at the project site. Also included are the duties required at the field and office building.  This document is not intended to include all activities that could take place in the event of a hurricane. Depending on the severity of the hurricane, individuals may be assigned to provide additional support.

**SKANSKA'S RESPONSIBILITIES:**

Overall responsibilities of Skanska are as follows:

1. Secure loose materials and equipment prior to hurricane
2. Secure all marine based equipment to safe harbor
3. Engage in clean-up/recovery efforts on the job site
4. Document all activity and damage related to the storm event in order to submit to FDOT as required

**GENERAL HURRICANE INFORMATION:**

Hurricanes are tropical cyclones in which winds reach a constant speed of at least 74 miles per hour (mph) and may gust to 200 mph. Their spiral clouds may cover an area several hundred miles in diameter. The spirals are heavy cloud bands from which torrential rains fall and tornadoes may be generated. The eye of the hurricane is deceptively calm and almost free of clouds with light winds and warm temperatures.

Beyond the eye, counterclockwise winds bring destruction to coastlines and islands in their erratic path. The position of the storm given by the National Hurricane Center is always the eye of the storm. High winds and heavy rain may extend up to 200 miles from the eye. Hazardous conditions may arrive 6-10 hours before the eye makes landfall.

- The Saffir/Simpson Scale is used by the National Hurricane Center to provide a continuing assessment of the potential for wind and storm surge damage.

| Type of Storm | Wind Speed | Storm Surge |
|---|---|---|
| Tropical Storm | 39-73 mph | -- |
| Category 1 | 74-95 mph | 5 feet |
| Category 2 | 96-110 mph | 7 feet |
| Category 3 | 111-130 mph | 10 feet |
| Category 4 | 131-155 mph | 13 feet |
| Category 5 | 156 + mph | 15 feet |

**SKANSKA**

**Hurricane Preparedness Work Plan**
Pensacola Bay Bridge Replacement
Job No. 042299

**Category 1 -** Winds of 74 to 95 miles per hour. Damage occurs primarily to shrubbery, trees unanchored mobile homes and poorly constructed signs. Low-lying coastal roads are inundated by water. Minor damage caused to piers and some small crafts in exposed anchorage are torn from moorings.

**Category 2 -** Winds of 96 to 110 miles per hour. Considerable damage to shrubbery and trees, with some uprooted and blown down. Major damage to exposed mobile homes and poorly constructed signs. Some damage to roofing materials, windows and doors with minor to no damage to buildings. Coastal roads and low-lying escape routes inland are cut by rising water two or four hours before the arrival of the hurricanes center. Considerable amount of damage to piers with flooding of the marinas. Small crafts in exposed anchorage are torn from their moorings.

**Category 3 -** Winds of 111 to 130 miles per hour. Extensive damage to large trees. Poorly constructed signs are blown down. Damage to roofing materials, windows and doors. Mobile homes destroyed. Serious flooding along coast with many smaller coastal structures destroyed and large structures damaged by battering waves and floating debris. Low-lying escape routes farther inland inundated by rising water three to five hours before the hurricane center arrives.

**Category 4 -** Winds of 131 to 155 miles per hour. Shrubs are destroyed, most trees blown down and all signs are torn down. Complete destruction of mobile homes and failure of roofs on many small residences. Extensive damage to roofing materials, windows and doors of residences. Major damage to lower floors of structures near shorelines due to flooding, battering waves and floating debris. Low-lying inland escape routes cut by rising water three to five hours before the hurricane center arrives.

**Category 5 -** Winds greater than 155 miles per hour. Shrubs and trees are destroyed and blown down. Severe and excessive damage to windows and doors. Complete destruction of mobile homes and some small buildings. Low-lying escape routes inland cut by rising water three to five hours before the hurricane center arrives.

**DEFINITIONS:**

**Advisory:** National weather Service message giving storm locations, intensity, movement, and precautions to be taken.

**Eye:** The circular area of comparatively light winds and fair weather at the center of the hurricane. The eyes are usually 25-30 miles in diameter. The area around the eye is called a wall cloud. While the eye is passing, the intensity of the storm is obsolete, but the full intensity of the storm will reoccur in minutes.

**Hurricane:** A tropical weather system characterized by pronounced rotary circulation with a constant minimum wind speed of 74 mph (64 knots). Most times, rain, thunder, lightning and often tornadoes accompany the high winds.

**Hurricane Alert:** A hurricane alert will be announced if preparation for a hurricane will be necessary. This is required before a hurricane watch is issued. Action normally taken during a hurricane watch will be initiated when a hurricane alert is declared.

**Hurricane Watch:** A watch is issued by the National Hurricane Center when a hurricane threatens. The watch indicates that hurricane conditions could occur within 24 – 36 hours, but is not guaranteed.

**SKANSKA**

**Hurricane Preparedness Work Plan**
Pensacola Bay Bridge Replacement
Job No. 042299

**Hurricane Warning:** A warning is issued by the National Hurricane Center 24 hours before hurricane conditions are expected. If the hurricane path changes quickly, the warning may be issued as few as 10 to 18 hours before landfall. A warning will also identify the areas of dangerously high water and waves, although the winds may be less.

**Hurricane Landfall:** The point and time during which the eye of the storm passes over the shoreline. After passage of the calm eye, hurricane winds regain their intensity from the opposite direction.

**Storm Surge:** A dome of sea water, over 50 miles across the coastline inundates the land with water up to 15 feet above the normal high tide. The ocean level rises as a hurricane approaches land peaking where the eye strikes the land, and gradually subsiding after the hurricane passes. Storm surge, also known as tidal flooding, has been responsible for nine out of ten hurricane deaths.

**Tropical Storm:** An area of low pressure with a definite eye, and counter clockwise winds of 39 to 74 mph. A tropical storm may strengthen to hurricane force winds in a short period of time.

**Tropical Storm Warning:** A warning issued by the National Hurricane Center when winds of 55 to 74 mph (48 knots) are expected. If a hurricane is expected to stride a coastal area, separate tropical storm warnings will not usually precede hurricane warnings.

**STAFF RESPONSIBILITIES:**

Before hurricane season arrives, certain responsibilities are required at the field office location:

2132 Barrancas Ave, Pensacola FL 32506

1.      It is every person's responsibility to ensure that the files and equipment are properly prepared, secured, or removed from the office or site in the event of a hurricane.

2.      Communication for construction activities will be through the Construction Manager.

3.      The Project Manager will direct activity in the event additional duties are required.

4.      The field office location is located in Evacuation Zone "A" for Escambia County. 0-3 ft. of storm surge can be expected. If an evacuation order is issued, everyone in the office must vacate, and no one may return to the office until it is lifted.



**Hurricane Preparedness Work Plan**
Pensacola Bay Bridge Replacement
Job No. 042299

## POINTS OF CONTACT:

**Tug Boat Captains-**
Rob Hill– (850)- 428-7417
Bradly Thach- (225)-229-4779
**Deck Hands-**
Caleb Taylor- (901)-834-4268
Justin Phillips- (850)-501-1970
**Project Manager-**
Rob Rodgers- (850)-630-4790
**Superintendents-**
Pat McGlynn- (757)-417-5122
Ronnie Benton- (757)-202-8920
**Equipment-**
Steve Cortez- (951)-232-7117
Sub Tugboat- Gary (772)-216-1928

## PRESEASON PREPARATION (PRIOR TO MAY OF EACH YEAR):

1. All field and office personnel should become familiar with this plan and assigned duties.
2. The field office and storage area should contain at a minimum the following equipment in good working order:
   2.1. One flashlight in operating condition
   2.2. One first aid kit (complete)
   2.3. An area where vehicles may be parked that is free from falling objects
   2.4. An area where important correspondence, plans, etc. can be placed, e.g. filing cabinets in order to keep dry
   2.5. Locate circuit breakers (to disconnect electrical power)
   2.6. One rain suit, hard hat, and class 3 safety vest available at all times for each employee designated for hurricane preparation and response.
3. All preparedness duties must be completed by start of project
4. Review inventory once a month, or after a storm event to insure minimum supply levels of critical items are met and maintained through hurricane season.
5. Check operation of all two-way radios assigned to the area and have repairs made, if necessary.
6. Review procedures of this manual with supervisory personnel and O&M employees to ensure that they are aware of all requirements.
7. Check on availability of rental equipment and make a list of equipment and location where available (chain saws, pumps, generators, bulldozers, etc.)
8. Verify that keys are available for all vehicles along with spares.
9. Participate in the Statewide/District wide Hurricane Drill

<u>Hurricane Preparedness Work Plan</u>
Pensacola Bay Bridge Replacement
Job No. 042299

**Jobsite Preparation:**

**Condition FOUR – (Sustained winds of 50 knots or 58 mph or greater expected within 96 hours/4 days)**
Maintain all "Condition ONE and TWO and THREE" requirements and commence securing operations

- Normal daily jobsite cleanup and good housekeeping practices.
- Collect and store in piles or containers scrap lumber, waste material, and rubbish for removal and disposal at the close of work day.
- Stack and band form lumber in neat piles less than 4 feet high.
- Remove all debris, trash, or objects that could become flying hazards.
- Remove/Add any MOT devices on roads used for evacuation routes per FDOT and secure them from becoming projectiles.
- Contact project IT specialist (Patrick Lee) to notify them of a possible need for a site visit to remove project sever.
- Preform a SWPPP walk with an FDOT representative to ensure that the jobsite is prepared for immense rainfall.

**Condition THREE – (Sustained winds of 50 knots or 58 mph or greater expected within 72 hours/3days):**
Maintain all "Condition ONE and TWO" requirements and commence securing operations necessary for "Condition ONE" that cannot be completed within 18 hours.

- Cease all routine activities which might interfere with securing operations.
- Commence securing and stow all gear and portable equipment.
- Make preparations for securing buildings.
- Begin packing office equipment and tools needing to stay dry or containing critical information
- Conduct a thorough cleaning and remove any debris from job site
- Reinforce/remove any scaffolding

*<u>Begin to secure any cranes on site</u>*

- A-Frame
  - The A-Frame on the 4100 Ringer, Rig 18, and Rig 20 pose a concern during severe weather conditions due to their long unsupported length. During minor storms (<80MPH) a portion of the leads can be removed. Once rigged and freed from the A-Frame the leads must be laid down either on a spud barge or less preferably a standard 140' material barges (less preferably because when the leads must be stood back up the tripping forces may cause the barge to move).
  - Removing the A-Frame will take a pile driving crew and the rig nearly a full day to complete in addition to several tugboat moves. DO NOT ignore this step.
  - Removing the A-Frames needs to be one of the <u>first activities</u> completed when severe weather >58 MPH within <96 hours.
- Cranes Barges/ Material Barges and Heavy Weather Mooring
  - Time needed to move major barges
    - The hurricane location for barges is Butcherpen Cove. It is approximately 10.6 nautical miles from the mouth of the Bayou Chico.

<u>Hurricane Preparedness Work Plan</u>
Pensacola Bay Bridge Replacement
Job No. 042299

- ▪ <u>30 hours at a minimum</u> needs to be dedicated to moving the material barges and crane barges to the hurricane location in Butcherpen Cove. See chart below for example of breakdown.
- ▪ The plans must be approved via SE Engineering and the RCC per the Civil Crane Policy before walking any crane. This activity will take a great deal of time to plan and execute and should be accounted for.
- ▪ Land based cranes should be walked to an elevation of 9.0' or at least 2 levels of crane mats minimum, boomed down all the way, put the blocks at elevation 10.0', and block the crane at the tip and the pin connections from damage during the storm for storage.
  - • The boom should be braced against side-to-side movement at the tip that could damage the integrity of the crane by using two weights at each side of the boom tip.
  - • The house lock, travel lock, and all hoist brakes shall be engaged before leaving the crane in its stored position.
  - • A median barrier shall be set on each side of the boom tip and come-alongs with straps shall further secure the boom tip from movement.
  - • Cover all electronic equipment with plastic, securely close and lock all doors. Cover any glass with plywood, unless otherwise advised.
- • For barge mounted cranes and material barges
  - o Barge mounted cranes and all material barges will be moved to Butcherpen Cove.
  - o See the attached drawing that shows how the crane barges and material barges will be anchored and tied off. This drawing is only for reference and is not the actual distance layout the barges should be positioned.
  - o The material barges shall be secured by soft line to a spud barge. In the event that there are additional spud barges, they should be placed on the outside of the material barges.
- • See attached sheet showing the marine heavy weather mooring anchorage details. All cranes onsite will use similar mooring details
  - o A 30K anchor (shall have hinging fluke and long stabilizers) is attached to 50' of heavy anchor chain which is connected to a sea buoy. The buoy is then rigged to a 2 5/8" poly soft line 75' long. This 2 5/8" line shall be doubled to have an overall capacity of 50T against pulling. Verify all connecting shackles.
  - o Anchors will be set with flukes toward the equipment it is holding. The fluke angle must be set between 50 and 35 degrees to be properly set. <u>If these conditions are not met, the anchor will simply drag when the wind speeds pick up.</u>
  - o Once the buoy and line is paid out ensure that the points where the soft lines are connected to the barge are not prone to cut.
  - o Two (2) experienced marine supervisors will approve the mooring before leaving for the storm event. This shall be done for each of the mooring locations.

**SKANSKA**

**Hurricane Preparedness Work Plan**
Pensacola Bay Bridge Replacement
Job No. 042299

**Condition TWO – (Sustained winds of 50 knots or 58 mph or greater expected within 48 hours/2 days):**

- Maintain all "Condition ONE" requirements and commence securing operations necessary
- Pull all boats out of the water and secure on land
- Take photographs both inside and out of trailers to aid in documentation of preparatory actions taken prior to the storm.
- Precast yard
  - The 4100 land ringer in the precast yard will have its mast and boom lowered, due to high risk of flooding in the lower bulkhead area do not tie the mast and boom down to avoid torqueing.
  - Mi-Jacks will be dogged off to the lifting beams and placed above the bulkhead area of the precast yard.
  - All structures should be secured to prevent flotation.
  - All waste oil shall be moved to higher ground toward the back of the Precast Yard.
  - Crane mats will be secured if necessary to prevent flotation.
  - All cranes will be boomed down to 60° or less and secured in two directions.
  - All windows on equipment should be boarded up.
  - A clean-up crew will be identified and will be on call if response cleanup or repair is need immediately following the storm event.
  - Ensure employee notification plan is active or a call-in number is established.
  - Job files and server will be removed from the jobsite and stored inland at a location designated by the Project Executive.
- Where feasible all rental equipment shall be removed from the project site by the rental company.
- Jobsite Office Trailers
  - IT specialist (Patrick Lee) will arrive at site to gather project server and any other items needing to be relocated to Atlanta.
  - Block furniture, board all glass windows and doors.
  - Double check trailer tie downs
  - Secure all loose material (dumpsters, trashcans, metal fencing around protected trees).
- Marine Equipment:
  - Air Compressors will be secured to connexes. The wheels will also be chocked and tied, with cable through eyes of hitch, to a connex.
  - Oxygen/Acetylene bottles will be secured and relocated to higher ground.
  - Fuel cells will be secure with wire rope to concrete barriers once tarps have been placed on top of containers. Make sure they are elevated on dunnage.
  - Generators will be moved to connexes and filled with fuel tanks before evacuation.
  - Jobsite portable toilets shall be secured and relocated to higher ground when possible. If on a barge, close door and secure to barge.
  - Manlifts should not be left on any barge due to the lack of control of movement. Manlifts should be placed on land. The boom should be lowered to make contact on the ground and secure against the boom moving. Ensure the hatch covers are securely fastened and locked.

**Hurricane Preparedness Work Plan**
Pensacola Bay Bridge Replacement
Job No. 042299

- Excavators/Skid Steers/Backhoes/Loaders/Dozers etc.
    - Elevate to safe altitude. Site management to decide whether plywood over glass is feasible.
    - Ensure this equipment is well fueled and ready for service each day due to its heavy use up to the potential evacuation.
    - Cover the dash and any electronics with plastic.
    - Where applicable place the bucket open side down when leaving the site.
    - Ensure all compartments are closed and locked before leaving the site before evacuation.
    - All mobile equipment should be moved to higher ground and secured. All mobile equipment in the precast yard should be placed in the northern area of the precast yard, outside of the flood line.
- Precast Yard Curing Tents
    - In the case of wind speeds under or equal to 45mph, one door can be open and the other door closed and firmly anchored down.
    - In the case of wind speeds between 46-69 mph both doors must be closed and firmly anchored down
    - In the case of wind speeds over or equal to 70 mph, the whole building system must be retracted, strapped, and the doors open.
    - Please see the Precast Yard curing tent work plan for more detail, also the two attached drawings from Chameleon Innovations.
    - Type 1 Trophies – Those not poured will have the tie downs secured and checked
    - Type 2 Trophies – Those that are not poured will be removed if the wind speed is predicted to exceed the wind rating on the system.
    - 
- Tug Boats
    - The Gibson, Bill, and Cape Charles tugboats will be removed from the water and placed at the top of the Precast Yard using the MiJacks
    - The Pike, Dawson, and Callahan will be placed in protected waters.
    - Cranes Mats will be pulled from trestle to be used as dunnage. Should any crane mats be unused they need to be secured to the trestle to prevent them from floating away during high waters.
- Bridge
    - Reinforce or remove scaffolding. If a bathtub is being used at this time, the tub will be flooded until the hurricane passes.
    - Overhangs on the bridge will stay in place, manufacture will be consulted. Overhangs are bolted into the I-beams and will be secure in place.
    - Girders without a deck poured will have pipe braces added as needed and bracing checked

**Hurricane Preparedness Work Plan**
Pensacola Bay Bridge Replacement
Job No. 042299

**Condition ONE – (Sustained winds of 50 knots or 58 mph or greater expected within 24 hours/1 day):**
- Secure the jobsite, and then leave the premises
  - Secure any noticeably loose items in runyon yard, on barges, and on the bridge/approaches.  Store In connex boxes if possible.
- If winds greater than 38 MPH are expected, the pedestrian walkway must be locked and secured so no one may enter during the weather event.
- Site vehicles
  - Park at office complex away from any trees, ensure all windows are rolled up and the keys are kept by the PS.
  - Fully fuel before parking a storing.
- All employees should be released within these 24 hours in order to secure residences and attend to families
- Take photos of jobsite pre-storm


**Receiving "ALL CLEAR" to mobilize back to site**
- The first team members to return to the site in order to make the "all clear" are:
  - Project Executive and Project Manager
  - Area Superintendents
  - Safety Specialists
- Once the local government has given an all clear of the work site, all of the members listed above will attempt to make their way to the site and check the status. While being in contact with one another they will establish the extent of the damage. Collectively the group will decide when the team will return to the site and begin calling supervisors.
- The Project Superintendent will give specific instructions regarding damage recovery and prepare a damage assessment report if requested. If power lines are downed onto the offices DO NOT enter. Similarly, for downed power lines near puddled water, ensure the area is safe before proceeding.
- Digital photos shall be taken as documentation of post storm condition of the equipment and jobsite. Even if equipment looks unaffected, photograph anyways.
- Office phone, electricity, and potable drinking water shall be restored PRIOR to allowing employees back on site. Tap water used to fill coolers could be contaminated for quite some time after a storm. Do not assume it will be safe to drink.  After complete inspection and assessment of damages the Project Superintendent will notify craft employees to return to work (unless assistance is needed to preform proper assessment).
- Take care when turning on electric equipment after the storm. Inspect for signs of damage or water and do not turn on if damage is found.
- Re-establish communications with FDOT and Skanska USA Inc. SE management. Report availability of any personnel and equipment to assist FDOT with relief work if requested.
- Begin clean-up of field office and site.
- Each crane or barge is required to go through a monthly inspection prior to being granted access for use. If a monthly has not been performed for the month this will count as that inspection. If the crane has already had a monthly inspection another must be performed before the crane can be used again after the storm.



**Hurricane Preparedness Work Plan**
Pensacola Bay Bridge Replacement
Job No. 042299

| Crane: | Type: | Tug Boat to Move : | Time to Move: |
|---|---|---|---|
| 888 Ringer #1 | Marine on Barge 112' X 150' | Tug Dawson and Butch Gibson | 2 Hours |
| 888 Ringer #2 | Marine on Barge 112' X 150' | Albert Pike and Marshall Callahan | 2 Hours |
| 888 Long Boom (123) | Marine on Barge 55' X 150' | Tug Dawson | 2 Hours |
| 888 Long Boom (127) | Marine on barge 55' X 150' | Albert Pike | 2 Hours |
| 888 Short Boom | Marine | Marshall Callahan | 2 Hours |
| 4100 | Marine on barge 140' X 45' | Tug Dawson and Butch Gibson | 2 Hours |
| Rig 18 | Marine on barge 150' X 70' | Tug Dawson and Butch Gibson | 2 Hours |
| Rig 20 | Marine on barge 150' X 70' | Albert Pike and Marshall Callahan | 2 Hours |
| Liebherr 1300 | Marine on Barge 55' X150' | Marshall Callahan | 2 Hours |
| Liebherr 1160 | Marine on Barge | | 2 Hours |
| Material Barges (13) | Marine on Barge 195' X 35' | Misc. | 2 Hours EA = 26 Hours Total |
| Material Barges (6) | Marine on Barge 120' X 40' | Misc. | 2 Hours EA = 12 hours total |
| Material Barges (3) | Marine on Barge 110' X 40' | Misc. | 2 Hours EA = 6 hours total |
| Material Barges (2) | Marine on Barge 120' X 30' | Misc. | 2 Hours EA = 4 hours total |
| Liebherr 895 | Land | N/A | |
| 231 | Land | N/A | |
| RT | Land | N/A | |
| Grove | Land | N/A | |
| 4100 Ringer | Precast Land | N/A | |
| Mijack #1 | Precast Land | N/A | |
| Mijacks #2 | Precast Land | N/A | |
| Mijacks #3 | Precast Land | N/A | |





© 2020 Microsoft Corporation © 2020 DigitalGlobe ©CNES (202

©CNES (2020) Distribution Airbus DS

