# EXHIBIT 7

In Re: Skanska USA Civil Southeast, Inc.

---

Hearing before:

Judge Hope Thai Cannon

May 26, 2021

---



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO. 3:20-cv-5980-LC-HTC


IN RE SKANSKA USA CIVIL SOUTHEAST,
INC., AND SKANSKA USA, INC.,
AS OWNERS OF THE BARGE KS 5531,
PRAYING FOR EXONERATION
FROM LIMITATION OF LIABILITY.

_____/



TRANSCRIPT OF HEARING PROCEEDINGS



DESCRIPTION OF PROCEEDINGS
Status conference on outstanding discovery requests


DATE TAKEN:      Wednesday, May 26, 2021

TIME:            10:00 a.m. - 11:20 a.m.

PLACE:           United States District Courthouse
                 Courtroom 3 North
                 One North Palafox Street
                 Pensacola, Florida 32502

BEFORE:          Hon. Hope Thai Cannon
                 United States Magistrate Judge



     This cause came on to be heard at the time and
place aforesaid, when and where the following
proceedings were stenographically reported by:

                 David A. Deik, CP, CPE



Job No. 191033

Judge Hope Thai Cannon
May 26, 2021

Page 2

```
 1   APPEARANCES:

 2   ON BEHALF OF VARIOUS CLAIMANTS:

 3             AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
               17 East Main Street, #200
 4             Pensacola, Florida 32502

 5             BY:  D. NICOLE GUNTNER, ESQUIRE
               850-202-1010
 6             nguntner@awkolaw.com

 7                      - and -

 8             BY:  E. SAMUEL GEISLER, ESQUIRE
               850-202-1010
 9             sgeisler@awkolaw.com

10                      - and -

11             BY:  STEPHEN H. ECHSNER, ESQUIRE
               850-202-1010
12             sechsner@awkolaw.com

13                      - and -

14             BY:  HANNAH R. PFEIFLER, ESQUIRE
               850-202-1010
15             hrodgers@awkolaw.com

16                      - - -

17             LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY
               316 South Baylen Street, Suite 600
18             Pensacola, Florida 32502

19             BY:  BRIAN H. BARR, ESQUIRE
               850-435-7000
20             bbarr@levinlaw.com

21                      - - -

22             BEGGS & LANE
               501 Commendencia Street
23             Pensacola, Florida 32502

24             BY:  THOMAS F. GONZALEZ, ESQUIRE
               850-469-3309
25             tfg@beggslane.com
```

Judge Hope Thai Cannon
May 26, 2021

Page 3

```
 1   ON BEHALF OF VARIOUS CLAIMANTS (continued):

 2               VERNIS & BOWLING OF NORTHWEST FLORIDA
                 315 South Palafox Street
 3               Pensacola, Florida 32502

 4               BY:  JEFFREY P. GILL, ESQUIRE
                 850-433-5461
 5               jeffgill7@yahoo.com

 6                            - - -

 7               MOORE, HILL & WESTMORELAND
                 350 West Cedar Street, Suite 100
 8               Pensacola, Florida 32502

 9               BY:  DANIEL M. EWERT, ESQUIRE
                 850-434-3541
10               dewert@mhw-law.com

11                            - - -

12               STEVENSON KLOTZ
                 510 East Zaragoza Street
13               Pensacola, Florida 32502

14               BY:  ERIC D. STEVENSON, ESQUIRE
                 850-444-0000
15               eric@stevensonklotz.com

16                            - - -

17               ZARZAUR LAW, P.A.
                 100 Palafox Place
18               Pensacola, Florida 32502

19               BY:  THOMAS A. GORE, ESQUIRE
                 850-444-9299
20               thomas@zarzaurlaw.com

21                            - - -

22               UNITED STATES DEPARTMENT OF JUSTICE
                 BY:  ROBERT KELLY, ESQUIRE
23

24

25
```

Judge Hope Thai Cannon
May 26, 2021

Page 4

```
 1    ON BEHALF OF SKANSKA:

 2

 3              CLARK PARTINGTON
                125 East Intendencia Street
 4              Pensacola, Florida 32502

 5              BY:  JEREMY C. BRANNING, ESQUIRE
                850-434-9200
 6              jbranning@clarkpartington.com

 7                      - and -

 8              BY:  SCOTT A. REMINGTON, ESQUIRE
                850-434-9200
 9              sremington@clarkpartington.com

10                      - and -

11              BY:  ELIZABETH C. BILLHIMER, ESQUIRE
                850-269-8853
12              ebillhimer@clarkpartington.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Judge Hope Thai Cannon
May 26, 2021

Page 5

```
 1              (Proceedings began at 10:00 a.m.)

 2              THE COURT:  Good morning, everyone.

 3         So I understand -- I know we have a lot of

 4    lawyers in here, but I guess -- I listened in on

 5    Judge Collier's hearing or status conference that

 6    was held, so I'm assuming we pretty much have the

 7    same lawyers that are going to be speaking on

 8    behalf of the claimants and on behalf of Skanska.

 9         So we've got Mr. Branning.  Okay.

10              MR. BRANNING:  Yes, Your Honor.

11              THE COURT:  Okay.

12              And then Mr. Geisler.

13              MR. GEISLER:  Yes, Your Honor.

14              THE COURT:  Okay.

15              And then Mr. Barr.

16              MR. BARR:  Yes, Your Honor.

17              THE COURT:  Okay.

18              And then on the claimant's side, is there

19    anyone else that's planning to speak?

20              Mr. Kelly, I think, has spoken before.

21              MR. KELLY:  I have, Your Honor.  I don't

22    plan on speaking, but --

23              THE COURT:  Okay.

24              MR. KELLY:  -- I don't know what's going to

25    come up.
```

Judge Hope Thai Cannon
May 26, 2021

Page 6

```
 1          THE COURT:  Okay.

 2          And you're here for the United States?

 3          MR. KELLY:  Yes, Your Honor.

 4          THE COURT:  Okay.

 5          And then I've got two other folks standing

 6   up.

 7          MR. GONZALES:  Your Honor, I'm Thomas

 8   Gonzalez from Beggs and Lane, on behalf of the

 9   claimants.  And I may speak as well.

10          THE COURT:  Okay.

11          MS. GUNTNER:  I'm Nicole Guntner from

12   Aystock, Witkins, Kreis & Overholtz on behalf of

13   the claimants, and I'll be speaking as well.

14          THE COURT:  Okay.  Thank you.

15          Just so when y'all stand up, I'll know who

16   it is.

17          Okay.  I'm sorry.

18          MR. GILL:  I'm Jeff Gill.  I represent

19   Little Oyster Company.  And I don't plan on

20   speaking, but I may as well.

21          Thank you.

22          THE COURT:  Okay.

23          And I think, Mr. Gill, you were at the last

24   status conference as well.

25          MR. GILL:  I was.
```

Judge Hope Thai Cannon
May 26, 2021

Page 7

 1          THE COURT:  Okay.  Go ahead.
 2          MS. BILLHIMER:  Elizabeth Billhimer, Clark
 3    Partington, on behalf of Skanska.
 4          I may be speaking.
 5          THE COURT:  Okay.
 6          Mr. Remington.
 7          MR. REMINGTON:  Scott Remington for
 8    Skanska, on behalf of the petitioner.
 9          THE COURT:  Okay.
10          Well, I appreciate everybody coming on such
11    short notice.  I am sure you guys know why the
12    status conference was set.  I think it's crystal
13    clear from the order that Judge Collier entered.
14          But just so -- just kind of some
15    housekeeping rules and how we're going to go --
16    proceed going forward.
17          So my plan is to not have -- you know, we
18    don't want to waste your time.  Obviously the
19    time you spend in here is the less time you are
20    spent working on your case and getting your
21    discovery issues resolved.
22          At the same time, the purpose of these
23    status conferences is to give you guys an
24    opportunity to raise any issues that you have.
25          You've got, what?  June, July, August

Judge Hope Thai Cannon
May 26, 2021

Page 8

1    before your trial setting.  So you've got a

2    little bit over three-and-a-half months.

3         There isn't going to be the typical time

4    frame that you guys may be used to, where you

5    have, you know, ample opportunity to meet and

6    confer.  And so the purpose of this status

7    conference is for you to streamline those.

8         You have an issue.  You know, obviously, we

9    want you to try to work it out.  As you guys

10   know, courts don't love being involved in

11   discovery disputes, but we are here and I am here

12   so that you don't have to wait to raise an issue

13   with the Court.

14        If there's something that comes up after

15   you have, you know, made at least one attempt to

16   meet and confer and get it resolved, I do expect

17   you to let the Court know.

18        You can call my chambers.  You can contact

19   one of my law clerks, and we'll get a status

20   conference set, if we don't already have one set.

21   And then that is just an opportunity for y'all to

22   be able to raise those issues.

23        What I don't want to happen is, you know, a

24   month from now or two months from now there is a

25   discovery dispute that you have not raised.  We

Judge Hope Thai Cannon
May 26, 2021

Page 9

1    are not going to accept that, you know, we tried

2    to work it out, and months have passed, and we're

3    in good faith, and all of that.  What we want you

4    to do is move efficiently with discovery, just

5    given the short time frame that you have.

6         So in order to get that done, obviously, in

7    my order I did ask that you guys provide us with

8    whatever discovery requests are outstanding.  I

9    got nothing from any of y'all.

10        So that's the first thing I want to know

11   is, is I thought from the last status conference

12   that y'all had some discovery that had been

13   issued.

14        Is that not correct, Mr. Branning?

15        MR. BRANNING:  Yes, Your Honor.

16        The claimants served discovery on Skanska.

17   The responses were due last week.  The responses

18   were served.  We had intervening communications

19   with the claimants' counsel.

20        First, Your Honor, I accept full

21   responsibility for the failure to comply with

22   this Court's order to send the Court the request

23   for production and the responses.

24        THE COURT:  Not a great way to start, Mr.

25   Branning, where we are.

Judge Hope Thai Cannon
May 26, 2021

 1          MR. BRANNING:  Understood, Your Honor.

 2          Between the -- I'm not going to offer the

 3   Court excuses.  That is my responsibility.  I

 4   should have made sure that was done.

 5          I believe the request for production and

 6   the responses and the open issues have been

 7   resolved among counsel.  And I believe there may

 8   be some interrogatories.

 9          THE COURT:  I've got a head shake over here

10   that that's not the case.  And that's exactly why

11   Judge Collier set this up, and why he wanted

12   y'all over here in front of me.

13          We are just not going to tolerate this, you

14   know, we've done this, we're trying,

15   disagreements as to what needs to be produced and

16   what has or hasn't been produced.

17          And to be honest, Mr. Branning, given how

18   far -- you know, y'all were, what?  Y'all had

19   your party's planning meeting on April 9th.

20          And as of that date, y'all had agreed that

21   discovery would -- you could issue discovery

22   right away.

23          I get it.  And Judge Collier told y'all

24   there obviously is a 30-day deadline, but you

25   don't have to wait for that 30 days.

Judge Hope Thai Cannon
May 26, 2021

Page 11

```
 1          So you're telling me that you have -- that
 2   all the issues are resolved.  I've got folks over
 3   here shaking their head that they're not.
 4          And the problem I have is that I can't
 5   figure out what those issues are and make this
 6   status conference not a waste of y'all's time if
 7   you don't give me -- and follow the order.
 8          So why wasn't it sent to me?
 9          MR. BRANNING:  There's not a good answer to
10   that, Your Honor.
11          May I be heard?
12          THE COURT:  Yes.
13          MR. BRANNING:  The request for production,
14   it is my -- Mr. Remington has been handling most
15   of the contact with claimants' counsel over the
16   written discovery requests, as long as -- in
17   addition to other lawyers that are representing
18   Skanska.
19          And so I don't want to misrepresent one
20   thing to this Court on the status of agreement on
21   the request for production, but I believe the
22   request for production, we have an agreement on
23   what is going to be produced.
24          THE COURT:  So that thing's been produced.
25          MR. BARR:  No, Your Honor.
```

Judge Hope Thai Cannon
May 26, 2021

Page 12

```
 1           THE COURT:  So how long . . . so written
 2    responses have been provided; is that correct?
 3           MR. BRANNING:  Yes, Your Honor.
 4           THE COURT:  And when was the discovery
 5    actually due, the responses?
 6           MR. BARR:  We served the request for
 7    production and interrogatories, which counsel
 8    hasn't raised.  I think they got served April
 9    20th.  And the responses were due . . .
10           MR. GONZALEZ:  Last Thursday.
11           MR. BARR:  Last Thursday.
12           And what we got, Your Honor -- and this is
13    our frustration is, we're sitting here May 26th
14    and we haven't gotten a single document yet.
15           And we've actually produced at this point
16    more material than they have.  We've produced
17    material.  We received the FOIA request and
18    whatnot this week.
19           We still haven't gotten anything.  And I
20    believe what Mr. Branning is talking about is, we
21    have worked out an agreement, which Ms. Guntner
22    can talk more about, but we've worked out an
23    agreement on an ESI order, you know, how we are
24    going to search for electronic information.
25    We've agreed on certain terms and in our process.
```

Judge Hope Thai Cannon
May 26, 2021

1          But that's beside the point of documents

2    that they've already identified.  I find it hard

3    to believe that since September of last year

4    Skanska hasn't collected documents and they don't

5    have a collection of documents they know are

6    responsive.  And I don't know why we don't have

7    that.

8          I mean, they could go ahead and produce

9    that to us.  That doesn't require running search

10    terms and custodians.  We should have that

11    information.

12          For example, probably the most critical

13    document in this whole case is their Hurricane

14    Preparedness Plan.  They have not produced that

15    to us.  We know it exists.  We don't have it.

16          And so we're sitting here, less than four

17    months from trial, without a single document from

18    them.  And we're, you know, increasingly

19    frustrated because we want to meet Judge

20    Collier's time line.

21          But it's difficult when -- you know, when

22    we're trying to work things this way.  You know,

23    we can talk about the request for productions.

24    We can also talk about the interrogatories, you

25    know.  I know you don't have them.  I wish you

Judge Hope Thai Cannon
May 26, 2021

Page 14

1  had.  If I had known that they weren't sending

2  them, we would have sent.

3       THE COURT:  Do you mind handing them to me?

4  Thank you.

5       MR. BARR:  What we have tried, you know, is

6  reduce the number of requests for production that

7  they need to produce responsive material to.

8       But we haven't worked out those issues.  To

9  say we've worked out those issues is just wrong

10  because we haven't.  We can't -- we haven't even

11  gotten past what we believe to be one of the more

12  critical issues of what is relevant.

13       I think probably the biggest dispute is

14  going on right now between the parties is . . .

15  and it's preventing complete discovery responses,

16  in our view, is the definition of what is

17  relevant.

18       And what I mean by that is Skanska has

19  taken the position that the only thing that's

20  relevant is information, documents that relate to

21  the direct preparation of Hurricane Sally between

22  September 11th and September 18th.

23       And we have taken the position that, no;

24  your response to other events outside of

25  Hurricane Sally, where barges weren't released

Judge Hope Thai Cannon
May 26, 2021

Page 15

1    all throughout the community are relevant,

2    because that helped set the standard of care.

3        Whether or not you had different hurricane

4    preparedness plans or you revised your hurricane

5    preparedness plans in response to other events.

6    That's relevant.

7        We're entitled to that, because what we are

8    trying to find out, what we're trying to prove is

9    that Skanska didn't act reasonably; they were

10   negligent.

11       And their response to other events is

12   directly relevant to that.  And, in fact, I think

13   their interrogatory responses, the few that we

14   got full responses to . . . their interrogatory

15   responses set out that it's relevant, because

16   they justify where they put one of their barges

17   in interrogatory -- I think it's number 11.

18       And in interrogatory number 11, they

19   justify where they put one of their barges by

20   using a different event and saying, no, this

21   other event that happened in 2020; and we put the

22   barge there and it was fine.  And nothing

23   happened to it, so we put it there again.  Well,

24   that proves our point that those events are

25   relevant.

Judge Hope Thai Cannon
May 26, 2021

Page 16

1         And so I think we have to get past this

2    issue.  And once the Court decides that -- you

3    know, what the parameters of relevance are, which

4    events we have to talk about so we can determine

5    the standard of care.

6         I'm hoping at that point in time

7    information will start flowing, but we appear to

8    be at a standstill.  And I am just begging for

9    Court's intervention at this point.

10        THE COURT:  Is that the . . . is that the

11   only issue right now, in terms of what might be

12   delaying or stopping the documents from being

13   produced?

14        MR. BARR:  I . . . they will have to speak

15   to that.  I don't know.  I mean, it can't be the

16   only reason, because there are clearly documents

17   that are relevant to the Hurricane Sally window.

18   We don't have those either, and we're not sure

19   why we don't have them at this point.

20        THE COURT:  And so you've got the discovery

21   responses.  I guess you got them last Thursday,

22   the written responses.

23        MR. BARR:  Yes, Your Honor.

24        THE COURT:  I would -- I know I have them

25   here.  They were just handed to me.  And I

Judge Hope Thai Cannon
May 26, 2021

Page 17

1    haven't -- I don't have an opportunity to go

2    through them.  That's why I asked for them in

3    advance.

4         But are there objections that you have seen

5    on there that you're going to have an issue with?

6         MR. BARR:  Yes, Your Honor.

7         THE COURT:  All right.

8         MR. BARR:  And we have -- we have sent

9    over -- we've sent over a handful of emails to

10   them where we've laid out our responses to their

11   objections.

12        But one of our problems with the request

13   for production responses, as you know, under the

14   rules, you're required to say "I object, and I'm

15   withholding responsive documents."  They didn't

16   say that.  They just objected.  So I don't know

17   if they're holding responsive documents or not.

18        THE COURT:  Okay.  So Mr. Remington.

19        MR. REMINGTON:  Yes.  Thank you, Judge.

20        Let me say this -- and, again, I don't

21   think it's fair for Mr. Branning to take full

22   responsibility for that failure.  I take as much

23   responsibility as he does for not paying more

24   attention to that order.

25        What I will say, Your Honor, is -- and what

Judge Hope Thai Cannon
May 26, 2021

Page 18

```
1   I thought we had an agreement on coming in, and
2   I'd like to confirm that we do have an agreement
3   on this, is that we have assembled a database.
4        We have agreed to a date range to run
5   searches in that database to find relevant,
6   responsive documents of September 10th through
7   September 30th.
8        We agreed this morning to search terms and
9   finally agreed to a methodology with which we
10  were going to run search terms and a methodology
11  with which Skanska will review and produce those
12  documents.  And we assisted in providing search
13  terms that we felt like would yield relevant
14  information.
15       We also suggested a procedure that would
16  allow us to do a limited manual review to do a
17  primary -- an expedited review of documents to
18  get documents to them as quickly as possible.
19       So I was -- I was buoyed by the cooperation
20  that we did get in coming to that arrangement.  I
21  do think that's something that we have been able
22  to agree to and will hopefully yield documents
23  moving quickly.
24       I would like to address Mr. Barr's point
25  about relevance.  What I took away from Judge
```

Judge Hope Thai Cannon
May 26, 2021

Page 19

1    Collier's last status conference -- and I read

2    the transcript.  I was not there personally.  But

3    he is of the opinion, despite what every other

4    party said, that we can try this case in

5    September in three days.

6         And if we do that, we need a limited amount

7    of information.  We need to know who made the

8    decisions.  We provided them with a list of the

9    decision makers, the supervisors on the projects,

10   their titles.  They have all that.  They have a

11   chronology of what Skanska believes happened

12   during the storm.

13        And we've told them we object to providing

14   documents over a five-year period of the project

15   to determine what happened in a one-week period

16   of time.

17        THE COURT:  And that's not what I'm hearing

18   them say, first of all.  And I think that Mr.

19   Branning may have raised this or kind of

20   foreshadowed it that there would be this issue to

21   Judge Collier at that status conference about

22   whether or not what Skanska did in response to

23   other potential severe weather issues, other

24   potential hurricanes.  I think that you guys sort

25   of foreshadowed that you did not think that was

Judge Hope Thai Cannon
May 26, 2021

Page 20

1    relevant.

2         I'm not hearing them say they want just all

3    the documents within the last five years, but

4    specifically as to how Skanska responded to

5    specific weather events, which I'll tell you I

6    think is relevant.

7         I'm not sure how that's not relevant.  I

8    think it does go to knowledge.  I think it does

9    go to whether or not you were negligent --

10   Skanska was negligent in this particular

11   situation.

12        And I don't think that Judge Collier, at

13   least when I was listening to the status

14   conference -- and I will obviously confirm with

15   him -- made any determination that that

16   information would not be relevant.

17        What he was indicating is for both parties,

18   is if -- this trial will go forward in September,

19   and that if you were going to ask for the sun,

20   stars, and moon, then you're going to put

21   yourself in a bad situation.  There shouldn't be

22   that request.

23        But that's not what I'm hearing from them

24   right now.  I don't view that request as being

25   that broad.  I think what Judge Collier was also

Judge Hope Thai Cannon
May 26, 2021

Page 21

1   asking is, you know, there is some very basic

2   information which you should be seeking.

3         And I would assume -- I think Mr. Kelly

4   mentioned that I think Judge Collier said, why

5   haven't you asked for who made these decisions?

6   And that was one of the interrogatory questions.

7   So that was my takeaway from what Judge Collier

8   was saying.  And, again, I think that that

9   information would be relevant.

10        So I would say that you guys will need to

11  operate under the presumption that you are going

12  to have to produce that type of information.

13        MR. REMINGTON:  And I would say, Your

14  Honor, that information has been produced.  The

15  names of the people who made the decisions, their

16  positions, all that information is in their

17  hands.

18        THE COURT:  You have not, though -- you've

19  provided them a list, I'm guessing in response to

20  an interrogatory question about who the decision

21  makers are.

22        You, however, have not produced a single

23  shred of documents.  I'm not hearing that the

24  only place these documents are located is in an

25  electronic repository.  I would expect there are

Judge Hope Thai Cannon
May 26, 2021

Page 22

 1   some other locations where these documents are.

 2       You have known that the hurricane

 3   preparedness plan has been issued because that

 4   was in their response to the motion to dismiss.

 5   So that is not something that you should be

 6   surprised that you are being requested to

 7   provide.  And so that is the heartburn that this

 8   Court is going to have and what Judge Collier

 9   will have a heartburn about, about why nothing

10   has been produced.

11       So you have now reached a pathway to doing

12   a search of this electronic repository.  When is

13   that search going to be completed?

14       MR. REMINGTON:  Your Honor, we have --

15       THE COURT:  Has a search even started?  Has

16   anybody started running those searches?

17       MR. REMINGTON:  Yes.  We've started running

18   the searches.  We have a meeting today at 1:00

19   with a review team to train the reviewers on the

20   limited-privilege issues to begin hopefully

21   review this weekend.

22       THE COURT:  And when are those documents

23   going to be produced?

24       MR. REMINGTON:  We hope -- we've talked

25   about a rolling production.  We're not waiting

Judge Hope Thai Cannon
May 26, 2021

Page 23

1    till we finish all the documents.  You know, at

2    least once a week, perhaps more frequently than

3    that, we'll produce documents to you.

4            THE COURT:  And, Mr. Remington, are you

5    telling me that short of doing this search there

6    are no responsive documents that Skanska can

7    produce?

8            MR. REMINGTON:  I can't tell you that, Your

9    Honor.

10           THE COURT:  That's the problem.

11           If there are, then those responses and

12   those documents should have been produced when

13   the responses were due, not waiting for a

14   definitive path on the electronic discovery

15   because we know, since that issue was before me

16   before y'all resolved it, that that was something

17   that y'all started discussing in March and didn't

18   even get a resolution to until right before the

19   hearing that was set.

20           So I'm still not understanding why there

21   haven't been any documents produced.  And there's

22   not going to be -- I mean, that's a whole reason

23   we're doing these status conferences.

24           And if I have to get y'all -- all of y'all

25   in here every week in order to make sure

Judge Hope Thai Cannon
May 26, 2021

Page 24

1    documents are produced, that's what we're going

2    to do.

3         And I think Judge Collier also mentioned to

4    y'all if it is -- if it takes y'all going into a

5    room and walking through these objections, that

6    is what y'all will do, because I am not seeing

7    that when y'all leave this courtroom that y'all

8    are actually getting anything done.

9         So we're going to have a time line in place

10   when that rolling production will start.  If you

11   are going to start reviewing those documents this

12   weekend with your review team, then you will

13   start producing documents on Monday.

14         MR. REMINGTON:  Could I ask for Tuesday,

15   since it's Memorial Day Monday?

16         THE COURT:  Depends on how many documents

17   you plan to produce on Tuesday.

18         MR. REMINGTON:  I don't have a number for

19   you.  As many as we can get through, Judge, over

20   the weekend.

21         THE COURT:  How many people do you have

22   reviewing the documents?

23         MR. REMINGTON:  We plan on having eight to

24   nine people reviewing.

25         THE COURT:  You can have until Tuesday.

Judge Hope Thai Cannon
May 26, 2021

Page 25

```
 1           I'm going to set another status conference
 2   next week.  When we get here for that, I want to
 3   know how many documents have been produced, how
 4   many have been culled in terms of how many have
 5   resulted in this search term, and also whether or
 6   not there are other documents outside of this
 7   repository that will be responsive and what you
 8   are doing to find those particular documents.
 9           MR. REMINGTON:  Yes, Your Honor.
10           MR. BARR:  And, Your Honor, we're fully on
11   board with a weekly status conference.  We've
12   actually talked just -- to Mr. Remington about
13   this.
14           MR. REMINGTON:  We agree.
15           MR. BARR:  We think it's probably going to
16   be . . . hopefully not necessary.  Hopefully we
17   can work things out.  But I think it will be
18   productive and it won't be a waste of our time if
19   you have the time, you know, every Wednesday or
20   so to have an in-person conference.
21           What we would ask is that -- some people
22   are coming from out of town -- that they have the
23   ability to maybe dial in virtually instead of
24   having to fly in from D.C.  But we think a weekly
25   conference would be perfect.
```

Judge Hope Thai Cannon
May 26, 2021

Page 26

1          THE COURT:  So I did not schedule -- I

2     mean, I normally do allow for telephonic

3     conferences.  That's not -- I'm not a big

4     stickler on that.  I understand people have

5     different travel situations.

6          I didn't want to do that for this initial

7     one because I also feel, one, I wanted y'all to

8     know why we're doing this, but also in some of my

9     experiences sometimes the most difficult people

10    are the ones on the phone because they're just

11    way too comfortable in their house or wherever

12    they are.  And then they're going to, you know,

13    be the fly in the ointment for everybody else

14    that's here.  And that's what I don't want to

15    happen.

16          So I'm okay with telephonic appearances

17    depending on who you are, because obviously if

18    you are a big player in this, then -- and you're

19    going to want certain things out of the status

20    conference, then you probably need to attend in

21    person.  So we'll take that kind of on a

22    case-by-case basis, depending on what we're going

23    to be discussing at the status conference that

24    day.

25          Again, it is not my intent or the Court's

Page 27

1    intent for y'all to spend any extra time that

2    isn't going to be helpful or for anyone to have

3    to run up the cost on, you know, that issue in

4    this case, particularly for some of the

5    claimants.

6         Yes, Mr. Remington.

7         MR. REMINGTON:  Nothing.

8         THE COURT:  Okay.  You were still standing.

9         So what about the -- how do we resolve the

10   objections, Mr. Branning, that are currently in

11   place?  Because it sounds like there are still

12   some objections that they're going to disagree

13   with.  Where are we on that?

14        MR. BRANNING:  Your Honor, may I defer to

15   Mr. Remington, who's been on point for us for the

16   discovery matters?

17        THE COURT:  Yes.  That's fine.  I thought

18   Mr. Remington maybe was just the ESI guy.  I know

19   I saw his name in a lot of the emails, so I

20   wasn't sure.

21        MR. REMINGTON:  I'm not the ESI guy.

22        THE COURT:  Okay.

23        MR. REMINGTON:  I assure you of that.

24        Your Honor, with respect, I think the issue

25   that Mr. Barr raised, relevance, is the most

Judge Hope Thai Cannon
May 26, 2021

Page 28

1    important issue.

2        You've indicated that prior storm activity

3    is relevant.  What I can tell you is that the

4    reason we felt like the two storms in 2020 were

5    relevant was because they were determined under

6    the same hurricane plan, with the same leadership

7    team making decisions.

8        As soon as we extrapolate four years back

9    into another 12 -- 11 or 12 tropical events, we

10   have different leadership teams, different

11   hurricane plans.

12       There's not a single person that we can get

13   to answer a question that's exactly what has been

14   done.  It's going to take research on our side,

15   most likely querying the electronic database, to

16   determine what Skanska did in each of those

17   tropical situations.

18       THE COURT:  So I think part of the problem

19   might very well be -- and Mr. Barr can speak to

20   this.  But it would seem to me part of the issue

21   maybe on their side is that without having any of

22   the documents, right, they're not going to know

23   that the leadership changed.

24       They don't really -- they're kind of a

25   little bit behind the 8-ball in trying to figure

Judge Hope Thai Cannon
May 26, 2021

Page 29

1    out what may or may not be relevant down the

2    road.

3         So what you maybe start with is start

4    producing those.  I think you need to have a team

5    culling and pulling aside, knowing that there

6    will be -- that you likely will need to produce

7    those past events.

8         But right now, since you haven't produced

9    one shred of document, I'm not sure they can say

10   or are in the position to say, okay, maybe we

11   don't need that.

12        MR. BARR:  That's correct, Your Honor.

13        And we've actually -- we've certainly asked

14   in our interrogatories who these people were,

15   what all the events were, what the responses

16   were, who the people were in charge of it, and

17   how they did their process.

18        What we got was, "Objection; overbroad.

19   Here's the information on Sally."

20        So, again, we don't have the information,

21   but I don't believe any of that stops them from

22   producing direct Hurricane Sally information.

23        THE COURT:  That's right.

24        MR. BARR:  They can go ahead and start

25   producing that to us.  We can learn more.  We can

Judge Hope Thai Cannon
May 26, 2021

Page 30

1    maybe narrow our request as we learn more.

2         But right now, like you said, we don't know

3    anything.  But it's difficult to imagine how

4    responses to other tropical events, the plan that

5    was in place, how they handled all those barges,

6    how the decisions were made, when the decisions

7    were made, and under what conditions is not

8    relevant to here.  It's hard to imagine that.

9         And so that's why we've been asking for

10   this information for months.  And we've met a

11   stone wall.  And the response we've constantly

12   gotten is, the only thing that's relevant is

13   Hurricane Sally.  And that's clearly not correct,

14   Your Honor.

15        But I'm hopeful that, now that Your Honor

16   has spoken on the issue, that we can start

17   getting information flowing.  You know, on the

18   stuff that's due Tuesday, I think that's

19   fantastic.  That will help us.

20        But if there's stuff that they've already

21   pulled, that their lawyers are looking at, that

22   they've already coded and identified, I don't

23   understand why they can't be produced this week.

24        THE COURT:  I'm not hearing that that has

25   actually happened yet, though, is it, Mr.

Judge Hope Thai Cannon
May 26, 2021

1    Remington?  Where are y'all in that process?

2          MR. REMINGTON:  Your Honor, I don't have

3    any documents that have been coded and identified

4    yet, but I can promise you that I will find out

5    what, if anything, we have.

6          And we may have to -- I mean, we'll

7    expedite whatever we can expedite over.  We may

8    have to put, you know, a temporary Bates number

9    on it to identify it, but we'll expedite it to

10   get it over to the other side, if that's the

11   Court's desire.

12         MR. BARR:  But -- but --

13         THE COURT:  And I don't know, Mr. Barr.

14   Are y'all able to even kind of prioritize what

15   documents, you know, you need to have by Tuesday,

16   for example, so that they have more of an ability

17   to focus on, okay, let me get you this so you can

18   start?

19         Because while I'm pushing hard on them to

20   produce the documents, y'all are going -- once

21   those documents get produced and it looks like

22   there's enough lawyers in this -- on your side,

23   y'all are going to have to, you know, quickly be

24   able to review those, too, and raise any

25   objections or whatever you might have.

Judge Hope Thai Cannon
May 26, 2021

Page 32

1          You can't also sit on those documents and

2     then tell me at a later point, well, we didn't

3     have this or, you know, we didn't see this in the

4     records.  So it's on both of y'all.  But is there

5     a way for y'all to be able to prioritize that?

6          MR. BARR:  Well, I think they have done

7     that through the ESI program.

8          THE COURT:  Okay.

9          MS. GUNTNER:  And I'm happy to talk about

10    sort of the process that we have right now in

11    detail and for our priorities.

12          So I guess there's two issues here.

13    There's the number one, production generally of

14    known responsive materials, which is required

15    under the ESI order.

16          And there's separately what Mr. Remington

17    briefly mentioned, the search-term negotiation,

18    pulling those electronically sort of documents.

19          THE COURT:  So by the known responsive

20    documents, are those documents that they are --

21    tell me how they're identifying those documents.

22          MS. GUNTNER:  I don't know, actually, how

23    they're identifying those.

24          But with known responsive materials, the

25    ESI order contemplates that any documents that

Judge Hope Thai Cannon
May 26, 2021

Page 33

1    Skanska knows to be responsive and relevant to

2    this litigation -- for example, the hurricane

3    preparedness plan -- those must be produced.  And

4    today they have not been produced, as we've gone

5    over.

6         With respect to the search terms, I want to

7    make sure it's clear for the record, we are not

8    talking about the whole universe of documents out

9    there.

10         So claimants initially proposed search

11    terms relevant to the project.  So, for example,

12    barge numbers, Pensacola Bay Bridge, things like

13    that.

14         THE COURT:  And I'm assuming y'all also

15    picked a custodian list for the --

16         MS. GUNTNER:  Yes.

17         THE COURT:  -- search terms --

18         MS. GUNTNER:  Custodians, search terms.

19         And so initially claimants proposed we

20    focus only on the month of September 2020 and

21    prioritize that, September 1st through 30th.

22         In the interests of compromise, we narrowed

23    that to September 10th through 30th.  So we're

24    talking about a very narrow date range, and we're

25    talking about a very narrow list of terms.

Judge Hope Thai Cannon
May 26, 2021

Page 34

1          Now, part of the holdup in getting these
2     documents produced I think will be relevance and
3     responsiveness.  You know, we keep talking about
4     this relevance and responsiveness.
5          And in the negotiations, Skanska has
6     indicated that, you know, they are going to want
7     to review a subset of those documents that don't
8     hit on project-specific terms, like barge
9     numbers, for example, but maybe do hit on other
10    terms like "destroyed" or "broke free" or, you
11    know, "tropical," words like that.  They're going
12    to want to manually review those documents for
13    relevance and full responsiveness.
14         And while we have agreed to that in the
15    interests of compromise, it's still our position
16    that all documents hitting on those search terms
17    from that very narrow window of September 10th
18    through 30th are responsive documents.
19         So that may hold it up, especially
20    considering the fact that Skanska has referenced
21    anything postlandfall is not relevant and
22    anything related to other aspects of the project
23    are not relevant.  For example, work done on the
24    7th Avenue overpass, rather than the actual
25    bridge itself.

Judge Hope Thai Cannon
May 26, 2021

Page 35

1          But it's still our position that from

2     September 10th through 30th, with these search

3     terms, everything is going to be relevant and

4     responsive, and document production should not be

5     held back.

6          THE COURT:  And, Mr. Remington, are

7     y'all -- y'all have agreed to those search terms,

8     and y'all have a review team that plans to review

9     each of the documents that's resulted from those

10    search terms before producing the documents; is

11    that correct?

12         MR. REMINGTON:  My understanding, Your

13    Honor, is the way that we've agreed to do it is

14    that they provide us a list of search terms, a

15    broad list of terms.

16         I don't necessarily agree with Ms.

17    Guntner's characterization that every document it

18    hits on their search terms is relevant.

19         For instance, I believe there are names in

20    there, names of people who may send emails to

21    family members or someone -- you know, completely

22    different projects.  But that large list we will

23    then run against terms like "Pensacola Bay

24    Bridge," "Hurricane Sally," "Barrancas," the

25    address of the project.  They are aimed at trying

Judge Hope Thai Cannon
May 26, 2021

Page 36

1    to narrow down the project-specific documents

2    that hit on their terms.

3         THE COURT:  Have y'all -- and y'all have

4    agreed to that, Ms. Guntner, that you'll do a

5    broad search term first, and then a more focused

6    search terms within that broad set.

7         MS. GUNTNER:  So we have agreed this

8    morning that a certain subset of those documents

9    that hit on the very project-specific terms,

10   Skanska will review only for privilege and

11   confidentiality and prioritize getting those out.

12   And in the meantime, they will review the

13   remainder for responsiveness.

14        And by bringing this up, I just -- I wanted

15   to call to your attention that what is responsive

16   and relevant in this litigation is still at

17   issue.

18        So I don't want that to end up delaying

19   production of those documents that are requiring

20   review, and I don't want those documents to be

21   reviewed improperly and coded as irrelevant or

22   nonresponsive without a ruling from Your Honor

23   on, you know, what is relevant and responsive

24   from that time period of September 10th through

25   30th.

Judge Hope Thai Cannon
May 26, 2021

Page 37

1           THE COURT:  Okay.

2           I mean, based on the larger set of search

3     terms, when those documents get reviewed, if

4     you're -- then you're going to do a smaller, more

5     project-specific search term.

6           As to those documents, you're going to go

7     ahead and produce those documents, is that

8     correct, Mr. Remington?

9           MR. REMINGTON:  We're going to do a

10    privilege --

11          THE COURT:  Privilege and --

12          MR. REMINGTON:  -- confidentiality.

13          THE COURT:  Correct.

14          And as to that, y'all have a callback

15    anyway, probably, right?

16          MS. GUNTNER:  Yes, Your Honor.

17          MR. REMINGTON:  We can do that.

18          But a limited review, and then send those

19    out.

20          THE COURT:  Okay.

21          MR. REMINGTON:  And get those out quickly.

22          THE COURT:  And what about the -- what

23    would be the larger set of that that they're

24    going to contend is relevant?  What are you doing

25    with those?

Judge Hope Thai Cannon
May 26, 2021

Page 38

```
 1          MR. REMINGTON:  That is where we have the
 2     nine people being trained to start that review.
 3          THE COURT:  For specific relevance.
 4          MR. REMINGTON:  Responsiveness to the
 5     request for production.
 6          THE COURT:  Okay.
 7          MR. REMINGTON:  So, for instance, Your
 8     Honor, one individual's name who appears on
 9     things is Tom Fulton.  Tom Fulton is involved in
10     the Pensacola Bay Bridge project, but he's
11     involved in projects all over the country.
12          Documents that have Tom Fulton's name that
13     deal with a project in Virginia or Pennsylvania
14     don't have anything to do -- they're not
15     responsive to the requests for production about
16     this event.
17          Documents that may be Tom Fulton's personal
18     emails don't necessarily -- aren't relevant or
19     responsive to requests made in this litigation.
20          THE COURT:  Okay.
21          And do you know, Mr. Remington, right
22     now -- I may have already asked you this, but has
23     this search been performed?
24          MR. REMINGTON:  Your Honor, I believe the
25     search has been performed.
```

Judge Hope Thai Cannon
May 26, 2021

Page 39

```
 1          THE COURT:  And do we know how many

 2     documents resulted?

 3          MR. REMINGTON:  I'm -- I'm -- now, first of

 4     all, it's a moving target because more data is

 5     added every day, which is why we keep custodian

 6     lists so when we get new data we can tell.

 7          But Ms. Billhimer can let you know what the

 8     latest numbers are.

 9          MS. BILLHIMER:  Yes, Your Honor.

10          So they have done some preliminary search.

11     I believe there's 17,000 in the universe of all

12     the terms.  So the broad set of terms, there's

13     roughly 17,000 that -- documents that have hit on

14     that.

15          And they're in the process now of

16     applying -- it's a -- it's a kind of a two-step

17     process, the broad terms, and then narrowing to

18     that group of documents where we're going to just

19     do a limited privilege and confidentiality

20     review, and push those out.  That's being done.

21          THE COURT:  You haven't done that.

22          MS. BILLHIMER:  That's being done today.

23     We just agreed this morning --

24          THE COURT:  Okay.

25          MS. BILLHIMER:  -- to the final little
```

Judge Hope Thai Cannon
May 26, 2021

Page 40

1   ticks and tacks to the ESI plan, but that is

2   being done now.

3           THE COURT:  Okay.

4           So it seems definitely that you should be

5   able to produce that by Tuesday.  A privilege

6   review with nine people should not take that long

7   to do.

8           MR. REMINGTON:  I would certainly hope so,

9   Your Honor.

10          MS. GUNTNER:  Your Honor, may I speak to

11  the metrics that were just raised?

12          THE COURT:  Yes.  And before I forget, can

13  you, Ms. Guntner, send me the list of search

14  terms, the list of custodians, and also the list

15  of the project-specific search terms?

16          MS. GUNTNER:  Yes, Your Honor.

17          As to the metrics.  So Skanska just

18  indicated there were 17,000 documents hitting on

19  search terms.

20          I don't know if that's accurate because it

21  is inconsistent with previous conversations that

22  we've had.  So -- and understanding it is a

23  moving target, I just -- you know, typically in

24  complex cases like this involving document

25  production, we work from the standpoint of

Judge Hope Thai Cannon
May 26, 2021

Page 41

1   metrics at the very beginning.

2        And I personally asked Skanska on numerous

3   occasions to provide us with the total universe

4   of documents from September 10th through 30th.

5   So we have that broad total universe,

6   understanding that it is a moving target.

7   Documents may be added later.  I need that total

8   universe.

9        THE COURT:  The total universe being that

10  date for this project.

11       MS. GUNTNER:  Not . . . yes, Your Honor.

12  And not taking into -- okay -- taking into

13  account the search terms.

14       So I've asked for the total universe of

15  documents in that date range.  Then within that,

16  the total universe of documents hitting on the

17  search terms.  And Skanska has refused to provide

18  that.

19       And, Your Honor, I --

20       THE COURT:  That's the 17,000 that --

21       MS. GUNTNER:  Now they're saying that's

22  17,000, but previously they represented that for

23  the entire month of September there was between

24  16 and 20,000 documents not even hitting on

25  search terms.

Judge Hope Thai Cannon
May 26, 2021

Page 42

```
 1          So it's just very wishy-washy.  And I would
 2   really -- it would very much benefit the
 3   claimants if we could know total universe of
 4   documents from the 10th through the 30th and
 5   total universe hitting on the search terms at
 6   issue.  So then when we are later receiving those
 7   productions and we see how much --
 8          THE COURT:  You'll know how much has been
 9   withheld.
10          MS. GUNTNER:  Exactly.
11          THE COURT:  So I hear Ms. Billhimer saying
12   17,000 is a response to your all terms, correct?
13          MS. BILLHIMER:  Yes, Your Honor.  And
14   that's subject to we are still ingesting data.
15   So I believe there are four custodians that they
16   are still, I guess, preprocessing.  So that's
17   still being added to the database.  That's the
18   concern --
19          THE COURT:  And how are you counting
20   documents, actually by document and not by page?
21          MS. BILLHIMER:  That's correct, Your Honor.
22          THE COURT:  Okay.
23          MS. BILLHIMER:  Yep.
24          MS. GUNTNER:  Your Honor, I would just ask
25   that, you know, following this we have a very
```

Judge Hope Thai Cannon
May 26, 2021

Page 43

1    clear understanding of whether that number

2    represents the entire month, the 10th through the

3    30th, search terms, no search terms.  Really we

4    just need those two metrics.

5         THE COURT:  10th through the 30th?

6         MS. BILLHIMER:  Yes, Your Honor, we can

7    provide that.

8         We -- like we just agreed this morning on

9    the ESI thing.  And I believe that our vendor is

10   running the searches now, so we certainly can

11   provide that information.

12        THE COURT:  And, then, you've got, you

13   said, three more custodians to add?

14        MS. BILLHIMER:  I believe that's correct.

15   The last custodian list that I looked at there

16   were three that were in process.  So the numbers

17   aren't in.  They're not populated yet, but as

18   soon as they're populated we certainly can

19   provide that information to you.

20        THE COURT:  Yeah.  I think you want to

21   provide Ms. Guntner with the amount of -- I'm

22   assuming for those custodians you got a number of

23   what potentially would be responsive from those

24   custodians based on the time period.

25        MS. BILLHIMER:  That's certainly

Judge Hope Thai Cannon
May 26, 2021

Page 44

1    information --

2         THE COURT:  Right.

3         MS. BILLHIMER:  -- yes, that we could --

4    yes.

5         THE COURT:  And based on the terms.

6         So -- again, so that Ms. Guntner has -- if

7    it doesn't sound like it will be 17,000, whether

8    it's 20,000, that she's got that world, because

9    there is no way for them to know how many

10   documents y'all are withholding without knowing

11   what that -- the result was for that.

12        In terms of the documents without the

13   search terms, are you asking just for all

14   project-related documents, including emails from

15   the various custodians that were -- that fall

16   between September 10th and September 30th, Ms.

17   Guntner?

18        MS. GUNTNER:  Yes, Your Honor.  We would

19   like to know the total number of documents from

20   these custodians and the number of documents

21   against which the search terms will be run during

22   that time frame.

23        THE COURT:  Y'all have to have that number,

24   right?

25        MS. BILLHIMER:  Yes.  And we can provide

Page 45

1    that information.  And as we update, so as a

2    custodian is populated, we can provide an updated

3    report so they can see what's going in, and then

4    how it's being narrowed.

5           THE COURT:  Okay.  So hopefully, then,

6    there won't be -- I mean, I'm not sure why it

7    wasn't previously provided.  Maybe that's just a

8    communication issue, but there is no reason not

9    to provide them with that information.

10          You know, if y'all feel that there's a

11    request for information from their side that you

12    don't want to provide for some reason, then that

13    is something, you know, just to raise it with me.

14    And then we can make the decision.  But I'd

15    rather not have a situation where somebody's just

16    not providing, you know, information that you

17    both agree now should be provided.

18          So is there anything else in that, Ms.

19    Guntner, then?  You'll have the number that --

20    the world of documents with the search terms.

21    You'll have the number of just the world of

22    documents within that time range.

23          Obviously you'll be able to get the number

24    of -- of results, a number of documents with the

25    project-specific search terms so that you'll know

Judge Hope Thai Cannon
May 26, 2021

Page 46

1    which ones they -- because for those, the only

2    thing that would have been withheld is a

3    privilege log.  Privilege documents, correct, Mr.

4    Remington?

5           MR. REMINGTON:  You still may have

6    confidential documents, trade secret, financial

7    documents.

8           MS. GUNTNER:  Those won't actually be

9    withheld, though.  They will just be stamped as

10   confidential.

11          THE COURT:  Assume that you have a

12   confidentiality order for those documents.

13          Did y'all have -- y'all had an agreement

14   about privilege logs?

15          MS. GUNTNER:  Mr. Geisler can probably

16   speak to that.

17          MR. GEISLER:  Sure, Your Honor.  And I'm --

18   I'm prepared now to kind of present where there's

19   still a disconnect between the parties.

20          THE COURT:  Okay.  As to?

21          MR. GEISLER:  As to a protective order that

22   incorporates privilege-log obligations, along

23   with confidentiality designations and clawbacks,

24   challenges.

25          Really, we propose -- and in light of now

Judge Hope Thai Cannon
May 26, 2021

Page 47

1    three of Northern District of Florida's judges,

2    including Your Honor, making it absolutely clear

3    there's not going to be any tolerance for undue

4    delay, I was put in an unusual position of

5    actually proposing the protective order in this

6    case.

7          And I chose Judge Rodgers' protective order

8    from 3M about two weeks ago, and got a

9    counterproposal last night.  We turned that

10   around.

11         We're down to about three issues left.  And

12   I think, with Your Honor's assistance, we might

13   be able to bring that home and propose it to you

14   so you may sign it, hopefully, and so that won't

15   be any reason for further delay.

16         THE COURT:  And are you ready to present

17   those three issues, or is that something you want

18   to discuss later?

19         MR. GEISLER:  I can do that right now, Your

20   Honor.

21         THE COURT:  Okay.  So what are the three

22   issues for the protective order?

23         MR. GEISLER:  Sure.

24         Very -- very simply, given the

25   fast-approaching trial, we propose to tie the

Judge Hope Thai Cannon
May 26, 2021

Page 48

```
 1    obligations of proposing or providing, rather,
 2    the privilege log, privilege-log challenges, as
 3    well as clawback obligations to all be revised to
 4    10 days instead of 30 or a mix of kind of 20 to
 5    30, as set forth in the 3M litigation.
 6         I talked to counsel today.  Understand that
 7    they have asked us for a proposal of 14 days?
 8         MR. BRANNING:  15 days, Your Honor.
 9         MR. GEISLER:  How many?
10         THE COURT:  15, Mr. Branning, for -- to
11    produce the privilege logs?
12         MR. BRANNING:  Yes, Your Honor.
13         THE COURT:  To identify clawbacks for what?
14         MR. BRANNING:  All.  To produce privilege
15    log and to identify clawbacks.  I believe that's
16    correct.
17         MS. BILLHIMER:  Yes.
18         THE COURT:  So let's just say on Tuesday
19    Mr. Remington produces a set of documents over to
20    the claimant.  You want 15 days from that
21    production to provide the privilege log?
22         MR. BRANNING:  I don't know, Your Honor,
23    that we've drilled down, to answer the Court's
24    specific question right there.  We are -- I think
25    the answer is yes.
```

Judge Hope Thai Cannon
May 26, 2021

Page 49

1          THE COURT:  Okay.

2          MR. BRANNING:  From when we produce, we

3     would request 15 days from whatever date we

4     produce a dataset to provide the privilege log

5     applicable to that dataset.

6          THE COURT:  And then for clawbacks, if you

7     accidentally produce a document, you want 15 days

8     from that -- from the time that that document is

9     produced to claw it back.

10         MR. BRANNING:  Yes, Your Honor.

11         THE COURT:  And then you guys want what in

12    terms of objecting to those?

13         MR. GEISLER:  Sure.  We propose 10 days all

14    around, albeit I would -- you know, I would be

15    willing and I think we'd be willing -- well, just

16    say it.  We would accept 15 days for the clawback

17    obligation.

18         But the rest should be 10 days.  And that's

19    an obligation that we're bound to as well.  It's

20    just the only way I see able to get through a

21    production and not have outstanding privilege

22    disputes going into the trial in September, Your

23    Honor.

24         THE COURT:  Maybe this is overly

25    optimistic, but privilege issues are usually not

Judge Hope Thai Cannon
May 26, 2021

Page 50

1    the -- you know, not the problems in productions

2    that I find.

3         But, Mr. Remington, if these guys are going

4    through -- if your review team is going through

5    these, I'm assuming they're doing it also log or

6    Excel spreadsheet or something.  As they're

7    reviewing these documents, they're coding it

8    somehow.

9         So when I have reviewed large emails in

10   private practice, we coded them, you know, on

11   Excel spreadsheets with a "P" that's privileged,

12   kind of a drop-down menu for why it's privileged.

13   And then you just run that as a privilege log.

14        I mean, it seems like that is something you

15   should be doing as you're doing the production,

16   not something that you're doing after, if the

17   only reason you're reviewing, you know, this

18   particular set of project-specific documents is

19   for privilege.

20        Does that make sense?

21        MR. REMINGTON:  It makes sense, Your Honor.

22   And I guess from a -- from a logistical

23   standpoint, what we're doing is, we've got a

24   large team reviewing documents over the weekend

25   to get something out on Tuesday.

Judge Hope Thai Cannon
May 26, 2021

Page 51

1        And when they -- when they get those
2    documents out on Tuesday, this is a rolling
3    production.  We're not done.  We're going right
4    back in to review again.
5        THE COURT:  Yeah, but they're reviewing it.
6    They're marking it for privilege as they're -- as
7    they're reviewing it.  I'm hoping they're -- I
8    mean, how else -- that's the only basis for the
9    review right now for the Tuesday production is
10   just on privilege.
11       MR. REMINGTON:  Confidentiality and
12   privilege, Your Honor.
13       THE COURT:  But confidentiality, you're
14   going to produce with a confidentiality stamp.
15   So you're not logging those.
16       So I guess where I'm going to -- I -- if
17   you need the 10 -- I don't know why you would
18   need the 10 days for that necessarily.  But
19   they're agreeing to the 10 days, so we'll do the
20   10 days for that, but -- because I agree with Mr.
21   Geisler.  I'm just -- I just think that that's
22   something that you should be doing as you're
23   going along and something you should be able to
24   set up in the way that you're reviewing the
25   documents.  But it sounds like Mr. Geisler's team

Judge Hope Thai Cannon
May 26, 2021

Page 52

```
 1   is agreeable to the 15 days for clawbacks.
 2          MR. GEISLER:  That's correct, Your Honor.
 3          THE COURT:  So issue one resolved.
 4          MR. GEISLER:  Sure.
 5          Two more points.  I think we have
 6   agreement, Jeremy and counsel -- I'm sorry --
 7          MR. BRANNING:  Elizabeth.
 8          MS. BILLHIMER:  Liz.
 9          MR. GEISLER:  Liz.  Ms. Billhimer, rather,
10   have agreed to include page number in the items
11   that are logged, which is just meta data.  It
12   just indicates the amount of pages we found in
13   the 3M litigation, that that's helpful in picking
14   out and limiting the number of challenges that
15   are made because it's a difference of are you
16   claiming a privilege for a 15-page email versus a
17   one-page email?  15 page, where you have maybe on
18   the last email, you know, counsel attached.  It
19   just helps us conceptualize that.  My
20   understanding is that there were -- they were
21   amenable to including that meta data.
22          THE COURT:  Is that right, Ms. Billhimer?
23          MS. BILLHIMER:  That's correct.  We're
24   going to change just the wording on it.  It will
25   be the number of pages instead of page number.
```

Judge Hope Thai Cannon
May 26, 2021

Page 53

1    We didn't quite -- there was some disconnect on

2    what it meant.  But, yes, we're agreeable to

3    including that information.

4         THE COURT:  Okay.  So that sounds like it's

5    resolved.

6         MR. GEISLER:  That's resolved, with Your

7    Honor's assistance.

8         The third item is -- I'll call it a

9    privilege log carve-out in time, after which the

10   obligation to log privilege is no longer

11   applicable.

12        THE COURT:  Right.  Usually once the

13   litigation starts.

14        MR. GEISLER:  Once the litigation starts.

15        Here you have a unique situation, Your

16   Honor, where, you know, we have the storm, of

17   course, hitting in September, but you have a lot

18   of assessment, investigation, rebuilding, things

19   that are still going on.  Candidly, as Mr.

20   Branning stated earlier, there are still

21   investigations going on.

22        So our proposal is that the carve-out -- we

23   would agree to a carve-out from counsel to

24   counsel to apply on the day of the storm.  So

25   September 16th they would not have to log

Judge Hope Thai Cannon
May 26, 2021

Page 54

1    communications between counsel, but they would,

2    however, have to log communications between

3    counsel and client up to and including to today.

4         I've tried to come up with some kind of

5    proposal or maybe they can certify that there's

6    no longer such assessment or investigation

7    activities ongoing, so we can certify a date.

8         But given that that those activities are

9    still ongoing and the storm was only in

10   September, we feel we have not reached a date

11   where they --

12        THE COURT:  It seems a lot of logging on

13   their side for that.

14        Mr. Remington.

15        MR. REMINGTON:  Your Honor, this is a

16   unique situation.  You know, this litigation

17   really started well before a lawsuit was filed.

18   There were billboards, town hall meetings.

19        We started preparing for litigation before

20   the winds started dying down.  And claimants were

21   coming forward and lawyers were signing up

22   claimants before the winds died down.

23        THE COURT:  I'll tell you, Mr. Remington,

24   that doesn't bode immediately on the lack of

25   production, but anyway . . .

Judge Hope Thai Cannon
May 26, 2021

 1          MR. REMINGTON:  Understood, Your Honor.
 2    But communication between the clients and the
 3    attorneys has been going on since the storm in
 4    anticipation of this litigation.
 5          And the idea that we're going to have to
 6    log communications with our client up to today
 7    is -- is just not, I think, reasonable, practical
 8    or responsible.  I mean --
 9          THE COURT:  And you're talking, Mr.
10    Remington, just out of -- that you're talking
11    about that -- like any emails or correspondence
12    that would be from the Clark Partington firm and
13    the firm out of Houston or New Orleans and some
14    GC or some leadership person at Skanska?  That's
15    what you want them to log as of September 16th?
16          MR. GEISLER:  With clients.  Or I'm sorry.
17    As of September 16th, just counsel to counsel.
18    They would not have to log after September 16th.
19          THE COURT:  But that would just be between
20    the folks at Clark Partington and the folks in
21    Houston or New Orleans.
22          MR. GEISLER:  Sure.  And within the firms,
23    of course.
24          MR. REMINGTON:  And there's another firm in
25    Tallahassee that was involved in the 16th --

Judge Hope Thai Cannon
May 26, 2021

Page 56

1    Skanska's, you know, sort of typical day-to-day

2    counsel who handles other litigation.

3         THE COURT:  It would seem to me that

4    that's -- I kind of get Mr. Remington's point on

5    that.  I mean, obviously I don't -- I mean, it

6    wouldn't take rocket science to know that there

7    would have been litigation arising out of this

8    bridge incident.

9         And so if they are communications with

10   their client, I would expect -- well, let me ask

11   you.  Do you know what that world of documents is

12   before we talk about how burdensome it is?

13        MR. REMINGTON:  No, Your Honor.

14        THE COURT:  I think that maybe the first

15   step in that is, let's see what we're talking

16   about, because if there -- if there's a lot of

17   those communications, you know, I do think that

18   that would be -- you're going to see a log that's

19   really going to say the same thing each time.

20   It's just going to take time to put that

21   together.

22        MR. GEISLER:  Sure.

23        THE COURT:  So I'm not sure it's going to

24   be a good use of folks' time and a benefit to

25   y'all because I can't see how those emails would

Judge Hope Thai Cannon
May 26, 2021

```
 1   not probably or communications probably not be

 2   privileged.

 3        MR. GEISLER:  Sure.  I mean, I think that

 4   would be helpful.  And really the only reason I'd

 5   say up through today and beyond is just for the

 6   lack of being able to come up with a different

 7   compromise, like the one compromise I had

 8   wouldn't work because those activities are

 9   continually going.

10        So having that data, I think, will

11   facilitate a discussion.  That being said, if we

12   can seek the entry of a protective order on all

13   issues but that, I think we'll avoid having any

14   holdup for the lack of a protective order, so --

15        THE COURT:  Yes.  So it sounds like y'all

16   can do that.  So if you'll submit that, I'll get

17   it entered.

18        And, you know, typically, even when we

19   can't -- you know, even if it's not entered, I do

20   expect the production, subject to a protective

21   order, and folks just hold it until a protective

22   order is entered.  So there's no reason why a

23   protective order should not -- or should delay

24   the production anyway.  But it sounds like that

25   will be fine.
```

Judge Hope Thai Cannon
May 26, 2021

Page 58

 1          If they're going to keep -- they have those

 2     documents.  They're going to keep them, if we end

 3     up requiring them to log it or can't agree to a

 4     date, but I could just -- I mean, especially up

 5     to today, if they're having communications with

 6     their client, and, you know, you have to put a

 7     certain amount of information in the log so that

 8     y'all can challenge it if you want to.  That just

 9     seems like you're going to be invading, you know,

10     some privilege issues there.

11          So let's hold that one.

12          MR. GEISLER:  Certainly.

13          THE COURT:  They can log it, if the Court

14     determines they need to.  But otherwise, it

15     sounds like y'all have a protective order.

16          MR. GEISLER:  Yes, Your Honor.

17          THE COURT:  Okay.  So as far as -- since I

18     just got these objections and these responses

19     today, if the claimants -- if -- Mr. Barr, if you

20     could identify -- have y'all even talked about

21     these objections, other than what y'all have

22     raised with me?

23          MR. BARR:  We sent over a letter to Mr.

24     Remington -- what was it?  Yesterday?

25          MR. REMINGTON:  Yesterday.

Judge Hope Thai Cannon
May 26, 2021

Page 59

1          MR. BARR:  Sent you the letter.  And he

2    sent me an email back last night on their

3    response to our letter.  We have not had a chance

4    to really walk through that.

5          Again, I think the major hurdle we were

6    dealing with was the relevance issue.  Now that

7    we've heard Your Honor, I think maybe we can have

8    a further discussion on this to get -- to get

9    through it.

10          THE COURT:  So what I was going to suggest

11    is, we've got the document production going.

12    Y'all will get some documents starting on

13    Tuesday.  And so that -- that, at least, is some

14    progress.

15          If you are not able to resolve whatever

16    question-specific or, you know,

17    request-for-production-specific issue, then let

18    me know by Tuesday as well so that we can then --

19    I'll just let you know what -- who I agree with

20    on Wednesday.  And we'll just do another status

21    conference on Wednesday, then, if that works for

22    y'all because it sounds like it may not be

23    anything that -- again, I don't want to interject

24    if I don't have to.  If y'all are able to resolve

25    it yourself, that's -- you know, that's the

Judge Hope Thai Cannon
May 26, 2021

Page 60

1    preference.  It's just we want y'all to do it a

2    little bit quicker.

3          MR. BARR:  That works for us.  I mean, I

4    guess . . . I mean, to the extent -- I guess

5    maybe this is a question for Mr. Remington.  To

6    the extent that anything Her Honor has said that

7    impacts any of your responses, you're going to

8    update your responses?  If we could get those

9    before we have that discussion.  I mean, you

10   know, it's Wednesday.  If we can have those by

11   tomorrow or Friday or providing a more thorough

12   response, then I think we could have a more

13   fruitful discussion, if we've moved the needle

14   here today.

15         THE COURT:  Yeah.  So, I mean, that seems

16   to make sense to me, Mr. Remington.  I don't

17   think that's too difficult, if you -- in other

18   words, if there are any objections that y'all are

19   going to withdraw that have been, you know,

20   disputed by Mr. Barr and his team based on what's

21   happened today, then just go ahead and let him

22   know that so that he doesn't have to deal with

23   that.  And then y'all are more focused, and y'all

24   can have that discussion Thursday or Friday.

25         MR. REMINGTON:  Yeah.  I would say this,

Judge Hope Thai Cannon
May 26, 2021

Page 61

1    Judge:  In my letter back to Mr. Barr last night,

2    I think on four or five of his objections, we

3    agreed that we would amend our interrogatory

4    responses.

5           THE COURT:  Okay.

6           MR. REMINGTON:  But we did ask him till

7    next Tuesday to go so, because we've got to run

8    people down to get the information to make that

9    answer.  So I can't promise the Court I'll have

10   those answers amended by tomorrow or Friday.

11          THE COURT:  I don't think it's that that

12   you're looking for, right, Mr. Barr?  You're just

13   looking for if there's still any change --

14   anything that you want to change from that letter

15   that you sent him as a result of today's hearing.

16          If you provide him with the amended

17   interrogatory responses by Tuesday, then they'll

18   be able to let me know if that's sufficient or

19   not or there's something I may need to address on

20   Wednesday.  So that's fine.

21          MR. BARR:  Yeah.  To put a finer point on

22   it, I'm looking for a commitment to respond.

23   There were -- there were a lot of things in the

24   email --

25          THE COURT:  Okay.

Judge Hope Thai Cannon
May 26, 2021

Page 62

```
 1          MR. BARR:  -- that said, we're not going to
 2     respond to this.  So I'm looking for a commitment
 3     to respond if their position is going to change.
 4          THE COURT:  If the -- do you understand
 5     that, Mr. Remington --
 6          MR. REMINGTON:  Yes.
 7          THE COURT:  -- what Mr. Barr is looking
 8     for?
 9          MR. REMINGTON:  Yes, Your Honor.
10          THE COURT:  Okay.  So, yeah, if there's --
11     if there was a response that you indicated, no,
12     we're objecting; we're not going to respond to
13     that interrogatory request for production, and
14     you have now changed your mind on that, just let
15     him know that.
16          That way, on Tuesday he won't send you
17     something that says, here are all the issues that
18     we still have, if in fact you've resolved them.
19     That just gives him that ability.
20          Okay.  Is there anything else, then, that
21     we need to address before . . .
22          MR. BARR:  I wanted to make clear one thing
23     on the ESI issue, and maybe this is what Ms.
24     Guntner was going to talk about.
25          The ESI issue and the search term we're
```

Judge Hope Thai Cannon
May 26, 2021

Page 63

```
 1   talking about is only for documents from
 2   September 10 to September 30.
 3        We are bigger than that, and we want to go
 4   bigger and broader than that.  That's the -- So I
 5   didn't want there to be any miscommunication that
 6   that's all we're asking them to run searches for.
 7   That's going --
 8        THE COURT:  That's what y'all have agreed
 9   to sort of for the moment in terms of, I would
10   say, priority documents, right?
11        MS. GUNTNER:  Yes, Your Honor.
12        THE COURT:  Obviously, I think, as you
13   mentioned, Mr. Barr, you're looking for those
14   prior events, too.  And so there's going to be
15   some.
16        And so once y'all -- it doesn't sound like
17   y'all are necessarily -- I don't know what
18   y'all's plan is after this.  When do y'all plan
19   to talk about what else you're wanting after this
20   production is done?
21        MS. GUNTNER:  Your Honor, I'd be prepared
22   to talk about that tomorrow.  I can talk about it
23   whenever Skanska is ready to talk about it.
24        THE COURT:  And is that dependent, though,
25   on some of these objections that need to be
```

Page 64

1    resolved in these letters from Mr. Remington and

2    Mr. Barr, though?

3        MR. BARR:  I don't believe the search-term

4    issue, the way we have framed this -- I don't

5    believe that those two are preventing one

6    another.

7        THE COURT:  Okay.

8        MR. BARR:  The way we've done the search

9    terms.

10       Now, when we expand the search terms, those

11   issues may come to light, but I don't believe

12   that's impacting this narrow issue.

13       THE COURT:  So I think one of the things

14   that we need to do -- and we'll need to do this

15   as y'all move forward, even in terms of

16   deposition schedules, which I feel like is going

17   to be a bear to try to get done here in the next

18   couple of months.

19       And I don't know if y'all are off the

20   hundred -- I saw something that said 100, and now

21   maybe you're down to 20.  I don't know how many

22   witnesses.

23       But I think y'all have got to have some

24   fine time lines in terms of production.  So

25   that's why we're going to do this initial

Judge Hope Thai Cannon
May 26, 2021

Page 65

1    production on Tuesday.

2         But then when y'all come back on

3    Wednesday -- that's why I want to know what else

4    is left, how many results.  Because we're going

5    to put some time lines in.  And you're just going

6    to produce based on that.

7         And that way, when you get to your other --

8    your broader search terms, we will do the same

9    thing.  And maybe we can facilitate that more

10   orderly instead of it taking so long to try to

11   get those done.

12        MR. BARR:  And, Your Honor, Mr. Remington

13   and I have exchanged some emails on this.  We

14   both understand we're just going to have to -- to

15   have to start blocking off people's schedules.

16        I would guess late June, July we're just

17   going to be loaded with depositions.  We have --

18   we've sent over -- at least indicated -- I

19   haven't sent over the draft of it yet, but we've

20   indicated to Mr. Remington that we've got a

21   particular 30(b)(6) we want to help us understand

22   more who was out there and what their roles were.

23   We've asked for a date of June 15th.  He hasn't

24   had a chance to respond to that yet, and I'm --

25        MR. REMINGTON:  I agree.  And Your --

Judge Hope Thai Cannon
May 26, 2021

Page 66

 1          THE COURT:  And I don't think we're --
 2   Sorry, Mr. Remington.  I don't mean to cut you
 3   off.
 4          I don't -- I do think that there will -- we
 5   will need to set a status conference.  Y'all will
 6   need to have those discussions.  And then I'm
 7   just going to say, here are the -- here are the
 8   witnesses, and they have to get done by X, Y, and
 9   Z.
10          MR. REMINGTON:  Perfect.
11          THE COURT:  So y'all need to bring your,
12   you know, calendars, whoever's going to get --
13   want to be involved in those depositions.  But
14   that's just how we're going to schedule them,
15   because I just -- I think it's just going to be
16   too difficult to try to do it otherwise.
17          Yes, Mr. Remington?
18          MR. REMINGTON:  I was going to say, we
19   cannot commit to the June 15th date until we see
20   the 30(b)(6) list of information that Mr. Barr
21   wants.  I mean --
22          THE COURT:  I agree with that.  I think
23   you've got to have that list of topics . . .
24          MR. REMINGTON:  Okay.
25          THE COURT:   . . . before you can -- because

Page 67

 1    you're not going to -- you may have some idea of

 2    who you want to put up, but obviously the list of

 3    topics will change that.  And you may put up --

 4    end up putting more than one person up for those

 5    lists anyway.  So I do think you need to have

 6    that.

 7         I guess what I'm saying, I'm not sure that

 8    we're ready now to talk about the depositions,

 9    but we will -- we will need to do that.  And I

10    think, you know, maybe next -- starting . . . do

11    y'all know you have a list of topics of 30(b)(6)?

12         MR. BARR:  We have -- we have an initial --

13    it's not every 30(b)(6) we would ever want.

14         THE COURT:  Okay.

15         MR. BARR:  It's an initial 30(b)(6), to

16    help us understand the employees that were out

17    there, what their roles were, and some very

18    narrow topics to just help us understand the

19    labeling.  And then --

20         THE COURT:  And do y'all have like a list

21    of folks, too, right now that you think you're

22    going to need to --

23         MR. BARR:  We -- we have -- yeah, we do

24    have at this point -- we have not identified

25    which ones we want to depose yet because we don't

Judge Hope Thai Cannon
May 26, 2021

Page 68

1   have the documents.

2          THE COURT:  Okay.

3          MR. BARR:  I mean, we have -- we have a --

4          THE COURT:  But you have a list of folks

5   they've identified as being sort of the

6   leadership --

7          MR. BARR:  We do.

8          THE COURT:  -- team or the --

9          MR. BARR:  We have that.

10         THE COURT:  -- decision makers.

11         MR. BARR:  We absolutely have that.  We

12  don't know exactly what their role is.  We have

13  the title, which is one of the reasons we're

14  going to take what we're calling the roles and

15  responsibilities, 30(b)(6), to kind of flesh that

16  issue out a little better.

17         THE COURT:  And you were hoping to do that

18  on the 15th?

19         MR. BARR:  That's the hope, but I --

20         THE COURT:  So when can you get him the

21  list of topics?

22         MR. BARR:  I'll be able to get that to him

23  today.

24         THE COURT:  Okay.  So maybe on this--

25         MR. BARR:  We've already pretty much got it

Judge Hope Thai Cannon
May 26, 2021

Page 69

1  drafted.

2       THE COURT:  So, Mr. Remington, then you'll

3  have an opportunity to look at that.  We can talk

4  about it on Wednesday if y'all have issues with

5  the list of topics.

6       And also by then, you should have an idea,

7  once you see the topics, who you need to put up.

8  So you need to be talking to that person about

9  dates and seeing if you can make that June 15th

10  deadline.

11       Because, I mean, honestly, that's going to

12  be another two weeks.  I'm sure it's a push on

13  their end, too, in terms of getting the documents

14  and making sure they're ready for that deposition

15  as well.  So we need to see how far along we are

16  on the documents as well, but, I mean, each day

17  that goes by, y'all just lose in terms of . . .

18       MR. BARR:  Again, Your Honor, one of the

19  things that would be helpful -- and I know, you

20  know, maybe Mr. Remington and Mr. Branning, maybe

21  they don't know the answer to this, but I would

22  gather somebody does.  Documents they've already

23  identified as responsive:  If we could go ahead

24  and get those out.  Don't even have to wait till

25  Tuesday.

Judge Hope Thai Cannon
May 26, 2021

Page 70

1          And I'll give you example.  One of the

2     requests for productions we asked for were

3     photos, videos, those type of things.  They've

4     attached photos and those types of things to

5     their briefs.  Certainly somebody has that.

6          THE COURT:  Yeah.

7          MR. BARR:  If they could go ahead and get

8     that out to us, that would be great.

9          THE COURT:  I . . . go ahead, Mr. Branning,

10    before I say.

11         MR. BRANNING:  I will represent to this

12    Court that we will do that.

13         THE COURT:  Okay.  So, Mr. Branning, that's

14    what I was going to -- I mean, I think I made it

15    clear in some of the discussions I had with Mr.

16    Remington, but I do not -- it is not my

17    expectation that your document production is

18    limited to what you are doing for the search on

19    the ESI protocol.

20         You know, I think Mr. Barr mentioned a

21    hurricane plan.  There are obviously going to be

22    some documents that you can already produce.  And

23    so those documents need to be going, and they

24    need to be going on a rolling production, in

25    addition to this ESI production.

Judge Hope Thai Cannon
May 26, 2021

1           This ESI is just one group of a place where

2    these documents are located, but they certainly

3    aren't the only place where it's located.  And so

4    I hear Mr. Branning say that he'll do that.

5           And, Mr. Branning, can you go ahead -- when

6    can you do that by?

7           MR. BRANNING:  They will have the hurricane

8    plan today.

9           THE COURT:  What else can they get besides

10   the hurricane plan?  Do you have another set of

11   documents you're ready to produce to them?

12          MR. BRANNING:  I believe there are some

13   photos and perhaps some additional ancillary

14   documents.

15          However, it is my understanding, Your

16   Honor, that the vast majority of the data is in

17   the ESI.  We do -- I would tell you Clark

18   Partington does not have a lot of physical

19   documents to produce.  We don't.

20          THE COURT:  How -- so let me just ask you,

21   Mr. Branning, how involved is Clark Partington

22   versus the other firm, in terms of actually doing

23   the document production?

24          Because sometimes, you know, that is

25   sometimes a reason for some of the delays.  And

Judge Hope Thai Cannon
May 26, 2021

Page 72

1    it's not y'all's fault, obviously.  I mean,

2    you're only told certain things, and then you

3    have to come here, and, you know, deal with the

4    Court, which they don't obviously have to deal

5    with.  So are y'all -- I mean, is the review team

6    with you guys or are we talking -- is this . . .

7         MR. BRANNING:  It's a mixed -- it's a mixed

8    team.

9         THE COURT:  But you're -- you feel that

10   you're heavily involved in that.  I mean, I don't

11   need to get those guys to come here and have

12   these same discussions with them.

13        MR. BRANNING:  I have heard the Court, Your

14   Honor.

15        THE COURT:  Okay.

16        MR. BRANNING:  And I am going to comply

17   with this Court's order.  I'm going to make sure

18   that happens.

19        THE COURT:  Okay.

20        MR. REMINGTON:  I would just -- I would

21   add, Your Honor, I think it would be helpful if

22   there was ability for people to attend remotely,

23   like Mr. Kelly, or people from New Orleans and

24   Houston to really hear the Court.  I think it

25   would help things considerably.

Judge Hope Thai Cannon
May 26, 2021

Page 73

1          THE COURT:  And I think that -- they are
2   welcome to do that because y'all are here in
3   person.  So I'm fine with having them attend by
4   telephone if they want to attend.
5          Now, there may be a point, depending on how
6   much -- how involved they are and how much
7   information they actually have, that they may
8   need to come in person as well.  But, again,
9   we'll do that on a status-by-status conference.
10          But, yes, we will send out a conference
11   call number.  And you are welcome to let them
12   know that they can attend like on next Wednesday,
13   if they want to do that.  I think that might help
14   you guys as well, in terms of getting the
15   cooperation and the production that y'all need.
16          But -- so, Mr. Branning, I would just urge
17   you, whatever documents you have, whether you
18   have them or those guys have them or your clients
19   have them, that you try to produce as much of
20   those other documents as you can by Tuesday,
21   because I would like to hear from them on
22   Wednesday that you guys have produced X amount,
23   and that X being a rather large X then.
24          MR. BRANNING:  Yes, Your Honor.
25          MR. BARR:  Thank you, Your Honor.

Judge Hope Thai Cannon
May 26, 2021

Page 74

1          THE COURT:  Ms. Guntner.  Oh, I'm sorry.
2     Mr. Kelly.
3          MR. KELLY:  I was just going to ask for
4     next Wednesday, I know that you just said that
5     the conference call number will be passed around
6     so that -- you know, I think I'm the only person
7     here from -- not from Pensacola, so --
8          THE COURT:  You don't want to come to the
9     beach, Mr. Kelly?
10         MR. KELLY:  I do want to come to the beach,
11    but unfortunately, I have a responsibility to the
12    federal -- and each one of these trips is going
13    to start to cost the taxpayers a lot of money.
14         THE COURT:  So, Mr. Kelly, has the
15    government issued -- and I guess we haven't even
16    gotten there.  Have y'all issued any -- have they
17    issued any discovery to y'all?
18         MR. BARR:  Not at this point, Your Honor.
19    I think we all are pretty much operating under
20    the understanding that discovery to the claimants
21    is probably going to be very limited.
22         THE COURT:  Okay.  Because it's really
23    damages that that -- and that would be later.
24         MR. BARR:  And that's later.
25         THE COURT:  Okay.

Judge Hope Thai Cannon
May 26, 2021

Page 75

1          MR. BARR:  They have indicated there might

2     be some small stuff they want, but we haven't

3     gotten that from them at this point.

4          THE COURT:  Okay.

5          I would say if there are some things that

6     you need from them on the negligence front for

7     the September for the initial unit of

8     negligence -- I can't imagine what it would be,

9     but if there is, you'd want to go ahead and get

10    that to them as soon as you can, Mr. Remington.

11         MR. REMINGTON:  I can tell you, we do have

12    discovery from Mr. Kelly as to weather and

13    conditions from the federal -- different federal

14    agencies that he represents.

15         THE COURT:  You have already issued that to

16    them?

17         MR. REMINGTON:  Not yet, but we do have

18    that in the works.

19         THE COURT:  Okay.  So let's try to get that

20    going on their end, too, so that they can start

21    responding as well.

22         So, Mr. Kelly, in terms of discovery, it

23    sounds like you may get some discovery from the

24    government that we'll have to deal with, but

25    otherwise, you don't have anything extra or

Judge Hope Thai Cannon
May 26, 2021

Page 76

1  outside or different from what Ms. Guntner or Mr.

2  Barr --

3          MR. KELLY:  No.

4          THE COURT:  -- and Mr. Geisler has said.

5          MR. KELLY:  They are doing an excellent

6  job, and we're just excited to be alongside them.

7          THE COURT:  Okay.  So unless -- unless some

8  issue comes up or, you know, if -- when you get

9  your discovery and you have a specific issue, and

10  you feel like you need to come in person at that

11  time, you can attend by telephone.

12          MR. KELLY:  Should I call down to chambers

13  next week to get the number to remind somebody,

14  or is it just going to be --

15          THE COURT:  We'll send out a number.  What

16  I don't want, though, is obviously -- I'm saying

17  right now nobody else has asked to appear by

18  phone, so if y'all have -- if y'all -- any of

19  y'all want to appear, then you'll need to call

20  and let me see what -- you know, what your role

21  is, what you've got going on.

22          Like I said, it may be different for your

23  status conference.  But right now we will send

24  out a call in to you, Mr. Kelly, and then also to

25  the Clark Partington folks so that they can

Judge Hope Thai Cannon
May 26, 2021

Page 77

1    provide that to their other counsel.

2            MR. KELLY:  Okay.

3            THE COURT:  And then anyone else, again,

4    y'all just call if y'all want to attend by phone.

5            Yes, Ms. Guntner.

6            MS. GUNTNER:  Just a few final comments or

7    clarifications about document production.  So

8    Skanska's counsel, whenever you asked whether

9    documents that are known to be responsive will be

10   produced, they responded that they don't have

11   many hard-copy documents.

12           However, the ESI protocol does require that

13   known responsive ESI must be produced as well.

14   So I want to clarify that we do still expect that

15   known responsive electronic documents outside of

16   the September 10th and 30th range should be

17   produced under the ESI protocol as well first.

18           THE COURT:  And that's what, I think, Ms.

19   Guntner, you had indicated you weren't sure how

20   they were identifying those documents.

21           MS. GUNTNER:  Yes.

22           THE COURT:  How are y'all identifying those

23   documents, Mr. Remington?

24           MR. REMINGTON:  Your Honor, right now I

25   don't know that we have -- I can't tell the Court

Judge Hope Thai Cannon
May 26, 2021

Page 78

 1   how they're being identified.

 2        THE COURT:  Have you asked for your client

 3   to identify those?

 4        MR. REMINGTON:  Yes, we have -- we -- that

 5   is, as I understand, that is in process, and we

 6   had hoped to have some production before today.

 7   It just has not been completed.

 8        THE COURT:  But you haven't asked them what

 9   they're doing to identify those documents?

10        MR. REMINGTON:  I'm sorry.  Identify.  Are

11   you talking about how -- the documents we have,

12   identifying them with a Bates number?  Are you

13   talking about --

14        THE COURT:  No, no, no.  Like, how are you

15   identifying what's known and responsive out of

16   the electronic discovery set?

17        MR. REMINGTON:  We -- the team that is in

18   charge of doing that and has the direct contact

19   with the client on that front.

20        THE COURT:  And do you know from them what

21   has been identified, in terms of have documents

22   been identified?  You said that you thought you

23   were going to produce them, so do you know what

24   the world of those documents are?

25        MR. REMINGTONI:  I do not know what the

Judge Hope Thai Cannon
May 26, 2021

Page 79

 1    universe of those documents are.  I do know that

 2    they have documents that they are marking, and we

 3    hoped to have produced before today.

 4         THE COURT:  And when did they identify

 5    those documents?  When were you aware that they

 6    had identified those documents?

 7         MR. REMINGTON:  After Judge -- after the

 8    conference with Judge Collier.

 9         THE COURT:  Okay.  So let's get those

10    documents over to the claimants by Tuesday as

11    well.

12         MR. REMINGTON:  Yes, Your Honor.

13         THE COURT:  Okay.  So --

14         MS. GUNTNER:  Your Honor.

15         THE COURT:  Yes.

16         MS. GUNTNER:  If you don't mind, just a

17    couple more points.

18         THE COURT:  Okay.

19         MS. GUNTNER:  Along the same lines, the ESI

20    order does require any FOIA requests that they've

21    made and documents they've obtained from FOIA

22    requests be produced within 14 days, as Mr. Barr

23    mentioned.  We have all --

24         THE COURT:  Yes.

25         MS. GUNTNER:  -- have done that.  10,000

Judge Hope Thai Cannon
May 26, 2021

Page 80

1    pages of FOIA requests.  If they have made any

2    FOIA requests, I would ask that those be produced

3    and included in that Tuesday set.

4         THE COURT:  Mr. Branning.

5         MR. BRANNING:  We have made no FOIA

6    requests, Your Honor.

7         THE COURT:  Fair enough.

8         MS. GUNTNER:  Thank you, Your Honor.

9         And one final thing.  You asked for our

10   search terms.

11        THE COURT:  Yes.

12        MS. GUNTNER:  I do have a hard-copy list.

13   There was one kind of niche that we had,

14   involving a word being one word versus two words.

15   I've corrected it on the hard copy.  If counsel

16   for Skanska is comfortable with me tendering this

17   to the Court, I can do that now.

18        THE COURT:  Do you mind?  Actually, I'd

19   rather have it emailed to me.

20        MS. GUNTNER:  Of course.

21        THE COURT:  I keep documents that are that

22   way.  I'm not great with hard-copy documents.  If

23   I can give these back to Mr. Geisler, because

24   they actually have some markings and highlights

25   and stuff on them, too.

Judge Hope Thai Cannon
May 26, 2021

Page 81

1          So, Keri, you make sure that I didn't give

2    them anything that I wasn't supposed to.

3          THE COURT CLERK:  Yes.

4          THE COURT:  But . . . so, yeah, if you'll

5    just email me those.

6          And then if y'all will then just -- if

7    somebody -- I don't know -- Ms. Guntner, since

8    you're going to do the emailing, if you don't

9    mind emailing me the requests and the responses

10   as well then.

11         MS. GUNTNER:  Yes, Your Honor.

12         THE COURT:  And then . . . yes.  I'm sorry.

13   Mr. Gill.  Is that . . .

14         MR. GILL:  Yes.  Jeffrey Gill.  I represent

15   the Little Oyster.

16         Just a couple things.  I know the Court is

17   certainly giving guidance to Skanska in regard to

18   its feelings regarding the relevance of other

19   storms and potential storms affecting the Bay

20   Bridge.

21         Based on the history in this case and the

22   response to Judge Vincent and Judge Collier's not

23   so gentle prodding or lack of response, I would

24   suggest that Skanska is going to need an order

25   overruling their objections before they're going

Judge Hope Thai Cannon
May 26, 2021

Page 82

1    to withdraw their objections or change the

2    responses, as the Court suggested.

3         I'm afraid we're going to be back here

4    Wednesday saying, Judge, we still object.  There

5    hasn't been a ruling, because they're going to

6    want a ruling from you telling them that their

7    position is not correct.  I'd ask the Court

8    consider making that ruling either today or if

9    not today, you know, certainly after this

10   hearing.

11        THE COURT:  Which -- which request is it?

12   Does it impact some specific request?  Is there a

13   general objection in the request?

14        MR. GILL:  Judge, there were 57 requests

15   for production.  56 of them were objected to.

16   The 57th, when said they would produce documents

17   but they didn't produce any.  So there's a lot of

18   requests.  Many of them, as Mr. Barr suggested,

19   pertain to this relevance issue that's been well

20   spoken to the Court, as do most interrogatories

21   that we've objected to as well.

22        MR. BARR:  It's not a general objection.

23   They made a specific objection.  I -- I can't --

24   I don't have the count of how many it is, but

25   it's a number of them where it's a specific

Judge Hope Thai Cannon
May 26, 2021

Page 83

1    objection to either that interrogatory or that
2    request for production.
3         THE COURT:  So, again, I'm trying not to
4    add more stuff on y'all's plate, with all the
5    stuff you have going, but what I really need an
6    order issue like that is to see what request it
7    relates to, rather than just issuing, you know,
8    sort of an order in the blind without having seen
9    the request and how -- and what you're actually
10   asking for.
11        So I don't know if that's something, Ms.
12   Guntner, you can identify for me in terms of when
13   you get the request and the email that you send
14   me.
15        The other is, I'm happy to give you guys an
16   opportunity to send me a memo or a brief for your
17   position on that relevancy question.  And I'll
18   make a decision and give you an order on
19   Wednesday when we see each other again.
20        Because that way I at least would have seen
21   the request.  It's just I hate to do anything
22   like that right now, Mr. Gill, without having
23   seen --
24        MR. GILL:  I was going to suggest a
25   proposed order that we could prepare and send

Judge Hope Thai Cannon
May 26, 2021

Page 84

 1    over to Skanska and see if they can agree to that

 2    proposed order.

 3         MR. BARR:  I think what we can do, Your

 4    Honor -- let Mr. Remington and I talk.  If we

 5    can't work this out today, I would suggest we

 6    both send over letter briefs on Friday.

 7         THE COURT:  Okay.  That's fine with me.

 8         MR. BARR:  That say this particular issue

 9    on the relevance question deals with these

10    requests for productions and these

11    interrogatories, so you can see it.

12         THE COURT:  Yeah.  That -- that would be

13    fine with me.

14         But I do think Skanska -- I mean, they

15    should get an opportunity to at least say, as Mr.

16    Remington has sort of articulated already, that

17    here's why I don't think it's relevant is because

18    the leadership changed or whatever else it might

19    be.

20         I'm just telling you that the initial --

21    even when I've heard the argument made when I was

22    listening in on Judge Collier's status

23    conference, I've -- I've had the initial

24    impression that it would be relevant, but I'm not

25    going to prevent you from arguing your point or

Page 85

1    your position on that.

2        MR. REMINGTON:  Your Honor, we've

3    identified 14 different tropical events that

4    impacted this project since 2017.

5        If the Court believes every one of those is

6    relevant, we'll start work.  But I can't tell you

7    that we'll have a detailed explanation of what

8    was done in all 14 events by the end of this week

9    or even Tuesday.

10       THE COURT:  I don't think -- that's not

11   exactly what I'm looking for.  I think if you're

12   identifying what those events are, what the

13   burden may be of the production of that

14   information is, why you think just as a general

15   that information generally would not be relevant

16   would be fine with me.

17       Because, again, you know, I have to sort of

18   also -- I want to make sure the claimants get

19   what they want.  I also don't want the production

20   to be so overwhelming, obviously, that it really

21   then just squashes what we're trying to do, in

22   terms of meeting these deadlines.

23       So if you will talk to Mr. Barr and see

24   what y'all may or may not already kind of agree

25   to, maybe some of those weather instances are

Judge Hope Thai Cannon
May 26, 2021

 1    close enough in time that you will narrow that

 2    down.

 3         And then y'all are welcome to submit

 4    anything in writing that you want for those

 5    positions, identifying for me which

 6    interrogatories or requests for production they

 7    impact.  And then we can -- if I don't issue a

 8    ruling before Wednesday, I'll issue a ruling on

 9    Wednesday.

10         MR. BARR:  Would you want that close of

11    business Friday, that brief?

12         THE COURT:  Y'all can submit it whenever.

13    ECF is fine.

14         MR. BARR:  Okay.

15         THE COURT:  Yeah.

16         MR. BARR:  Thank you.

17         THE COURT:  Even at 11:59.  I'm not going

18    to tell you I'm going to read it then, but . . .

19         Okay.  So is there anything else?  Anybody?

20    All right.  So I'll just issue an order setting

21    it again for next Wednesday.  It sounds like this

22    time is good for everyone.  We'll probably just

23    keep that time.

24         If there are things that you want to

25    specifically discuss in advance that we haven't

Judge Hope Thai Cannon
May 26, 2021

Page 87

 1    already sort of laid out, in terms of an agenda,

 2    y'all just email that to me.  Of course, make

 3    sure you copy the other side and say, hey, I'd

 4    like to add this for discussion.

 5         Ms. Guntner is going to email me the

 6    requests, the answers -- the interrogatories and

 7    the answers, as well as your search terms and

 8    your custodian list.

 9         Sounds like, Mr. Geisler, you're going to

10    provide me with a protective order, based on our

11    discussion today, that the Court can go ahead and

12    enter.

13         Mr. Remington, you and your team are going

14    to produce the search queries, based on the

15    project-specific search terms, those documents.

16         Mr. Branning's also going to produce any

17    documents that he has in hard -- in other areas

18    outside of the ESI world.

19         Mr. Remington, you're also going to

20    determine what the other firm is holding, in

21    terms of the documents they've identified that

22    are responsive for ESI outside of this.  And all

23    of that will be provided to the claimants on

24    Tuesday.

25         And then you're also going to provide the

Judge Hope Thai Cannon
May 26, 2021

Page 88

1  numbers to Ms. Guntner about the total universe

2  between September 10th and September 30th, how

3  many additional custodians you're going to add

4  and what that -- how that changes that 17,000

5  number.

6       Is there anything that I have left off that

7  we've agreed to?

8       You're going to submit the briefs on

9  Friday.

10       MR. REMINGTON:  Just to clarify.  With

11  respect to the numbers of documents, what we have

12  tried to do to try to be helpful is, I've

13  provided estimates based on my staff running

14  searches in the database.

15       We would prefer that if we -- and I've told

16  them these are not perfect.  They're not run by

17  the vendor.  We would prefer that if we're going

18  to provide them numbers, the number be run by the

19  vendor.

20       THE COURT:  That's fine, except is that

21  going to delay when you can provide that

22  information to them?

23       MR. REMINGTON:  Yeah; I don't believe it

24  should delay the information at all, but I just

25  want the Court to be clear, you know, we're

Judge Hope Thai Cannon
May 26, 2021

Page 89

```
 1    trying to be helpful to provide information --
 2          THE COURT:  How off are y'all on those
 3    numbers from your vendor?
 4          MR. REMINGTON:  I can't -- Your Honor, I
 5    can't tell you that, because the time that we ran
 6    them over a week ago -- and I gave them that
 7    range of 16 to $20,000 -- 16 to 20,000 documents,
 8    we ended up with 17,000.  We were pretty close.
 9          THE COURT:  Yeah.  I mean --
10          MR. REMINGTON:  We were in the ballpark.
11          MS. GUNTNER:  If I may speak to that.
12          THE COURT:  Uh-huh.
13          MS. GUNTNER:  We would prefer that the
14    vendor run it.
15          THE COURT:  Okay.  So that takes care of
16    that.
17          Okay.  Was there anything that I left out?
18    I will -- the Court will send out the telephone
19    conference numbers to the Partington folks and
20    then to Mr. Kelly.
21          And then is that everything that we talked
22    about, I think?
23          MR. BARR:  I think you nailed it.  You did
24    it without notes.
25          MR. BRANNING:  Nothing further.
```

Judge Hope Thai Cannon
May 26, 2021

Page 90

1           THE COURT:  Okay.  Thank you, Mr. Branning.

2     Thank you, you guys.

3           (Hearing concluded at 11:20 a.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Judge Hope Thai Cannon
May 26, 2021

Page 91

1

2

3                    CERTIFICATE OF REPORTER

4

5

6    STATE OF FLORIDA        )
                             )
7    COUNTY OF ESCAMBIA      )

8

9          I, DAVID A. DEIK, CP, CPE, Professional Court

10   Reporter, certify that I was authorized to and did

11   stenographically report the foregoing court

12   proceedings; and that the transcript is a true record,

13   to the best of my ability, of the proceedings

14   contained herein.

15         I further certify that I am not a relative,

16   employee, attorney, or counsel to any of the parties,

17   nor am I a relative or employee of any of the parties'

18   attorney or counsel connected with the action, nor am

19   I financially interested in the action.

20

21

22

23

24   _____
     DAVID A. DEIK, CP, CPE
25   Professional Court Reporter

**$**

**$20,000**
  89:7

**1**

**10**
  48:4 49:13,18
  51:17,18,19,
  20 63:2
**10,000**
  79:25
**100**
  64:20
**10:00**
  5:1
**10th**
  18:6 33:23
  34:17 35:2
  36:24 41:4
  42:4 43:2,5
  44:16 77:16
  88:2
**11**
  15:17,18 28:9
**11:20**
  90:3
**11:59**
  86:17
**11th**
  14:22
**12**
  28:9
**14**
  48:7 79:22
  85:3,8
**15**
  48:8,10,20

  49:3,7,16
  52:1,17
**15-page**
  52:16
**15th**
  65:23 66:19
  68:18 69:9
**16**
  41:24 89:7
**16th**
  53:25 55:15,
  17,18,25
**17,000**
  39:11,13
  40:18 41:20,
  22 42:12 44:7
  88:4 89:8
**18th**
  14:22
**1:00**
  22:18
**1st**
  33:21

**2**

**20**
  48:4 64:21
**20,000**
  41:24 44:8
  89:7
**2017**
  85:4
**2020**
  15:21 28:4
  33:20
**20th**
  12:9

**26th**
  12:13

**3**

**30**
  10:25 48:4,5
  63:2
**30(b)(6)**
  65:21 66:20
  67:11,13,15
  68:15
**30-day**
  10:24
**30th**
  18:7 33:21,23
  34:18 35:2
  36:25 41:4
  42:4 43:3,5
  44:16 77:16
  88:2
**3M**
  47:8 48:5
  52:13

**5**

**56**
  82:15
**57**
  82:14
**57th**
  82:16

**7**

**7th**
  34:24

**8**

**8-ball**
  28:25

**9**

**9th**
  10:19

**A**

**a.m.**
  5:1 90:3
**ability**
  25:23 31:16
  62:19 72:22
**absolutely**
  47:2 68:11
**accept**
  9:1,20 49:16
**accidentally**
  49:7
**account**
  41:13
**accurate**
  40:20
**act**
  15:9
**activities**
  54:7,8 57:8
**activity**
  28:2
**actual**
  34:24
**add**
  43:13 72:21
  83:4 87:4
  88:3

added
  39:5 41:7
  42:17

addition
  11:17 70:25

additional
  71:13 88:3

address
  18:24 35:25
  61:19 62:21

advance
  17:3 86:25

affecting
  81:19

afraid
  82:3

agencies
  75:14

agenda
  87:1

agree
  18:22 25:14
  35:16 45:17
  51:20 53:23
  58:3 59:19
  65:25 66:22
  84:1 85:24

agreeable
  52:1 53:2

agreed
  10:20 12:25
  18:4,8,9
  34:14 35:7,13
  36:4,7 39:23
  43:8 52:10
  61:3 63:8
  88:7

agreeing
  51:19

agreement
  11:20,22
  12:21,23
  18:1,2 46:13
  52:6

ahead
  7:1 13:8
  29:24 37:7
  60:21 69:23
  70:7,9 71:5
  75:9 87:11

aimed
  35:25

albeit
  49:14

alongside
  76:6

amenable
  52:21

amend
  61:3

amended
  61:10,16

amount
  19:6 43:21
  52:12 58:7
  73:22

ample
  8:5

ancillary
  71:13

answers
  61:10 87:6,7

anticipation
  55:4

appearances
  26:16

appears

38:8

applicable
  49:5 53:11

apply
  53:24

applying
  39:16

April
  10:19 12:8

areas
  87:17

arguing
  84:25

argument
  84:21

arising
  56:7

arrangement
  18:20

articulated
  84:16

aspects
  34:22

assembled
  18:3

assessment
  53:18 54:6

assistance
  47:12 53:7

assisted
  18:12

assume
  21:3 46:11

assuming
  5:6 33:14
  43:22 50:5

assure

27:23

attached
  52:18 70:4

attempt
  8:15

attend
  26:20 72:22
  73:3,4,12
  76:11 77:4

attention
  17:24 36:15

attorneys
  55:3

August
  7:25

Avenue
  34:24

avoid
  57:13

aware
  79:5

Aystock
  6:12

_____

B

back
  28:8 35:5
  49:9 51:4
  59:2 61:1
  65:2 80:23
  82:3

bad
  20:21

ballpark
  89:10

barge
  15:22 33:12
  34:8

Judge Hope Thai Cannon
May 26, 2021

3

**barges**
14:25 15:16,
19 30:5
**Barr**
5:15,16 11:25
12:6,11 14:5
16:14,23
17:6,8 25:10,
15 27:25
28:19 29:12,
24 31:12,13
32:6 58:19,23
59:1 60:3,20
61:1,12,21
62:1,7,22
63:13 64:2,3,
8 65:12 66:20
67:12,15,23
68:3,7,9,11,
19,22,25
69:18 70:7,20
73:25 74:18,
24 75:1 76:2
79:22 82:18,
22 84:3,8
85:23 86:10,
14,16 89:23
**Barr's**
18:24
**Barrancas**
35:24
**based**
37:2 43:24
44:5 60:20
65:6 81:21
87:10,14
88:13
**basic**
21:1
**basis**

26:22 51:8
**Bates**
31:8 78:12
**Bay**
33:12 35:23
38:10 81:19
**beach**
74:9,10
**bear**
64:17
**began**
5:1
**begging**
16:8
**Beggs**
6:8
**begin**
22:20
**beginning**
41:1
**behalf**
5:8 6:8,12
7:3,8
**believes**
19:11 85:5
**benefit**
42:2 56:24
**big**
26:3,18
**bigger**
63:3,4
**biggest**
14:13
**billboards**
54:18
**Billhimer**
7:2 39:7,9,
22,25 42:11,

13,21,23
43:6,14,25
44:3,25 48:17
52:8,9,22,23
**bit**
8:2 28:25
60:2
**blind**
83:8
**blocking**
65:15
**board**
25:11
**bode**
54:24
**bound**
49:19
**Branning**
5:9,10 9:14,
15,25 10:1,17
11:9,13 12:3,
20 17:21
19:19 27:10,
14 48:8,10,
12,14,22
49:2,10 52:7
53:20 69:20
70:9,11,13
71:4,5,7,12,
21 72:7,13,16
73:16,24
80:4,5 89:25
90:1
**Branning's**
87:16
**bridge**
33:12 34:25
35:24 38:10
56:8 81:20

**briefly**
32:17
**briefs**
70:5 84:6
88:8
**bring**
47:13 66:11
**bringing**
36:14
**broad**
20:25 35:15
36:5,6 39:12,
17 41:5
**broader**
63:4 65:8
**broke**
34:10
**buoyed**
18:19
**burden**
85:13
**burdensome**
56:12
**business**
86:11

---
C
---

**calendars**
66:12
**call**
8:18 36:15
53:8 73:11
74:5 76:12,
19,24 77:4
**callback**
37:14
**calling**
68:14

Candidly
  53:19
care
  15:2 16:5
  89:15
carve-out
  53:9,22,23
case
  7:20 10:10
  13:13 19:4
  27:4 47:6
  81:21
case-by-case
  26:22
cases
  40:24
certify
  54:5,7
challenge
  58:8
challenges
  46:24 48:2
  52:14
chambers
  8:18 76:12
chance
  59:3 65:24
change
  52:24 61:13,
  14 62:3 67:3
  82:1
changed
  28:23 62:14
  84:18
characterizatio
n
  35:17
charge

29:16 78:18
chose
  47:7
chronology
  19:11
claimant
  48:20
claimant's
  5:18
claimants
  5:8 6:9,13
  9:16 27:5
  33:10,19 42:3
  54:20,22
  58:19 74:20
  79:10 85:18
  87:23
claimants'
  9:19 11:15
claiming
  52:16
clarifications
  77:7
clarify
  77:14 88:10
Clark
  7:2 55:12,20
  71:17,21
  76:25
claw
  49:9
clawback
  48:3 49:16
clawbacks
  46:23 48:13,
  15 49:6 52:1
clear
  7:13 33:7

43:1 47:2
62:22 70:15
88:25
CLERK
  81:3
clerks
  8:19
client
  54:3 55:6
  56:10 58:6
  78:2,19
clients
  55:2,16 73:18
close
  86:1,10 89:8
coded
  30:22 31:3
  36:21 50:10
coding
  50:7
collected
  13:4
collection
  13:5
Collier
  7:13 10:11,23
  19:21 20:12,
  25 21:4,7
  22:8 24:3
  79:8
Collier's
  5:5 13:20
  19:1 81:22
  84:22
comfortable
  26:11 80:16
comments
  77:6

commit
  66:19
commitment
  61:22 62:2
communication
  45:8 55:2
communications
  9:18 54:1,2
  55:6 56:9,17
  57:1 58:5
community
  15:1
Company
  6:19
complete
  14:15
completed
  22:13 78:7
completely
  35:21
complex
  40:24
comply
  9:21 72:16
compromise
  33:22 34:15
  57:7
conceptualize
  52:19
concern
  42:18
concluded
  90:3
conditions
  30:7 75:13
confer
  8:6,16

conference
  5:5 6:24 7:12
  8:7,20 9:11
  11:6 19:1,21
  20:14 25:1,
  11,20,25
  26:20,23
  59:21 66:5
  73:9,10 74:5
  76:23 79:8
  84:23 89:19
conferences
  7:23 23:23
  26:3
confidential
  46:6,10
confidentiality
  36:11 37:12
  39:19 46:12,
  23 51:11,13,
  14
confirm
  18:2 20:14
considerably
  72:25
constantly
  30:11
contact
  8:18 11:15
  78:18
contemplates
  32:25
contend
  37:24
continually
  57:9
conversations
  40:21

cooperation
  18:19 73:15
copy
  80:15 87:3
correct
  9:14 12:2
  29:12 30:13
  35:11 37:8,13
  42:12,21
  43:14 46:3
  48:16 52:2,23
  82:7
corrected
  80:15
correspondence
  55:11
cost
  27:3 74:13
counsel
  9:19 10:7
  11:15 12:7
  48:6 52:6,18
  53:23,24
  54:1,3 55:17
  56:2 77:1,8
  80:15
count
  82:24
counterproposal
  47:9
counting
  42:19
country
  38:11
couple
  64:18 79:17
  81:16
Court
  5:2,11,14,17,

23 6:1,4,10,
14,22 7:1,5,9
8:13,17 9:22,
24 10:3,9
11:12,20,24
12:1,4 14:3
16:2,10,20,24
17:7,18 19:17
21:18 22:8,
15,22 23:4,10
24:16,21,25
26:1 27:8,17,
22 28:18
29:23 30:24
31:13 32:8,19
33:14,17 35:6
36:3 37:1,11,
13,20,22
38:3,6,20
39:1,21,24
40:3,12 41:9,
20 42:8,11,
19,22 43:5,
12,20 44:2,5,
23 45:5
46:11,20
47:16,21
48:10,13,18
49:1,6,11,24
51:5,13 52:3,
22 53:4,12
54:12,23
55:9,19 56:3,
14,23 57:15
58:13,17
59:10 60:15
61:5,9,11,25
62:4,7,10
63:8,12,24
64:7,13 66:1,
11,22,25
67:14,20

68:2,4,8,10,
17,20,24 69:2
70:6,9,12,13
71:9,20 72:4,
9,13,15,19,24
73:1 74:1,8,
14,22,25
75:4,15,19
76:4,7,15
77:3,18,22,25
78:2,8,14,20
79:4,9,13,15,
18,24 80:4,7,
11,17,18,21
81:3,4,12,16
82:2,7,11,20
83:3 84:7,12
85:5,10
86:12,15,17
87:11 88:20,
25 89:2,9,12,
15,18 90:1
Court's
  9:22 16:9
  26:25 31:11
  48:23 72:17
courtroom
  24:7
courts
  8:10
critical
  13:12 14:12
crystal
  7:12
culled
  25:4
culling
  29:5
custodian
  33:15 39:5

43:15 45:2
87:8

**custodians**
13:10 33:18
40:14 42:15
43:13,22,24
44:15,20 88:3

**cut**
66:2

---

**D**

---

**D.C.**
25:24

**damages**
74:23

**data**
39:4,6 42:14
52:11,21
57:10 71:16

**database**
18:3,5 28:15
42:17 88:14

**dataset**
49:4,5

**date**
10:20 18:4
33:24 41:10,
15 49:3 54:7,
10 58:4 65:23
66:19

**dates**
69:9

**day**
24:15 26:24
39:5 53:24
69:16

**day-to-day**
56:1

**days**
10:25 19:5
48:4,7,8,20
49:3,7,13,16,
18 51:18,19,
20 52:1 79:22

**deadline**
10:24 69:10

**deadlines**
85:22

**deal**
38:13 60:22
72:3,4 75:24

**dealing**
59:6

**deals**
84:9

**decides**
16:2

**decision**
19:9 21:20
45:14 68:10
83:18

**decisions**
19:8 21:5,15
28:7 30:6

**defer**
27:14

**definition**
14:16

**definitive**
23:14

**delay**
47:4,15 57:23
88:21,24

**delaying**
16:12 36:18

**delays**

71:25

**dependent**
63:24

**depending**
26:17,22 73:5

**Depends**
24:16

**depose**
67:25

**deposition**
64:16 69:14

**depositions**
65:17 66:13
67:8

**designations**
46:23

**desire**
31:11

**destroyed**
34:10

**detail**
32:11

**detailed**
85:7

**determination**
20:15

**determine**
16:4 19:15
28:16 87:20

**determined**
28:5

**determines**
58:14

**dial**
25:23

**died**
54:22

**difference**
52:15

**difficult**
13:21 26:9
30:3 60:17
66:16

**direct**
14:21 29:22
78:18

**directly**
15:12

**disagree**
27:12

**disagreements**
10:15

**disconnect**
46:19 53:1

**discovery**
7:21 8:11,25
9:4,8,12,16
10:21 11:16
12:4 14:15
16:20 23:14
27:16 74:17,
20 75:12,22,
23 76:9 78:16

**discuss**
47:18 86:25

**discussing**
23:17 26:23

**discussion**
57:11 59:8
60:9,13,24
87:4,11

**discussions**
66:6 70:15
72:12

**dismiss**
22:4

dispute
8:25 14:13

disputed
60:20

disputes
8:11 49:22

District
47:1

document
12:14 13:13,
17 29:9 35:4,
17 40:24
42:20 49:7,8
59:11 70:17
71:23 77:7

documents
13:1,4,5
14:20 16:12,
16 17:15,17
18:6,12,17,
18,22 19:14
20:3 21:23,24
22:1,22 23:1,
3,6,12,21
24:1,11,13,
16,22 25:3,6,
8 28:22 31:3,
15,20,21
32:1,18,20,
21,25 33:8
34:2,7,12,16,
18 35:9,10
36:1,8,19,20
37:3,6,7
38:12,17
39:2,13,18
40:18 41:4,7,
15,16,24
42:4,20
44:10,12,14,
19,20 45:20,

22,24 46:3,6,
7,12 48:19
50:7,18,24
51:2,25 56:11
58:2 59:12
63:1,10 68:1
69:13,16,22
70:22,23
71:2,11,14,19
73:17,20
77:9,11,15,
20,23 78:9,
11,21,24
79:1,2,5,6,
10,21 80:21,
22 82:16
87:15,17,21
88:11 89:7

draft
65:19

drafted
69:1

drilled
48:23

drop-down
50:12

due
9:17 12:5,9
23:13 30:18

dying
54:20

--- E ---

earlier
53:20

ECF
86:13

efficiently
9:4

electronic
12:24 21:25
22:12 23:14
28:15 77:15
78:16

electronically
32:18

Elizabeth
7:2 52:7

email
52:16,17,18
59:2 61:24
81:5 83:13
87:2,5

emailed
80:19

emailing
81:8,9

emails
17:9 27:19
35:20 38:18
44:14 50:9
55:11 56:25
65:13

employees
67:16

end
36:18 58:2
67:4 69:13
75:20 85:8

ended
89:8

enter
87:12

entered
7:13 57:17,
19,22

entire
41:23 43:2

entitled
15:7

entry
57:12

ESI
12:23 27:18,
21 32:7,15,25
40:1 43:9
62:23,25
70:19,25
71:1,17
77:12,13,17
79:19 87:18,
22

estimates
88:13

event
15:20,21
38:16

events
14:24 15:5,
11,24 16:4
20:5 28:9
29:7,15 30:4
63:14 85:3,8,
12

Excel
50:6,11

excellent
76:5

exchanged
65:13

excited
76:6

excuses
10:3

exists
13:15

expand
    64:10

expect
    8:16  21:25
    56:10  57:20
    77:14

expectation
    70:17

expedite
    31:7,9

expedited
    18:17

experiences
    26:9

explanation
    85:7

extent
    60:4,6

extra
    27:1  75:25

extrapolate
    28:8

_____

**F**

facilitate
    57:11  65:9

fact
    15:12  34:20
    62:18

failure
    9:21  17:22

fair
    17:21  80:7

faith
    9:3

fall
    44:15

family
    35:21

fantastic
    30:19

fast-
approaching
    47:25

fault
    72:1

federal
    74:12  75:13

feel
    26:7  45:10
    54:10  64:16
    72:9  76:10

feelings
    81:18

felt
    18:13  28:4

figure
    11:5  28:25

filed
    54:17

final
    39:25  77:6
    80:9

finally
    18:9

financial
    46:6

find
    13:2  15:8
    18:5  25:8
    31:4  50:2

fine
    15:22  27:17
    57:25  61:20
    64:24  73:3

84:7,13  85:16
86:13  88:20

finer
    61:21

finish
    23:1

firm
    55:12,13,24
    71:22  87:20

firms
    55:22

five-year
    19:14

flesh
    68:15

Florida's
    47:1

flowing
    16:7  30:17

fly
    25:24  26:13

focus
    31:17  33:20

focused
    36:5  60:23

FOIA
    12:17  79:20,
    21  80:1,2,5

folks
    6:5  11:2
    55:20  57:21
    67:21  68:4
    76:25  89:19

folks'
    56:24

follow
    11:7

foreshadowed
    19:20,25

forget
    40:12

forward
    7:16  20:18
    54:21  64:15

found
    52:12

frame
    8:4  9:5  44:22

framed
    64:4

free
    34:10

frequently
    23:2

Friday
    60:11,24
    61:10  84:6
    86:11  88:9

front
    10:12  75:6
    78:19

fruitful
    60:13

frustrated
    13:19

frustration
    12:13

full
    9:20  15:14
    17:21  34:13

fully
    25:10

Fulton
    38:9

**Fulton's**
38:12,17

---

**G**

**gather**
69:22

**gave**
89:6

**GC**
55:14

**Geisler**
5:12,13
46:15,17,21
47:19,23 48:9
49:13 51:21
52:2,4,9
53:6,14
55:16,22
56:22 57:3
58:12,16 76:4
80:23 87:9

**Geisler's**
51:25

**general**
82:13,22
85:14

**generally**
32:13 85:15

**gentle**
81:23

**Gill**
6:18,23,25
81:13,14
82:14 83:22,
24

**give**
7:23 11:7
70:1 80:23
81:1 83:15,18

**giving**
81:17

**GONZALES**
6:7

**Gonzalez**
6:8 12:10

**good**
5:2 9:3 11:9
56:24 86:22

**government**
74:15 75:24

**great**
9:24 70:8
80:22

**group**
39:18 71:1

**guess**
5:4 16:21
32:12 42:16
50:22 51:16
60:4 65:16
67:7 74:15

**guessing**
21:19

**guidance**
81:17

**Guntner**
6:11 12:21
32:9,22
33:16,18
36:4,7 37:16
40:10,13,16
41:11,21
42:10,24
43:21 44:6,
17,18 45:19
46:8,15 62:24
63:11,21 74:1
76:1 77:5,6,

19,21 79:14,
16,19,25
80:8,12,20
81:7,11 83:12
87:5 88:1
89:11,13

**Guntner's**
35:17

**guy**
27:18,21

**guys**
7:11,23 8:4,9
9:7 19:24
21:10 49:11
50:3 72:6,11
73:14,18,22
83:15 90:2

---

**H**

**hall**
54:18

**handed**
16:25

**handful**
17:9

**handing**
14:3

**handled**
30:5

**handles**
56:2

**handling**
11:14

**hands**
21:17

**happen**
8:23 26:15

**happened**

15:21,23
19:11,15
30:25 60:21

**happy**
32:9 83:15

**hard**
13:2 30:8
31:19 80:15
87:17

**hard-copy**
77:11 80:12,
22

**hate**
83:21

**he'll**
71:4

**head**
10:9 11:3

**hear**
42:11 71:4
72:24 73:21

**heard**
11:11 59:7
72:13 84:21

**hearing**
5:5 19:17
20:2,23 21:23
23:19 30:24
61:15 82:10
90:3

**heartburn**
22:7,9

**heavily**
72:10

**held**
5:6 35:5

**helped**
15:2

helpful
  27:2 52:13
  57:4 69:19
  72:21 88:12
  89:1
helps
  52:19
hey
  87:3
highlights
  80:24
history
  81:21
hit
  34:8,9 36:2,9
  39:13
hits
  35:18
hitting
  34:16 40:18
  41:16,24 42:5
  53:17
hold
  34:19 57:21
  58:11
holding
  17:17 87:20
holdup
  34:1 57:14
home
  47:13
honest
  10:17
honestly
  69:11
Honor
  5:10,13,16,21
  6:3,7 9:15,20

10:1 11:10,25
12:3,12 16:23
17:6,25 21:14
22:14 23:9
25:9,10
27:14,24
29:12 30:14,
15 31:2 35:13
36:22 37:16
38:8,24 39:9
40:9,10,16
41:11,19
42:13,21,24
43:6 44:18
46:17 47:2,20
48:8,12,22
49:10,23
50:21 51:12
52:2 53:16
54:15 55:1
56:13 58:16
59:7 60:6
62:9 63:11,21
65:12 69:18
71:16 72:14,
21 73:24,25
74:18 77:24
79:12,14
80:6,8 81:11
84:4 85:2
89:4
Honor's
  47:12 53:7
hope
  22:24 40:8
  68:19
hoped
  78:6 79:3
hopeful
  30:15

hoping
  16:6 51:7
  68:17
house
  26:11
housekeeping
  7:15
Houston
  55:13,21
  72:24
hundred
  64:20
hurdle
  59:5
hurricane
  13:13 14:21,
  25 15:3,4
  16:17 22:2
  28:6,11 29:22
  30:13 33:2
  35:24 70:21
  71:7,10
hurricanes
  19:24

_____

              I

idea
  55:5 67:1
  69:6
identified
  13:2 30:22
  31:3 67:24
  68:5 69:23
  78:1,21,22
  79:6 85:3
  87:21
identify
  31:9 48:13,15
  58:20 78:3,9,

10 79:4 83:12
identifying
  32:21,23
  77:20,22
  78:12,15
  85:12 86:5
imagine
  30:3,8 75:8
immediately
  54:24
impact
  82:12 86:7
impacted
  85:4
impacting
  64:12
impacts
  60:7
important
  28:1
impression
  84:24
improperly
  36:21
in-person
  25:20
incident
  56:8
include
  52:10
included
  80:3
including
  44:14 47:2
  52:21 53:3
  54:3
inconsistent
  40:21

incorporates
    46:22

increasingly
    13:18

indicating
    20:17

individual's
    38:8

information
    12:24 13:11
    14:20 16:7
    18:14 19:7
    20:16 21:2,9,
    12,14,16
    29:19,20,22
    30:10,17
    43:11,19 44:1
    45:1,9,11,16
    53:3 58:7
    61:8 66:20
    73:7 85:14,15
    88:22,24 89:1

ingesting
    42:14

initial
    26:6 64:25
    67:12,15 75:7
    84:20,23

initially
    33:10,19

instance
    35:19 38:7

instances
    85:25

intent
    26:25 27:1

interests
    33:22 34:15

interject
    59:23

interrogatories
    10:8 12:7
    13:24 29:14
    82:20 84:11
    86:6 87:6

interrogatory
    15:13,14,17,
    18 21:6,20
    61:3,17 62:13
    83:1

intervening
    9:18

intervention
    16:9

invading
    58:9

investigation
    53:18 54:6

investigations
    53:21

involved
    8:10 38:9,11
    55:25 66:13
    71:21 72:10
    73:6

involving
    40:24 80:14

irrelevant
    36:21

issue
    8:8,12 10:21
    16:2,11 17:5
    19:20 23:15
    27:3,24 28:1,
    20 30:16
    36:17 42:6
    45:8 52:3

59:6,17
    62:23,25
    64:4,12 68:16
    76:8,9 82:19
    83:6 84:8
    86:7,8,20

issued
    9:13 22:3
    74:15,16,17
    75:15

issues
    7:21,24 8:22
    10:6 11:2,5
    14:8,9,12
    19:23 22:20
    32:12 47:11,
    17,22 49:25
    57:13 58:10
    62:17 64:11
    69:4

issuing
    83:7

item
    53:8

items
    52:10

**J**

Jeff
    6:18

Jeffrey
    81:14

Jeremy
    52:6

job
    76:6

Judge
    5:5 7:13
    10:11,23

13:19 17:19
    18:25 19:21
    20:12,25
    21:4,7 22:8
    24:3,19 47:7
    61:1 79:7,8
    81:22 82:4,14
    84:22

judges
    47:1

July
    7:25 65:16

June
    7:25 65:16,23
    66:19 69:9

justify
    15:16,19

**K**

Kelly
    5:20,21,24
    6:3 21:3
    72:23 74:2,3,
    9,10,14
    75:12,22
    76:3,5,12,24
    77:2 89:20

Keri
    81:1

kind
    7:14 19:19
    26:21 28:24
    31:14 39:16
    46:18 48:4
    50:12 54:4
    56:4 68:15
    80:13 85:24

knowing
    29:5 44:10

**knowledge**
20:8

**Kreis**
6:12

---

**L**

**labeling**
67:19

**lack**
54:24 57:6,14
81:23

**laid**
17:10 87:1

**Lane**
6:8

**large**
35:22 50:9,24
73:23

**larger**
37:2,23

**late**
65:16

**latest**
39:8

**law**
8:19

**lawsuit**
54:17

**lawyers**
5:4,7 11:17
30:21 31:22
54:21

**leadership**
28:6,10,23
55:14 68:6
84:18

**learn**
29:25 30:1

**leave**
24:7

**left**
47:11 65:4
88:6 89:17

**letter**
58:23 59:1,3
61:1,14 84:6

**letters**
64:1

**light**
46:25 64:11

**limited**
18:16 19:6
37:18 39:19
70:18 74:21

**limited-**
**privilege**
22:20

**limiting**
52:14

**lines**
64:24 65:5
79:19

**list**
19:8 21:19
33:15,25
35:14,15,22
40:13,14
43:15 66:20,
23 67:2,11,20
68:4,21 69:5
80:12 87:8

**listened**
5:4

**listening**
20:13 84:22

**lists**
39:6 67:5

**litigation**
33:2 36:16
38:19 48:5
52:13 53:13,
14 54:16,19
55:4 56:2,7

**Liz**
52:8,9

**loaded**
65:17

**located**
21:24 71:2,3

**locations**
22:1

**log**
46:3 48:2,15,
21 49:4 50:5,
13 53:9,10,25
54:2 55:6,15,
18 56:18
58:3,7,13

**logged**
52:11

**logging**
51:15 54:12

**logistical**
50:22

**logs**
46:14 48:11

**long**
11:16 12:1
40:6 65:10

**longer**
53:10 54:6

**looked**
43:15

**lose**
69:17

**lot**
5:3 27:19
53:17 54:12
56:16 61:23
71:18 74:13
82:17

**love**
8:10

---

**M**

**made**
8:15 10:4
19:7 20:15
21:5,15 30:6,
7 38:19 52:15
70:14 79:21
80:1,5 82:23
84:21

**major**
59:5

**majority**
71:16

**make**
11:5 23:25
33:7 45:14
50:20 60:16
61:8 62:22
69:9 72:17
81:1 83:18
85:18 87:2

**makers**
19:9 21:21
68:10

**makes**
50:21

**making**
28:7 47:2
69:14 82:8

manual
  18:16
manually
  34:12
March
  23:17
marking
  51:6 79:2
markings
  80:24
material
  12:16,17 14:7
materials
  32:14,24
matters
  27:16
meant
  53:2
meantime
  36:12
meet
  8:5,16 13:19
meeting
  10:19 22:18
  85:22
meetings
  54:18
members
  35:21
memo
  83:16
Memorial
  24:15
mentioned
  21:4 24:3
  32:17 63:13
  70:20 79:23

menu
  50:12
met
  30:10
meta
  52:11,21
methodology
  18:9,10
metrics
  40:11,17 41:1
  43:4
mind
  14:3 62:14
  79:16 80:18
  81:9
miscommunicatio
n
  63:5
misrepresent
  11:19
mix
  48:4
mixed
  72:7
moment
  63:9
Monday
  24:13,15
money
  74:13
month
  8:24 33:20
  41:23 43:2
months
  8:2,24 9:2
  13:17 30:10
  64:18
moon

20:20
morning
  5:2 18:8 36:8
  39:23 43:8
motion
  22:4
move
  9:4 64:15
moved
  60:13
moving
  18:23 39:4
  40:23 41:6

_____

**N**
_____

nailed
  89:23
names
  21:15 35:19,
  20
narrow
  30:1 33:24,25
  34:17 36:1
  64:12 67:18
  86:1
narrowed
  33:22 45:4
narrowing
  39:17
necessarily
  35:16 38:18
  51:18 63:17
needle
  60:13
negligence
  75:6,8
negligent
  15:10 20:9,10

negotiation
  32:17
negotiations
  34:5
niche
  80:13
Nicole
  6:11
night
  47:9 59:2
  61:1
nonresponsive
  36:22
Northern
  47:1
notes
  89:24
notice
  7:11
number
  14:6 15:17,18
  24:18 31:8
  32:13 43:1,22
  44:19,20,23
  45:19,21,23,
  24 52:10,14,
  25 73:11 74:5
  76:13,15
  78:12 82:25
  88:5,18
numbers
  33:12 34:9
  39:8 43:16
  88:1,11,18
  89:3,19
numerous
  41:2

**O**

object
  17:14 19:13
  82:4
objected
  17:16 82:15,
  21
objecting
  49:12 62:12
objection
  29:18 82:13,
  22,23 83:1
objections
  17:4,11 24:5
  27:10,12
  31:25 58:18,
  21 60:18 61:2
  63:25 81:25
  82:1
obligation
  49:17,19
  53:10
obligations
  46:22 48:1,3
obtained
  79:21
occasions
  41:3
offer
  10:2
ointment
  26:13
one-page
  52:17
one-week
  19:15
ongoing

  54:7,9
open
  10:6
operate
  21:11
operating
  74:19
opinion
  19:3
opportunity
  7:24 8:5,21
  17:1 69:3
  83:16 84:15
optimistic
  49:25
order
  7:13 9:6,7,22
  11:7 12:23
  17:24 23:25
  32:15,25
  46:12,21
  47:5,7,22
  57:12,14,21,
  22,23 58:15
  72:17 79:20
  81:24 83:6,8,
  18,25 84:2
  86:20 87:10
orderly
  65:10
Orleans
  55:13,21
  72:23
outstanding
  9:8 49:21
overbroad
  29:18
Overholtz
  6:12

overly
  49:24
overpass
  34:24
overruling
  81:25
overwhelming
  85:20
Oyster
  6:19 81:15

**P**

pages
  52:12,25 80:1
parameters
  16:3
part
  28:18,20 34:1
parties
  14:14 20:17
  46:19
Partington
  7:3 55:12,20
  71:18,21
  76:25 89:19
party
  19:4
party's
  10:19
passed
  9:2 74:5
past
  14:11 16:1
  29:7
path
  23:14
pathway
  22:11

paying
  17:23
Pennsylvania
  38:13
Pensacola
  33:12 35:23
  38:10 74:7
people
  21:15 24:21,
  24 25:21
  26:4,9 29:14,
  16 35:20 38:2
  40:6 61:8
  72:22,23
people's
  65:15
perfect
  25:25 66:10
  88:16
performed
  38:23,25
period
  19:14,15
  36:24 43:24
person
  26:21 28:12
  55:14 67:4
  69:8 73:3,8
  74:6 76:10
personal
  38:17
personally
  19:2 41:2
pertain
  82:19
petitioner
  7:8
phone
  26:10 76:18

77:4

**photos**
70:3,4  71:13

**physical**
71:18

**picked**
33:15

**picking**
52:13

**place**
21:24  24:9
27:11  30:5
71:1,3

**plan**
5:22  6:19
7:17  13:14
22:3  24:17,23
28:6  30:4
33:3  40:1
63:18  70:21
71:8,10

**planning**
5:19  10:19

**plans**
15:4,5  28:11
35:8

**plate**
83:4

**player**
26:18

**point**
12:15  13:1
15:24  16:6,9,
19  18:24
27:15  32:2
56:4  61:21
67:24  73:5
74:18  75:3
84:25

**points**
52:5  79:17

**populated**
43:17,18  45:2

**position**
14:19,23
29:10  34:15
35:1  47:4
62:3  82:7
83:17  85:1

**positions**
21:16  86:5

**postlandfall**
34:21

**potential**
19:23,24
81:19

**potentially**
43:23

**practical**
55:7

**practice**
50:10

**prefer**
88:15,17
89:13

**preference**
60:1

**preliminary**
39:10

**preparation**
14:21

**prepare**
83:25

**prepared**
46:18  63:21

**preparedness**
13:14  15:4,5

22:3  33:3

**preparing**
54:19

**preprocessing**
42:16

**present**
46:18  47:16

**presumption**
21:11

**pretty**
5:6  68:25
74:19  89:8

**prevent**
84:25

**preventing**
14:15  64:5

**previous**
40:21

**previously**
41:22  45:7

**primary**
18:17

**prior**
28:2  63:14

**priorities**
32:11

**prioritize**
31:14  32:5
33:21  36:11

**priority**
63:10

**private**
50:10

**privilege**
36:10  37:10,
11  39:19  40:5
46:3,14  48:2,
11,14,21

49:4,21,25
50:13,19
51:6,10,12
52:16  53:9,10
58:10

**privilege-log**
46:22  48:2

**privileged**
50:11,12  57:2

**problem**
11:4  23:10
28:18

**problems**
17:12  50:1

**procedure**
18:15

**proceed**
7:16

**proceedings**
5:1

**process**
12:25  29:17
31:1  32:10
39:15,17
43:16  78:5

**prodding**
81:23

**produce**
13:8  14:7
18:11  21:12
23:3,7  24:17
29:6  31:20
37:7  40:5
48:11,14
49:2,4,7
51:14  65:6
70:22  71:11,
19  73:19
78:23  82:16,

17 87:14,16

**produced**
10:15,16
11:23,24
12:15,16
13:14 16:13
21:14,22
22:10,23
23:12,21 24:1
25:3 29:8
30:23 31:21
33:3,4 34:2
49:9 73:22
77:10,13,17
79:3,22 80:2

**produces**
48:19

**producing**
24:13 29:4,
22,25 35:10

**production**
9:23 10:5
11:13,21,22
12:7 14:6
17:13 22:25
24:10 32:13
35:4 36:19
38:5,15 40:25
48:21 49:21
50:15 51:3,9
54:25 57:20,
24 59:11
62:13 63:20
64:24 65:1
70:17,24,25
71:23 73:15
77:7 78:6
82:15 83:2
85:13,19 86:6

**productions**
13:23 42:7

50:1 70:2
84:10

**productive**
25:18

**program**
32:7

**progress**
59:14

**project**
19:14 33:11
34:22 35:25
38:10,13
41:10 85:4

**project-related**
44:14

**project-specific**
34:8 36:1,9
37:5 40:15
45:25 50:18
87:15

**projects**
19:9 35:22
38:11

**promise**
31:4 61:9

**proposal**
48:7 53:22
54:5

**propose**
46:25 47:13,
25 49:13

**proposed**
33:10,19
83:25 84:2

**proposing**
47:5 48:1

**protective**
46:21 47:5,7,

22 57:12,14,
20,21,23
58:15 87:10

**protocol**
70:19 77:12,
17

**prove**
15:8

**proves**
15:24

**provide**
9:7 22:7
35:14 41:3,17
43:7,11,19,21
44:25 45:2,9,
12 48:21 49:4
61:16 77:1
87:10,25
88:18,21 89:1

**provided**
12:2 19:8
21:19 45:7,17
87:23 88:13

**providing**
18:12 19:13
45:16 48:1
60:11

**pulled**
30:21

**pulling**
29:5 32:18

**purpose**
7:22 8:6

**push**
39:20 69:12

**pushing**
31:19

**put**
15:16,19,21,

23 20:20 31:8
47:4 56:20
58:6 61:21
65:5 67:2,3
69:7

**putting**
67:4

_____

**Q**

**queries**
87:14

**querying**
28:15

**question**
21:20 28:13
48:24 60:5
83:17 84:9

**question-specific**
59:16

**questions**
21:6

**quicker**
60:2

**quickly**
18:18,23
31:23 37:21

_____

**R**

**raise**
7:24 8:12,22
31:24 45:13

**raised**
8:25 12:8
19:19 27:25
40:11 58:22

**ran**
89:5

**range**
18:4 33:24
41:15 45:22
77:16 89:7

**reached**
22:11 54:10

**read**
19:1 86:18

**ready**
47:16 63:23
67:8 69:14
71:11

**reason**
16:16 23:22
28:4 45:8,12
47:15 50:17
57:4,22 71:25

**reasonable**
55:7

**reasons**
68:13

**rebuilding**
53:18

**received**
12:17

**receiving**
42:6

**record**
33:7

**records**
32:4

**reduce**
14:6

**referenced**
34:20

**refused**
41:17

**regard**

81:17

**relate**
14:20

**related**
34:22

**relates**
83:7

**released**
14:25

**relevance**
16:3 18:25
27:25 34:2,4,
13 38:3 59:6
81:18 82:19
84:9

**relevancy**
83:17

**relevant**
14:12,17,20
15:1,6,12,15,
25 16:17
18:5,13 20:1,
6,7,16 21:9
28:3,5 29:1
30:8,12 33:1,
11 34:21,23
35:3,18
36:16,23
37:24 38:18
84:17,24
85:6,15

**remainder**
36:13

**remind**
76:13

**Remington**
7:6,7 11:14
17:18,19
21:13 22:14,

17,24 23:4,8
24:14,18,23
25:9,12,14
27:6,7,15,18,
21,23 31:1,2
32:16 35:6,12
37:8,9,12,17,
21 38:1,4,7,
21,24 39:3
40:8 46:4,5
48:19 50:3,21
51:11 54:14,
15,23 55:1,
10,24 56:13
58:24,25
60:5,16,25
61:6 62:5,6,9
64:1 65:12,
20,25 66:2,
10,17,18,24
69:2,20 70:16
72:20 75:10,
11,17 77:23,
24 78:4,10,17
79:7,12 84:4,
16 85:2
87:13,19
88:10,23
89:4,10

**Remington's**
56:4

**REMINGTONI**
78:25

**remotely**
72:22

**report**
45:3

**repository**
21:25 22:12
25:7

**represent**
6:18 70:11
81:14

**represented**
41:22

**representing**
11:17

**represents**
43:2 75:14

**request**
9:22 10:5
11:13,21,22
12:6,17 13:23
17:12 20:22,
24 30:1 38:5
45:11 49:3
62:13 82:11,
12,13 83:2,6,
9,13,21

**request-for-
production-
specific**
59:17

**requested**
22:6

**requests**
9:8 11:16
14:6 38:15,19
70:2 79:20,22
80:1,2,6 81:9
82:14,18
84:10 86:6
87:6

**require**
13:9 77:12
79:20

**required**
17:14 32:14

**requiring**

36:19 58:3

**research**
28:14

**resolution**
23:18

**resolve**
27:9 59:15,24

**resolved**
7:21 8:16
10:7 11:2
23:16 52:3
53:5,6 62:18
64:1

**respect**
27:24 33:6
88:11

**respond**
61:22 62:2,3,
12 65:24

**responded**
20:4 77:10

**responding**
75:21

**response**
14:24 15:5,11
19:22 21:19
22:4 30:11
42:12 59:3
60:12 62:11
81:22,23

**responses**
9:17,23 10:6
12:2,5,9
14:15 15:13,
14,15 16:21,
22 17:10,13
23:11,13
29:15 30:4
58:18 60:7,8

61:4,17 81:9
82:2

**responsibilities**
68:15

**responsibility**
9:21 10:3
17:22,23
74:11

**responsible**
55:8

**responsive**
13:6 14:7
17:15,17 18:6
23:6 25:7
32:14,19,24
33:1 34:18
35:4 36:15,23
38:15,19
43:23 69:23
77:9,13,15
78:15 87:22

**responsiveness**
34:3,4,13
36:13 38:4

**rest**
49:18

**result**
44:11 61:15

**resulted**
25:5 35:9
39:2

**results**
45:24 65:4

**review**
18:11,16,17
22:19,21
24:12 31:24
34:7,12 35:8

36:10,12,20
37:18 38:2
39:20 40:6
50:4 51:4,9
72:5

**reviewed**
36:21 37:3
50:9

**reviewers**
22:19

**reviewing**
24:11,22,24
50:7,17,24
51:5,7,24

**revised**
15:4 48:3

**road**
29:2

**rocket**
56:6

**Rodgers'**
47:7

**role**
68:12 76:20

**roles**
65:22 67:17
68:14

**rolling**
22:25 24:10
51:2 70:24

**room**
24:5

**roughly**
39:13

**rules**
7:15 17:14

**ruling**
36:22 82:5,6,

8 86:8

**run**
18:4,10 27:3
35:23 44:21
50:13 61:7
63:6 88:16,18
89:14

**running**
13:9 22:16,17
43:10 88:13

————————

**S**

**Sally**
14:21,25
16:17 29:19,
22 30:13
35:24

**schedule**
26:1 66:14

**schedules**
64:16 65:15

**science**
56:6

**Scott**
7:7

**search**
12:24 13:9
18:8,10,12
22:12,13,15
23:5 25:5
33:6,10,17,18
34:16 35:2,7,
10,14,18
36:5,6 37:2,5
38:23,25
39:10 40:13,
15,19 41:13,
17,25 42:5
43:3 44:13,21

45:20,25
62:25 64:8,10
65:8 70:18
80:10 87:7,
14,15

**search-term**
32:17 64:3

**searches**
18:5 22:16,18
43:10 63:6
88:14

**secret**
46:6

**seek**
57:12

**seeking**
21:2

**send**
9:22 35:20
37:18 40:13
62:16 73:10
76:15,23
83:13,16,25
84:6 89:18

**sending**
14:1

**sense**
50:20,21
60:16

**separately**
32:16

**September**
13:3 14:22
18:6,7 19:5
20:18 33:20,
21,23 34:17
35:2 36:24
41:4,23 44:16
49:22 53:17,

25 54:10
55:15,17,18
63:2 75:7
77:16 88:2

**served**
9:16,18 12:6,
8

**set**
7:12 8:20
10:11 15:2,15
23:19 25:1
36:6 37:2,23
39:12 48:5,19
50:18 51:24
66:5 71:10
78:16 80:3

**setting**
8:1 86:20

**severe**
19:23

**shake**
10:9

**shaking**
11:3

**short**
7:11 9:5 23:5

**shred**
21:23 29:9

**side**
5:18 28:14,21
31:10,22
45:11 54:13
87:3

**sign**
47:14

**signing**
54:21

**simply**
47:24

**single**
12:14 13:17
21:22 28:12

**sit**
32:1

**sitting**
12:13 13:16

**situation**
20:11,21
45:15 53:15
54:16

**situations**
26:5 28:17

**Skanska**
5:8 7:3,8
9:16 11:18
13:4 14:18
15:9 18:11
19:11,22
20:4,10 23:6
28:16 33:1
34:5,20 36:10
40:17 41:2,17
55:14 63:23
80:16 81:17,
24 84:1,14

**Skanska's**
56:1 77:8

**small**
75:2

**smaller**
37:4

**somebody's**
45:15

**sort**
19:24 32:10,
18 56:1 63:9
68:5 83:8
84:16 85:17

87:1

**sound**
44:7 63:16

**sounds**
27:11 51:25
53:4 57:15,24
58:15 59:22
75:23 86:21
87:9

**speak**
5:19 6:9
16:14 28:19
40:10 46:16
89:11

**speaking**
5:7,22 6:13,
20 7:4

**specific**
20:5 38:3
48:24 76:9
82:12,23,25

**specifically**
20:4 86:25

**spend**
7:19 27:1

**spent**
7:20

**spoken**
5:20 30:16
82:20

**spreadsheet**
50:6

**spreadsheets**
50:11

**squashes**
85:21

**staff**
88:13

stamp
  51:14

stamped
  46:9

stand
  6:15

standard
  15:2 16:5

standing
  6:5 27:8

standpoint
  40:25 50:23

standstill
  16:8

stars
  20:20

start
  9:24 16:7
  24:10,11,13
  29:3,24 30:16
  31:18 38:2
  65:15 74:13
  75:20 85:6

started
  22:15,16,17
  23:17 54:17,
  19,20

starting
  59:12 67:10

starts
  53:13,14

stated
  53:20

States
  6:2

status
  5:5 6:24
  7:12,23 8:6,

19 9:11 11:6,
20 19:1,21
20:13 23:23
25:1,11
26:19,23
59:20 66:5
76:23 84:22

status-by-
status
  73:9

step
  56:15

stickler
  26:4

stone
  30:11

stopping
  16:12

stops
  29:21

storm
  19:12 28:2
  53:16,24 54:9
  55:3

storms
  28:4 81:19

streamline
  8:7

stuff
  30:18,20 75:2
  80:25 83:4,5

subject
  42:14 57:20

submit
  57:16 86:3,12
  88:8

subset
  34:7 36:8

sufficient
  61:18

suggest
  59:10 81:24
  83:24 84:5

suggested
  18:15 82:2,18

sun
  20:19

supervisors
  19:9

supposed
  81:2

surprised
  22:6

— T —

tacks
  40:1

takeaway
  21:7

takes
  24:4 89:15

taking
  41:12 65:10

talk
  12:22 13:23,
  24 16:4 32:9
  56:12 62:24
  63:19,22,23
  67:8 69:3
  84:4 85:23

talked
  22:24 25:12
  48:6 58:20
  89:21

talking
  12:20 33:8,

24,25 34:3
55:9,10 56:15
63:1 69:8
72:6 78:11,13

Tallahassee
  55:25

target
  39:4 40:23
  41:6

taxpayers
  74:13

team
  22:19 24:12
  28:7 29:4
  35:8 50:4,24
  51:25 60:20
  68:8 72:5,8
  78:17 87:13

teams
  28:10

telephone
  73:4 76:11
  89:18

telephonic
  26:2,16

telling
  11:1 23:5
  82:6 84:20

temporary
  31:8

tendering
  80:16

term
  25:5 36:5
  37:5 62:25

terms
  12:25 13:10
  16:11 18:8,
  10,13 25:4

Judge Hope Thai Cannon
May 26, 2021

21

33:6,11,17,
18,25 34:8,
10,16 35:3,7,
10,14,15,18,
23 36:2,6,9
37:3 39:12,17
40:14,15,19
41:13,17,25
42:5,12 43:3
44:5,12,13,21
45:20,25
49:12 63:9
64:9,10,15,24
65:8 69:13,17
71:22 73:14
75:22 78:21
80:10 83:12
85:22 87:1,7,
15,21

**thing**
9:10 11:20
14:19 30:12
43:9 46:2
56:19 62:22
65:9 80:9

**thing's**
11:24

**things**
13:22 25:17
26:19 33:12
38:9 53:18
61:23 64:13
69:19 70:3,4
72:2,25 75:5
81:16 86:24

**this--**
68:24

**Thomas**
6:7

**thought**

9:11 18:1
27:17 78:22

**three-and-a-**
**half**
8:2

**Thursday**
12:10,11
16:21 60:24

**ticks**
40:1

**tie**
47:25

**till**
23:1 61:6
69:24

**time**
7:18,19,22
8:3 9:5 11:6
13:20 16:6
19:16 24:9
25:18,19 27:1
36:24 43:24
44:22 45:22
49:8 53:9
56:19,20,24
64:24 65:5
76:11 86:1,
22,23 89:5

**title**
68:13

**titles**
19:10

**today**
22:18 33:4
39:22 48:6
54:3 55:6
57:5 58:5,19
60:14,21
68:23 71:8
78:6 79:3

82:8,9 84:5
87:11

**today's**
61:15

**told**
10:23 19:13
72:2 88:15

**tolerance**
47:3

**tolerate**
10:13

**Tom**
38:9,12,17

**tomorrow**
60:11 61:10
63:22

**topics**
66:23 67:3,
11,18 68:21
69:5,7

**total**
41:3,5,7,9,
14,16 42:3,5
44:19 88:1

**town**
25:22 54:18

**trade**
46:6

**train**
22:19

**trained**
38:2

**transcript**
19:2

**travel**
26:5

**trial**
8:1 13:17

20:18 47:25
49:22

**trips**
74:12

**tropical**
28:9,17 30:4
34:11 85:3

**Tuesday**
24:14,17,25
30:18 31:15
40:5 48:18
50:25 51:2,9
59:13,18
61:7,17 62:16
65:1 69:25
73:20 79:10
80:3 85:9
87:24

**turned**
47:9

**two-step**
39:16

**type**
21:12 70:3

**types**
70:4

**typical**
8:3 56:1

**typically**
40:23 57:18

---

U

---

**Uh-huh**
89:12

**understand**
5:3 26:4
30:23 48:6
62:4 65:14,21
67:16,18 78:5

**understanding**
  23:20  35:12
  40:22  41:6
  43:1  52:20
  71:15  74:20
**Understood**
  10:1  55:1
**undue**
  47:3
**unique**
  53:15  54:16
**unit**
  75:7
**United**
  6:2
**universe**
  33:8  39:11
  41:3,5,8,9,
  14,16  42:3,5
  79:1  88:1
**unusual**
  47:4
**update**
  45:1  60:8
**updated**
  45:2
**urge**
  73:16

---

  **V**

**vast**
  71:16
**vendor**
  43:9  88:17,19
  89:3,14
**versus**
  52:16  71:22
  80:14

**videos**
  70:3
**view**
  14:16  20:24
**Vincent**
  81:22
**Virginia**
  38:13
**virtually**
  25:23

---

  **W**

**wait**
  8:12  10:25
  69:24
**waiting**
  22:25  23:13
**walk**
  59:4
**walking**
  24:5
**wall**
  30:11
**wanted**
  10:11  26:7
  36:14  62:22
**wanting**
  63:19
**waste**
  7:18  11:6
  25:18
**weather**
  19:23  20:5
  75:12  85:25
**Wednesday**
  25:19  59:20,
  21  60:10
  61:20  65:3

  69:4  73:12,22
  74:4  82:4
  83:19  86:8,9,
  21
**week**
  9:17  12:18
  23:2,25  25:2
  30:23  76:13
  85:8  89:6
**weekend**
  22:21  24:12,
  20  50:24
**weekly**
  25:11,24
**weeks**
  47:8  69:12
**whatnot**
  12:18
**whoever's**
  66:12
**window**
  16:17  34:17
**winds**
  54:20,22
**wishy-washy**
  42:1
**withdraw**
  60:19  82:1
**withheld**
  42:9  46:2,9
**withholding**
  17:15  44:10
**Witkins**
  6:12
**witnesses**
  64:22  66:8
**word**
  80:14

**wording**
  52:24
**words**
  34:11  60:18
  80:14
**work**
  8:9  9:2  13:22
  25:17  34:23
  40:25  57:8
  84:5  85:6
**worked**
  12:21,22
  14:8,9
**working**
  7:20
**works**
  59:21  60:3
  75:18
**world**
  44:8  45:20,21
  56:11  78:24
  87:18
**writing**
  86:4
**written**
  11:16  12:1
  16:22
**wrong**
  14:9

---

  **Y**

**y'all**
  6:15  8:21
  9:9,12  10:12,
  18,20,23
  23:16,17,24
  24:4,6,7  26:7
  27:1  31:1,14,
  20,23  32:4,5

Judge Hope Thai Cannon
May 26, 2021                                                                              23

```
    33:14 35:7,8
    36:3 37:14
    44:10,23
    45:10 46:13
    56:25 57:15
    58:8,15,20,21
    59:12,22,24
    60:1,18,23
    63:8,16,17,18
    64:15,19,23
    65:2 66:5,11
    67:11,20
    69:4,17 72:5
    73:2,15
    74:16,17
    76:18,19
    77:4,22 81:6
    85:24 86:3,12
    87:2 89:2
y'all's
    11:6 63:18
    72:1 83:4
year
    13:3
years
    20:3 28:8
Yesterday
    58:24,25
yield
    18:13,22
```