# EXHIBIT 8

# PLACEHOLDER