UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION – IN ADMIRALTY

| | |
|---|---|
| IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC., AS OWNERS OF THE BARGE M8030 PRAYING FOR EXONERATION FROM OR FOR LIMITATION OF LIABILITY | ADMIRALTY RULE 9(H)<br><br>CIVIL ACTION NO.<br>3:20-CV-05980 – RV/MJF<br><br>SENIOR DISTRICT JUDGE<br>LACEY A. COLLIER<br><br>MAGISTRATE JUDGE<br>HOPE THAI CANNON |

**ORDER**

**AND NOW,** this \_\_\_\_ day of August, 2021, upon consideration of Claimants' Spoliation and Rule 37 Motion for Sanctions and all exhibits thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is so ORDERED.

BY THE COURT:

_____
HOPE THAI CANNON, J.

1