UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION – IN ADMIRALTY

| | | |
|---|---|---|
| IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC., AS OWNERS OF THE BARGE M8030 PRAYING FOR EXONERATION FROM OR FOR LIMITATION OF LIABILITY | § § § § § § § § § § § § | ADMIRALTY RULE 9(H)<br><br>CIVIL ACTION NO.<br>3:20-CV-05980 – RV/MJF<br><br>SENIOR DISTRICT JUDGE<br>LACEY A. COLLIER<br><br>MAGISTRATE JUDGE<br>HOPE THAI CANNON |

**CLAIMANTS' OPPOSITION TO SKANSKA'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO CLAIMANTS'
SPOLIATION AND RULE 37 MOTION FOR SANCTIONS**

COMES NOW, Claimants, by and through undersigned counsel, who object to Skanska's motion for an extension of time to respond to Claimants' Spoliation and Rule 37 Motion for Sanction ("Spoliation Motion").

The Court has "inherent power to 'control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants.'" *L.E.A. Dynatech, Inc. v. Allina*, 49 F.3d 1527, 1530 (11th Cir. 1995) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). On August 2, 2021 Claimants properly

1

filed their Spoliation Motion.[1]  This Court entered the First Amendment to Final Scheduling Order ("Final Scheduling Order") on July 29, 2021 requiring that "[a]ll responses or objections to a discovery motion must be filed within 24 hours of the motion being served."  Skanska requests an extension of ten days to respond to Claimants' Spoliation Motion.  Skanska's request should be denied.

Skanska contends that Claimants have been working on their Spoliation Motion for weeks and that Skanska has insufficient time to respond.  But Skanska knew that Claimants may file a spoliation motion ***the day that Skanska notified Claimants, and the Court, of the spoliation***.  On June 16, 2021, Skanska first notified the Court and Claimants of details concerning the spoliation.  Your Honor at that hearing indicated that if Claimants had a concern about preservation, Claimants would need to file a motion.[2]  Spoliation has since been regularly discussed at discovery conferences, and Claimants took a 30(b)(6) deposition of Skanska's corporate representative specifically directed to the issue of spoliation, which was first noticed on June 28, 2021.[3]

This Court has, on repeated occasions, emphasized the importance to move expeditiously on matters of discovery in light of the September 13, 2021 trial.

---

[1] Skanska contends that Claimants' motion "attaches 946 pages of exhibits." Claimants cite to deposition and discovery conference transcripts throughout the motion, which were provided in full as exhibits.
[2] Ex. 1, June 16, 2021 Discovery Conference Transcript at 29:2-8.
[3] Ex. 2, June 28, 2020 30(b)(6) notice.

2

Accordingly, Skanska is not entitled to nearly two weeks to respond, further delaying the Court's resolution of a matter so crucial to Claimants' ability to prove their case in a trial that is to commence in just over a month.

Given that Skanska has had exactly as much time to prepare for a spoliation motion as Claimants have, Claimants respectfully submit that Skanska's motion for a ten-day extension to respond should be denied and a scheduling order requiring Skanska to respond no later than August 6, 2021 should be entered.

Dated:  August 3, 2021	Respectfully Submitted,

*/s/ D. Nicole Guntner*
D. NICOLE GUNTNER, FBN 1028925
E. SAMUEL GEISLER, FBN 83817
BRYAN F. AYLSTOCK, FBN 78263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Second floor
Pensacola, Florida 32502
Office: (850) 202-1010
Fax: (850) 916-7449
nguntner@awkolaw.com
sgeisler@awkolaw.com
baylstock@awkolaw.com
sallyteam@awkolaw.com

*/s/ Thomas F. Gonzalez*
THOMAS F. GONZALEZ, FL Bar #173878
J. NIXON DANIEL, III, FL Bar # 228761
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, Florida 32502
Office: (850) 432-2451
tfg@beggslane.com
jnd@beggslane.com

*/s/ Brian H. Barr*
BRIAN H. BARR, FL Bar 493041
EMMANUELLA J. PAULOS, FL Bar 99010
Levin Papantonio Rafferty Proctor
Buchanan O'Brien Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Office: (850) 435-7000
bbarr@levinlaw.com
epaulos@levinlaw.com

***Attorneys for Claimants***

4

## CERTIFICATE OF COMPLIANCE WITH COURT'S WORD LIMIT

I hereby certify that the foregoing contains 447 words and complies with Local Rule Local Rule 7.1(F).

                                         */s/ D. Nicole Guntner*
                                         D. NICOLE GUNTNER
                                         Aylstock Witkin Kreis & Overholtz, PLLC

## CERTIFICATE OF COUNSEL CONFERENCE

I hereby certify that Counsel for Claimants have conferred with Counsel for Petitioners prior to filing this motion, pursuant to Local Rule 7.1(B), and have not been able to resolve the issues raised. Claimants oppose Skanska's request for 10 days to respond, but offered agreement to not oppose a request by Skanska to respond by Friday, August 6, 2021 and with Claimants' Reply (if leave is sought and granted) due by close of business, August 9, 2021.

                                         */s/ D. Nicole Guntner*
                                         D. NICOLE GUNTNER
                                         Aylstock Witkin Kreis & Overholtz, PLLC

## **CERTIFICATE OF SERVICE**

I hereby certify, on this 3rd day of August 2021, that the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

*/s/ D. Nicole Guntner*
D. NICOLE GUNTNER
Aylstock Witkin Kreis & Overholtz, PLLC