UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN THE MATTER OF IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC. AS OWNERS OF THE BARGE KS 5531 PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § |  ADMIRALTY RULE 9(H)  <br><br><br>  CIVIL ACTION NO. 3:20-CV-05980-LC/HTC |

### ORDER ON MOTION FOR EXTENSION OF TIME

This matter is before the Court on Skanska's motion for extension of time (ECF Doc. 1229), seeking to have 10 days, rather than the expedited 24 hours, to respond to Claimants' spoliation motion (ECF Doc. 1228).  Claimants oppose the extension of time.  ECF Doc. 1230.

On July 29, 2021, this Court entered a First Amendment to the Final Scheduling Order, which reduced the time the parties had to respond to discovery motions to 24 hours.  ECF Doc. 1224.  Prior to entering that order, this Court discussed the matter with the parties during the July 28, 2021, status conference.  At that conference, Claimants advised the Court and the parties that they intended to file

a spoliation motion based on a much discussed issue – the lack of cell phone data from 6 of 13 custodians.

Claimants did in fact file the spoliation motion on Monday, August 2, 2021, *albeit* at 9:29 pm. ECF Doc. 1228. Claimants seek dismissal of the limitations of liability action as a sanction or, alternatively, the imposition of fines, cost-shifting, and costs. *Id.* Given the nature of the motion, the Court will extend the time for Skanska to respond. However, the Court finds that ten (10) days is unwarranted given that this motion should come as no surprise to Skanska, Skanska has not shown why ten (10) days is necessary, and the impending trial date.

Accordingly, it is ORDERED:

1. Skanska's motion for extension of time is GRANTED IN PART.

2. Skanska shall file a response in opposition to the motion by **Friday, August 6, 2021**.

DONE and ORDERED this 3rd day of August, 2021.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**