IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC., AS OWNERS OF THE BARGE KS 5531 PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY _____/ | ADMIRALTY RULE 9(H) <br><br> Case No.: 3:20cv5980/LAC/HTC |

## **ORDER SETTING TRIAL AND PRETRIAL MATTERS**

The Court having considered the progress of this case, the following trial schedule and procedure is established:

### I. DATES FOR COMPLIANCE WITH PRETRIAL PROCEDURE.

A. This case is set for pretrial conference in the Courtroom 4 South, United States Courthouse, One North Palafox Street, Pensacola, Florida, on **THURSDAY, SEPTEMBER 2, 2021 @ 9:00 AM.**

A. The attorneys' conference required by section II shall be held no later than August 20, 2021.

B. The pretrial stipulation and other papers required by sections III and IV shall be filed with the Clerk of the Court on or before August 27, 2021.

C. This case will be tried in **PENSACOLA** by the Court **ON MONDAY, SEPTEMBER 13, 2021 @ 9:00 am.**

## II. **ATTORNEYS TO CONFER.**

Counsel for all parties shall meet together on the date specified in paragraph I(A) for the following purposes:

A. To stipulate to as many facts and issues as possible:

B. To draw up a pretrial stipulation in accordance with section III of this order;

C. To examine all exhibits and documents proposed to be used in the trial;

D. To furnish opposing counsel the names and addresses of all witnesses, including possible rebuttal witnesses and experts;

E. To complete all other matters which may expedite the trial.

F. Counsel for petitioner shall initiate arrangements for the attorneys' conference. However, all attorneys in this cause are charged with the duty of meeting in such conferences and of complying with the schedule set forth in this order. If the schedule is not kept by any counsel, it is the duty of other counsel to insist upon the necessary meeting or meetings to effect the pretrial stipulation, and failing to succeed, to advise the Court by motion seeking sanctions against any party failing or refusing to meet as directed after request.

### III. **PRETRIAL STIPULATION.**

The pretrial stipulation shall contain:

A. A concise statement of the nature of the action;

B. A brief general statement of each party's case;

C. A list of all exhibits to be offered at the trial, noting any objections thereto and the grounds for each objection;

D. A list of names and addresses of **ALL** witnesses, including rebuttal and expert, intended to be called at the trial by each party. Expert witnesses shall be labeled as such;

E. A concise statement of those facts which are admitted and will require no proof at trial, together with any reservations directed to such admissions;

F. A concise statement of those issues of law on which there is agreement;

G. A concise statement of those issues of fact which remain to be litigated;

H. A concise statement of those issues of law which remain for a determination by the court;

I. A concise statement of any disagreement as to the application of rules of evidence or the Federal Rules of Civil Procedure;

J. A list of all motions or other matters which require action by the Court;

K. Counsel's respective estimates of the length of the trial; and

L. The signature of counsel for all parties.

### IV. **PAPERS TO BE SUBMITTED.**

No later than the date specified in paragraph I(C), the parties shall file with the Clerk of the Court an original and one copy of the following:

A. The pretrial stipulation prepared in accordance with section III of this order.

B. A trial brief or memorandum with citation of authorities and arguments in support of that side's position on all disputed issues of law, with copy to opposing counsel.

C. Proposed written findings of fact and conclusions of law, or, in lieu thereof, a proposed opinion or memorandum of decision in which proposed findings of fact and conclusions of law appear, with complete citation of authorities where appropriate (see Rule 52, FRCP), with copies to opposing

counsel.  Each disputed issue of fact or law identified in the pretrial stipulation shall be addressed.

D.  Counsel for each party in any case shall arrange with the Clerk for marking for identification, in the sequence proposed to be offered, all exhibits intended to be offered by such party.

V.  **CONDUCT OF THE PRETRIAL CONFERENCE**.

A.  Counsel who will conduct the trial are required to be present for the pretrial conference.  They will be prepared to act with final authority in the resolution of all matters.

B.  The Court will ordinarily dispose of all motions and other matters then at issue.  The Court will review all matters contained in the pretrial stipulation, and consider any other matters which may be presented with a view towards simplifying the issues and bringing about a just, speedy, and inexpensive determination of the case.

VI.  **SANCTIONS FOR NON-COMPLIANCE**.

A.  The requirements set out herein are intended to facilitate the efficient disposition and trial of this case.  **Counsel are expected to fully comply with this order, and if they should not, the Court will impose**

**sanctions in accordance with Rule 16(f), Federal Rules of Civil Procedure.**
Ordinarily, such sanctions will be in a monetary amount imposed against counsel personally, but the sanctions may be, among others, those specified in Rule 16(f) and Rule 37(b)(2), Federal Rules of Civil Procedure.

    B.  Counsel, as used herein, means and includes any party who is appearing pro se.

    **ORDERED** on this 5th day of August, 2021.

                                          s/*L.A. Collier*
                                            Lacey A. Collier
                                     Senior United States District Judge