UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION – IN ADMIRALTY

| | | |
|---|---|---|
| IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC., AS OWNERS OF THE BARGE KS 5531 PRAYING FOR EXONERATION FROM OR FOR LIMITATION OF LIABILITY | § § § § § § § § | ADMIRALTY RULE 9(H)<br><br>CIVIL ACTION NO.<br>3:20-cv-05980 |

_____

## MOTION OF WALTER F. BECKER, JR. TO APPEAR PRO HAC VICE

Walter F. Becker, Jr., pursuant to N. D. Fla. Loc. R. 11.1(C), respectfully moves to appear *pro hac vice* in this matter and represents the following:

1. Movant is an attorney and a member of the law firm of Chaffe McCall, LLP, 1100 Poydras Street, Suite 2300, New Orleans, Louisiana 70163. Chaffe McCall's phone number is 504-585-7000.

2. Chaffe McCall and Walter F. Becker, Jr. were retained by Petitioners, Skanksa USA Civil Southeast Inc. and Skanska USA, Inc. to provide legal representation in connection with the above-styled matter now pending before this Court.

3. Movant is not an active or inactive member of The Florida Bar.

4. Movant regularly practices law in the State of Louisiana and is a member in good standing of the Louisiana State Bar. A Certificate of Good

1

Standing from the Louisiana State Bar is attached as **Exhibit A**, and is dated within thirty days of the filing of this motion.

5. Movant certifies that he has successfully completed the Attorney Admission Tutorial and exam, confirmation number FLND16284544274751, the CM/ECF Tutorial, and certifies that he is familiar with the CM/ECF e-filing system.

6. Movant maintains an upgraded PACER account.

7. Movant has paid the *pro hac vice* fee in the amount set by this Court.

8. Movant agrees to comply with the provisions of the Florida Rules of Professional Conduct.

9. Movant certifies that he has never been subject to any suspension or disbarment proceedings.

WHEREFORE, Walter F. Becker, Jr. respectfully requests that this Court grant leave of court and permit him to appear *pro hac vice* in this case.

/s/ Walter F. Becker, Jr.
Walter F. Becker, Jr.
Louisiana Bar No. 01685
Chaffe McCall, LLP
1100 Poydras Street, Suite 2300
New Orleans, LA  70163
504-585-7000
becker@chaffe.com

4270117-1