UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

# Honorable Hope T. Cannon, U.S. Magistrate Judge

| | |
|---|---|
| **Case Style:** | IN RE: Skanska USA Civil Southeast Inc and Skanska USA Inc |
| **Case No.:** | 3:20-cv-5980/LAC-HTC |
| **Date:** | August 10, 2021 |
| **Hearing:** | Emergency Hearing on Deposition Scheduling |

| | |
|---|---|
| **Time Commenced:** | 6:00 p.m. |
| **Time Concluded:** | 6:16 p.m. |
| **Court Reporter:** | None |

**Attorneys participating for Petitioners:**

Derek Walker, Esquire
Jeremy Branning, Esquire

**Attorneys participating for Claimants:**

Sam Geisler, Esquire

Rob Hyde, AUSA, DOJ

**PROCEEDINGS**:

| | |
|---|---|
| 6:00 p.m. | Emergency teleconference during deposition of Witness McGlynn on matters relating to deposition scheduling and continuance. Court directed all parties to continue the deposition which is underway until concluded. |
| 6:16 p.m. | Teleconference hearing concluded. |

_____
August 10, 2021
Deputy Clerk: Keri Igney