# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| **IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC. AS OWNERS OF THE BARGE KS 5531, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **ADMIRALTY RULE 9(H)**<br><br>**CIVIL ACTION NO. 3:20-CV-05980**<br><br>**SENIOR DISTRICT JUDGE LACEY COLLIER**<br><br>**MAGISTRATE JUDGE HOPE THAI CANNON** |

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that the undersigned counsel for the Claimants, hereby gives notice of his unavailability from October 7, 2021 through October 15, 2021 scheduled in consideration of the previously set trial date. The undersigned has also been apprised that Robb Hyde, counsel for United States will be filing a notice of unavailability for October 14 and 15 later today. As the undersigned has been involved in all aspects of this matter from the beginning and is among the Lead Trial Counsel for Claimants, undersigned respectfully requests consideration of the same when deciding whether hearings or other matters be scheduled during this time.

Respectfully submitted,

*/s/ E. Samuel Geisler*
E. SAMUEL GEISLER, FL Bar # 83817
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Second floor
Pensacola, Florida 32502
Office: (850) 202-1010
sgeisler@awkolaw.com
baylstock@awkolaw.com
sallyteam@awkolaw.com

## CERTIFICATE OF SERVICE

**I HEREBY** CERTIFY that on this 1th day of September, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

*/s/ E. Samuel Geisler*
E. SAMUEL GEISLER, FL Bar # 83817

Respectfully submitted,

*/s/ E. Samuel Geisler*
E. SAMUEL GEISLER, FL Bar # 83817
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Second floor
Pensacola, Florida 32502
Office: (850) 202-1010
sgeisler@awkolaw.com
baylstock@awkolaw.com
sallyteam@awkolaw.com

## CERTIFICATE OF SERVICE

**I HEREBY** CERTIFY that on this 1th day of September, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

*/s/ E. Samuel Geisler*
E. SAMUEL GEISLER, FL Bar # 83817