IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC., AS OWNERS OF THE BARGE KS 5531 PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY _____/ | ADMIRALTY RULE 9(H)<br><br>Case No.: 3:20cv5980/LAC/HTC |

**O R D E R**

It is now **ORDERED:**

1. The Motion for Continuance (Doc. 1279) filed by Skanska USA Civil Southeast Inc. and Skanska USA, Inc., is **GRANTED** to the extent that the commencement of trial in this case is hereby **POSTPONED** to a date to be later determined.

2. In light of the continuance of trial, the pretrial hearing scheduled for **Thursday, September 2, 2021,** is also **POSTPONED** to a date to be later determined.

ORDERED on this 1st day of September, 2021.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge