## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION – IN ADMIRALTY

| | | |
|---|---|---|
| IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC., AS OWNERS OF THE BARGE M8030 PRAYING FOR EXONERATION FROM OR FOR LIMITATION OF LIABILITY | § § § § § § § § § § § § | ADMIRALTY RULE 9(H) <br><br> CIVIL ACTION NO. 3:20-CV-05980 – RV/MJF <br><br> SENIOR DISTRICT JUDGE LACEY A. COLLIER <br><br> MAGISTRATE JUDGE HOPE THAI CANNON |

## CLAIMANTS' AMENDED EXHIBIT LIST

COMES NOW, Claimants, by and through undersigned counsel, and attach Exhibit A, Claimants' Amended Exhibit List, pursuant to this Court's Order allowing Claimants the opportunity to amend their pretrial briefs.

Dated:  September 21, 2021                  Respectfully Submitted,

*/s/ E. Samuel Geisler*
E. SAMUEL GEISLER, FBN 83817
D. NICOLE GUNTNER, FBN 1028925
BRYAN F. AYLSTOCK, FBN 78263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Second floor
Pensacola, Florida 32502
Office: (850) 202-1010
Fax: (850) 916-7449
sgeisler@awkolaw.com

1

nguntner@awkolaw.com
baylstock@awkolaw.com
sallyteam@awkolaw.com

*/s/ Thomas F. Gonzalez*
THOMAS F. GONZALEZ, FL Bar #173878
J. NIXON DANIEL, III, FL Bar # 228761
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, Florida 32502
Office: (850) 432-2451
tfg@beggslane.com
jnd@beggslane.com
*/s/ Brian H. Barr*
BRIAN H. BARR, FL Bar 493041
EMMANUELLA J. PAULOS, FL Bar 99010
Levin Papantonio Rafferty Proctor
Buchanan O'Brien Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Office: (850) 435-7000
bbarr@levinlaw.com
epaulos@levinlaw.com

**Attorneys for Claimants**

## **CERTIFICATE OF SERVICE**

I hereby certify, on this 21st day of September 2021, that the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

*/s/ E. Samuel Geisler*
E. SAMUEL GEISLER
Aylstock Witkin Kreis & Overholtz, PLLC