IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE SKANSKA USA CIVIL | ) | ADMIRALTY RULE 9(H) |
| SOUTHEAST INC. AND SKANSKA USA, INC. | ) | CIVIL ACTION NO. |
| AS OWNERS OF THE BARGE KS5331 | ) | 3:20-CV-05980-LC-HTC |
| PRAYING FOR EXONERATION FROM OR | ) | SENIOR DISTRICT JUDGE |
| LIMITATION OF LIABILITY | ) | LACEY COLLIER |

### CLAIMANTS' UNOPPOSED MOTION TO PRESENT HENNING EXPERT TESTIMONY BY *DE BENE ESSE* DEPOSITION

COME NOW the Claimants by and through their undersigned attorneys of record and request this Court permit the presentation of expert opinion testimony of their meteorological expert, Richard Henning, through the presentation of the written transcript and video recorded *de bene esse* deposition testimony. As grounds therefore, Claimants state:

1. Claimants have named Richard Henning as their meteorologist expert to offer opinion testimony at trial.

2. Mr. Henning is employed as a meteorologist whose duties include in flight NOAA aviation missions.

3. The trial of this matter, scheduled to begin on October 18, 2021, will take place during the peak of the Atlantic hurricane season.

4. Currently, Mr. Henning resides in St. Petersburg, Florida, and is currently required to maintain a modified COVID "bubble" in which he limits his exposure to potential COVID infection by foregoing all personal travel. Commercial air travel would require him to quarantine up to ten days in order to avoid the risk of exposing other NOAA flight crew members to infection.

5. Mr. Henning must be available at a moments' notice to fly NOAA missions on an unknown

and unpredictable schedule. As a result of his work for NOAA, and the duties associated with that employment, including the COVID bubble, he will be precluded from attending the upcoming trial in person.

6. Furthermore, this same limitation may result in his unexpected unavailability to attend and provide trial testimony via live remote video conference. In an abundance of caution and with the consent of Petitioner, Claimants have noticed the *de bene esse* deposition of Mr. Henning so that Claimants might present his prerecorded testimony to the Court at the trial of this matter.

7. Claimants make this request pursuant to Fed. R. Civ. Pro. 32 (a) (1) and 32 (a) (4) (E).

8. Claimants, with the express consent of Petitioner, request this Court approve the presentation of Mr. Henning's expert opinion testimony via his prerecorded video testimony and the transcript of same.

## CONFERENCE WITH COUNSEL CERTIFICATION—RULE 7.1

The undersigned counsel pursuant to ND FL Local Rule 7.1 has conferred with opposing counsel. Skanska counsel consents to the relief requested.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I HEREBY CERTIFY that this amended motion complies with Local Rule 7.1(F) in that it contains 391 words.

*/s/ Thomas F. Gonzalez*
Thomas F. Gonzalez
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, FL 32502

Brian H. Barr
Levin Papantonio Rafferty Proctor Buchanan
O'Brien Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600

Pensacola, FL  32502

E. Samuel Geisler
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Second Floor
Pensacola, FL 32502

## **CERTIFICATE OF SERVICE**

I hereby certify, on this 1st day of October 2021, that the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

*/s/ Thomas F. Gonzalez*