# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| **IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC. AS OWNERS OF THE BARGE KS 5331, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | * ADMIRALTY RULE 9(H) <br> * <br> * <br> * CIVIL ACTION NO. <br> * 3:20-CV-05980 <br> * <br> * SENIOR DISTRICT JUDGE <br> * LACEY A. COLLIER <br> * <br> * <br> * MAG. JUDGE <br> * HOPE THAI CANNON <br> * |

### SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC.'S UNOPPOSED MOTION AND MEMORANDUM TO PRESENT STROH EXPERT TESTIMONY BY *DE BENE ESSE* DEPOSITION

COME NOW SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC. ("Skanska") by and through their undersigned attorneys of record and request this Court permit the presentation of expert opinion testimony of their United States Coast Guard expert, Lincoln Stroh, through the presentation of the written transcript and video recorded *de bene esse* deposition testimony. As grounds, Skanska states the following:

1. Captain Lincoln Stroh, former United States Coast Guard Chief of Staff is one of Skanska's experts who will offer opinion testimony at trial.

2. Captain Stroh had adjusted his work duty schedule for attendance at trial during the week of September 13, 2021, the pre-Hurricane Ida trial setting.

3. Due to Hurricane Ida's impact, trial was rescheduled to the week of October 18, 2021.

4. Captain Stroh will be participating in an oil spill response exercise during the rescheduled trial dates and will be unable to attend trial during the scheduled dates of Skanska's trial presentation.

5. His participation in the exercise prevents him from attending via live remote video conference, should the Court have allowed that.

6. Claimants have a similar dilemma with their expert, Richard Henning.

7. Skanska and Claimants have agreed to the *de benne esse* depositions of both expert witnesses, to a schedule which accommodates all counsel and the witnesses, and to present their prerecorded testimony to the Court.

8. Skanska makes this request pursuant to Fed. R. Civ. Pro. 32(a)(1) and 32(a)(4)(E).

9. With the mutual consent of the parties we respectfully request the Court approve the presentation of Captain Stroh's testimony via his prerecorded video testimony and transcript.

[SIGNATURE FOLLOWS ON NEXT PAGE]

Respectfully submitted:

*/s/ Scott A. Remington*
**DEREK A. WALKER**
Admitted Pro Hac Vice
**KENNETH H. TRIBUCH**
Florida Bar No. 986887
Harold. K. Watson, Esq.
Derek A. Walker, Esq.
Charles P. Blanchard, Esq.
Jon W. Wise, Esq.
**CHAFFE MCCALL, LLP**
801 Travis, Suite 1910
Houston, Texas 77002
Telephone:  (713) 546-9800
Facsimile:    (713) 546-9806

and

**SCOTT A. REMINGTON**
Florida Bar No. 122483
**JEREMY C. BRANNING**
Florida Bar No. 507016
**CLARK PARTINGTON**
P.O. Box 13010
Pensacola, FL  32591-3010
Telephone: (850) 434-9200
Facsimile: (850) 432-7340

*Attorneys for Skanska USA Civil Southeast Inc. and Skanska USA, Inc.*

## CONFERENCE WITH COUNSEL CERTIFICATION – RULE 7.1

The undersigned counsel pursuant to N.D. Fla. Loc. R. 7.1 has conferred with opposing counsel, Claimants' counsel, who consent to the relief requested.

*/s/ Derek A. Walker*
**DEREK A. WALKER**

## CERTIFICATE OF COMPLIANCE AS TO WORD COUNT

I hereby certify that, as required by Local Rule 7.1(F), this Unopposed Motion and Memorandum to Present Stroh Expert Testimony by De Bene Esse Deposition contains 330 words, counted as provided in Local Rule 7.1(F).

*/s/ Scott A. Remington*
**SCOTT A. REMINGTON**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of Court and furnished to all counsel of record through the Court's CM/ECF electronic filing system on this 3rd day of October, 2021:

*/s/ Scott A. Remington*
**SCOTT A. REMINGTON**