**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE SKANSKA USA CIVIL
SOUTHEAST, INC. AND                    **ADMIRALTY RULE 9(H)**
SKANSKA USA, INC. AS
OWNERS OF THE BARGE KS                 **CIVIL ACTION NO.**
5531 PRAYING FOR                       **3:20-CV-5980 –RV/MJF**
EXONERATION FROM OR
LIMITATION OF LIABILITY                **SENIOR DISTRICT JUDGE**
                                       **LACEY A. COLLIER**

_____/

## NOTICE OF APPEARANCE

COMES NOW, ANTHONY J. RUSSO, ESQ. of Butler Weihmuller Katz

Craig, LLP, and hereby files this Notice of Appearance as counsel for Petitioners

SKANSKA USA CIVIL SOUTHEAST, INC. and SKANSKA USA, INC.


BUTLER WEIHMULLER KATZ CRAIG LLP


/s/ Anthony J. Russo_____
ANTHONY J. RUSSO, ESQ.
Florida Bar No.: 506508
arusso@butler.legal
Secondary   rburnison@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:  (813) 281-1900
Facsimile:   (813) 281-0900
*Counsel for Skanska USA Civil Southeast, Inc.*
*and Skanska USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

/s/ Anthony J. Russo_____
ANTHONY J. RUSSO, ESQ.