**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**
**Civil Hearing Minutes**

# Honorable Lacey A. Collier, Senior United States District Judge

| | |
|---|---|
| **Case Style:** | **In Re: SKANSKA USA CIVIL SOUTHEAST INC and SKANSKA USA INC** |
| **Case No.:** | **3:20-cv-5980** |
| **Date:** | **October 18, 2021 through October 25, 2021** |
| **Hearing:** | **Bench Trial** |

| | |
|---|---|
| **Time Commenced:** | **9:00 a.m., October 18, 2021** |
| **Time Concluded:** | **5:00 p.m., October 25, 2021** |
| **Court Reporter:** | **Julie Wycoff** |

**Attorneys present for Petitioner:**
Derek Walker, Harold Watson, Scott Remington, Jeremy Branning, Jon Wise, Walter Becker, Charles Blanchard, Alex DeGuilio, Elizabeth Billhimer

**Attorneys present for Claimants:**
Brian Barr, Sam Geisler, Tom Gonzalez, Nicole Guntner, Robert Kelly, Tom Bright, Sam Escher, Robb Hyde, Jeff Gill

**PROCEEDINGS:**

| | |
|---|---|
| **9:00 a.m.** | **Bench Trial.** |
| | Court in session. |
| | Preliminary matters discussed. |
| 9:03 a.m. | Claimants' Motion to Pre-Admit Deposition Designation of Robert Rodgers under F.R.C.P. 32 [1311]. |
| | Court calls upon Ms. Billhimer for response. |
| | Motion is denied without prejudice. |
| | Court reserves ruling on Skanska's Motion in Limine to Exclude Evidence of Other Storms and Memorandum in Support [1312] |
| 9:06 a.m. | Skanska opening statement by Mr. Walker. |
| 9:36 a.m. | Claimants' opening statement by Mr. Barr |
| 10:08 a.m. | Claimants move to invoke the Rule. |
| 10:08 a.m. | Austin Dooley called by Skanska. Sworn. |
| | Austin Dooley is tendered as an expert witness. |
| | No objection from Claimants |
| | Court accepts Dr. Austin Dooley as an expert witness. |
| | Direct examination of Dr. Dooley by Mr. Watson |

| | |
|---|---|
| | **Exhibit S:770 introduced and identified.** |
| | **Exhibit S:149 introduced and identified.** |
| 10:25 a.m. | Court in recess |
| 1H, 25m | |
| 10:45 a.m. | Court in session |
| | Direct examination of Dr. Dooley continues |
| 11:36 a.m. | Claimants' cross-examination of Dr. Dooley by Mr. Gonzalez. |
| | **Exhibit C:78 introduced and identified.** |
| 12:30 a.m. | Court in recess |
| 1H, 45m | |
| 1:30 p.m. | Court in session |
| | Claimants' cross-examination of Dr. Dooley by Mr. Gonzalez continues. |
| | **Exhibit C:115 introduced and identified.** |
| | **Exhibit C:008 introduced and identified.** |
| | **Exhibit C:611 introduced and identified.** |
| | **Exhibit C:540 introduced and identified.** |
| | **Exhibit C:539 introduced and identified.** |
| | **Exhibit C:615 introduced and identified.** |
| | **Exhibit S:174 introduced and identified.** |
| 2:44 p.m. | Re-direct of Dr. Dooley by Mr. Walker |
| | **Exhibit S:158 introduced and identified.** |
| | **Exhibit S:097 introduced and identified.** |
| | Exhibit S:770 shown. |
| 2:50 p.m. | Witness is excused. |
| 2:51 p.m. | Skanska calls Thomas Fulton. Witness sworn. |
| | Direct examination of Thomas Fulton by Mr. Walker. |
| | **Exhibit S:052 - Curriculum Vitae of Thomas Fulton introduced and identified.** |
| | **Exhibit S:053 - Curriculum Vitae 2 of Fulton introduced and identified.** |
| | **Exhibit S:003 introduced and identified.** |
| | Exhibit 30 from the Rob Rodgers deposition introduced. |
| | **Exhibit S:039 introduced and identified.** |
| | **Exhibit S:040 introduced and identified.** |
| | Exhibit S:770 shown to witness. |
| 3:26 p.m. | Court in recess |
| 1H, 54m | |
| 3:45 p.m. | Court in session. |
| | Skanska's direct examination of Thomas Fulton by Mr. Walker continues. |
| | **Exhibit S:070 introduced and identified.** |
| | **Exhibit S:035 introduced and identified.** |
| | **Exhibit S:068 introduced and identified.** |
| | **Exhibit S:069 introduced and identified.** |
| 4:20 p.m. | Cross-examination of Thomas Fulton by Mr. Barr. |
| | **Exhibit C:269 introduced and identified.** |

| | |
|---|---|
| | **Exhibit C:207 introduced and identified.** |
| 4:59 p.m. | Court in recess until 9:00 a.m., October 19, 2021. |
| **6H, 20m** | |

## OCTOBER 19, 2021 ■ DAY TWO ■ BENCH TRIAL

**Skanska Counsel present:** Derek Walker, Jeremy Branning, Jon Wise, Elizabeth Billhimer, Charles Blanchard, Hal Watson, Alex DeGuilio, Scott Remington

**Claimants Counsel present:** Brian Barr, Sam Geisler, Tom Gonzalez, Nicole Guntner, Robert Kelly, Stephen Echsner, Tom Bright, Jeff Gill, Robb Hyde, Sam Escher

| | |
|---|---|
| 9:00 a.m. | Court in session |
| | Mr. Gonzalez objects to the admissibility of Exhibit S:149, Austin Dooley's Expert Report. |
| | Ms. Billhimer argues the admissibility of Exhibit S:149. |
| | Mr. Gonzalez responds. |
| 9:07 a.m. | Court reserves ruling on the admissibility of Exhibit S:149. |
| | Cross-examination of Thomas Fulton by Mr. Barr continues. |
| | Exhibit C:207 shown. |
| | **Exhibit C:212 introduced and identified.** |
| | **Exhibit C:213 introduced and identified.** |
| | Exhibit C:115, Exhibit C:078, Exhibit C:599 shown. |
| | **Exhibit C:600 introduced and identified.** |
| | **Exhibit C:601 introduced and identified.** |
| | **Exhibit C:214 introduced and identified.** |
| | **Exhibit C:014 introduced and identified.** |
| | **Exhibit C:509 introduced and identified.** |
| | **Exhibit C:446 introduced and identified.** |
| | **Exhibit C:309 introduced and identified.** |
| | **Exhibit C:013 introduced and identified.** |
| | **Exhibit C:016 introduced and identified.** |
| | **Exhibit C:736 introduced and identified.** |
| | **Exhibit C:292 introduced and identified.** |
| | **Exhibit C:721 introduced and identified.** |
| | **Exhibit C:244 introduced and identified.** |
| 10:28 a.m. | Court in recess |
| **1H, 28m** | |
| 10:50 a.m. | Court in session. |
| | Cross-examination of Thomas Fulton by Mr. Barr continues. |
| | **Exhibit C:291 introduced and identified.** |
| | **Exhibit C:028 introduced and identified.** |
| 10:57 a.m. | Re-direct of Thomas Fulton by Mr. Walker |

| | |
|---|---|
| | Exhibit C:269, Exhibit C:244, |
| 11:17 a.m. | Witness Thomas Fulton is excused. |
| | Skanska calls Tom DeMarco. Witness sworn. |
| | Direct Examination of Tom DeMarco by Mr. Branning. |
| | Exhibit S:003, Exhibit S:039, Exhibit S:040 shown. |
| | **Exhibit S:610 introduced and identified.** |
| | **Exhibit S:505 introduced and identified.** |
| | Exhibit S:158 shown. |
| | **Exhibit S:594 introduced and identified.** |
| | Direct examination concludes. |
| 12:25 p.m. | Court is in recess. |
| **1H, 40 m** | |
| 1:30 p.m. | Court in session |
| | Claimants' cross-examination of Tom DeMarco by Mr. Geisler |
| | **Exhibit C:148 introduced and identified.** |
| | **Exhibit C:639 introduced and identified.** |
| | Exhibit C:008, Exhibit C:244 |
| | **Exhibits C:157 introduced and identified.** |
| | **Exhibit C:030 introduced and identified.** |
| | **Exhibit C:029 introduced and identified.** |
| 2:08 p.m. | Skanska objects and asks the court to consider Skanska's Motion in Limine to Exclude Evidence of Other Storms and Memorandum in Support [ECF 1312] Argument by Mr. Watson. |
| 2:10 p.m. | Argument by Ms. Guntner |
| 2:12 p.m. | Response by Mr. Watson. |
| 2:14 p.m. | Objection to evidence of other storms is overruled. The Court finds it to be relevant. |
| 2:14 p.m. | Claimants' cross-examination of Tom DeMarco by Mr. Geisler continues |
| | **Exhibit C:224 introduced and identified.** |
| | **Exhibit C:228 introduced and identified.** |
| | **Exhibit C:345 introduced and identified.** |
| | **Exhibit C:324 introduced and identified.** |
| | **Exhibit C:347 introduced and identified.** |
| | **Exhibit C:133 introduced and identified.** |
| | **Exhibit C:134 introduced and identified.** |
| | **Exhibit C:135 introduced and identified.** |
| | **Exhibit C:137 introduced and identified.** |
| | **Exhibit C:139 introduced and identified.** |
| | **Exhibit C:140 introduced and identified.** |
| | Exhibit C:029 shown. |
| | **Exhibit C:007 introduced and identified.** |
| 2:34 p.m. | Re-direct examination of Tom DeMarco by Mr. Branning. |
| | Exhibit C:148, Exhibit C:244 shown. |
| 2:44 p.m. | Witness Tom DeMarco is excused. |

| | |
|---|---|
| | Skanska calls Rob Rodgers. Witness sworn. |
| | Direct examination of Rob Rodgers by Mr. Wise |
| | Exhibit S:770 shown. |
| | Exhibit S:003 shown. |
| | Exhibit S:039 shown. |
| 3:00 p.m. | Court in recess. |
| 1H, 30m | |
| 3:20 p.m. | Court in session. |
| | Direct examination of Rob Rodgers by Mr. Wise continues. |
| | Exhibit S:040 shown. |
| 3:52 p.m. | Cross-examination of Rob Rodgers by Mr. Barr. |
| | Exhibit C:291 shown. |
| | Written transcript of 8/25/2021 deposition of Rob Rodgers provided to witness. |
| | Exhibit C:078 shown. |
| | **Exhibit C:304 introduced and identified.** |
| | Exhibit C:207 shown. |
| | Exhibit C:309 shown. |
| | Exhibit C:139 shown. |
| | **Exhibit C:307 introduced and identified.** |
| | **Exhibit C:358 introduced and identified.** |
| | Exhibit C:207 shown. |
| | **Exhibit C:302 introduced and identified.** |
| | Exhibit C:013 shown. |
| 4:48 p.m. | Redirect examination of Rob Rodgers by Mr. Wise. |
| 4:58 p.m. | Examination concludes. |
| 4:59 p.m. | Court in recess until 9:00 a.m., October 20, 2021. |
| T: 6H, 12m | |

## OCTOBER 20, 2021 ■ DAY THREE ■ BENCH TRIAL

**Skanska Counsel present:** Derek Walker, Jeremy Branning, Jon Wise, Walter Becker, Elizabeth Billhimer, Charles Blanchard, Hal Watson, Alex DeGuilio, Scott Remington

**Claimants Counsel present:** Brian Barr, Sam Geisler, Tom Gonzalez, Nicole Guntner, Robert Kelly, Stephen Echsner, Tom Bright, Jeff Gill

| | |
|---|---|
| 9:00 a.m. | Court in session |
| | Skanska calls Captain Robert Hill. Witness sworn. |
| | Direct examination of Captain Hill by Mr. Wise. |
| | **Exhibit S:032 introduced and identified.** |
| | **Exhibit S:034 introduced and identified.** |
| | **Exhibit S:045 introduced and identified.** |
| | Exhibit S:044 shown. |
| 10:25 a.m. | Cross-examination of Captain Hill by Ms. Guntner |

| | |
|---|---|
| | Written transcript of Robert Hill provided to witness. |
| | Exhibit C:007 shown. |
| 10:40 a.m. | Court in recess. |
| 1H, 40m | |
| 11:00 a.m. | Court in session. |
| | Cross-examination of Captain Hill by Ms. Guntner continues. |
| | Exhibit S:032 shown. |
| | Exhibit C:030 shown. |
| | Exhibit S:044.26, S:044.27 shown. |
| 11:44 a.m. | Re-direct examination of Captain Hill by Mr. Wise. |
| 11:48 a.m. | Captain Hill is excused. |
| | Skanska calls Ronnie Benton. Witness sworn. |
| | Direct examination of Ronnie Benton by Mr. Becker. |
| | Exhibit S:034 shown. |
| 12:25 p.m. | Court in recess. |
| 1H, 25m | |
| 1:30 p.m. | Court in session. |
| | Direct examination of witness Ronnie Benton by Mr. Becker continues. |
| | Exhibit S:44.01, S:4403, S:44.04, S:44.09, S:44.16, S:44:19, S:44.20, S;44.22 shown |
| 1:55 p.m. | Cross-examination of Ronnie Benton by Mr. Geisler |
| | Exhibit C:008 shown |
| | Exhibit C:007 shown |
| | Exhibit C:214 shown |
| | **Exhibit C:051 introduced and identified.** |
| | **Exhibit C:049 introduced and identified.** |
| | **Exhibit C:050 introduced and identified.** |
| | **Exhibit C:047 introduced and identified.** |
| | **Exhibit C:048 introduced and identified.** |
| 2:39 p.m. | Re-direct examination of Ronnie Benton by Mr. Walker. |
| | Exhibit C:726 shown |
| | Exhibit C:007 shown |
| 2:49 p.m. | Witness Ronnie Benton is excused. |
| 2:49 p.m. | Court in recess. |
| | |
| 3:05 p.m. | Court in session. |
| | Skanska calls Keith Dean. Witness sworn. |
| | Keith Dean is tendered as an expert witness. No objection from Claimants. |
| | Direct examination of Keith Dean by Mr. Branning. |
| | **Exhibit S:025 introduced and identified.** |
| | Exhibit S:035 shown |
| | **Exhibit S:129 introduced and identified.** |
| 4:20 a.m. | Cross-examination of Keith Dean by Mr. Barr. |
| | Exhibit C:309 shown |
| | Exhibit C:207 shown |

| | |
|---|---|
| | Exhibit C:599 shown |
| | Exhibit C:601 shown |
| | Cross-examination shall continue October 21, 2021 at 9:00 a.m. |
| 4:43 p.m. | Court addresses several matters prior to recess for the day. |
| 4:55 p.m. | Court in recess until 9:00 a.m., October 21, 2021. |
| T: 6H, 14m | |

## OCTOBER 21, 2021 ■ DAY FOUR ■ BENCH TRIAL

**Skanska Counsel present:** Derek Walker, Jeremy Branning, Jon Wise, Walter Becker, Elizabeth Billhimer, Charles Blanchard, Hal Watson, Alex DeGuilio, Scott Remington

**Claimants Counsel present:** Brian Barr, Sam Geisler, Tom Gonzalez, Nicole Guntner, Robert Kelly, Stephen Echsner, Sam Escher, Tom Bright, Jeff Gill

| | |
|---|---|
| 9:00 a.m. | Court in session. |
| | Procedural matters addressed. |
| | Ms. Guntner announces parties have reached an agreement all expert reports shall be admitted into the record. |
| | Mr. Walker concurs. |
| 9:05 a.m. | Cross-examination of Keith Dean by Mr. Barr continues. |
| | Exhibit C:078 shown. |
| | Exhibit C:207 shown. |
| | Exhibit S:035, Exhibit C:016, Exhibit C:292 shown. |
| | **Exhibit S:157 introduced and identified.** |
| | **Exhibit C:293 introduced and identified.** |
| | **Exhibit C:294 introduced and identified.** |
| 9:41 a.m. | Re-direct examination of Keith Dean by Mr. Branning. |
| | Exhibit S:157, Exhibit C:115 shown. |
| | Exhibit C:309 shown. |
| 10:09 a.m. | Re-direct of Keith Dean concludes. |
| 10:10 a.m. | Claimants call Richard Henning. Witness sworn. |
| | Direct examination of Richard Henning. |
| | Richard Henning is tendered as an expert witness. |
| | Skanska has no objections. |
| | Exhibit C:007 shown. |
| | **Exhibit C:535 is introduced and identified.** |
| | Exhibit C:539 is shown. |
| 10:43 a.m. | Court in recess. |
| 1H, 43m | |
| 11:00 a.m. | Court in session. |
| | Direct examination of Richard Henning continues by Mr. Gonzalez. |
| | Exhibit C:540, Exhibit C:611, S:770 |
| | **Exhibit C:547 introduced and identified.** |

| | |
|---|---|
| | **Exhibit C:650 introduced and identified.** |
| | Exhibit C:008, Exhibit C:615 shown. |
| | **Exhibit C:612 introduced and identified.** |
| | Exhibit C:008, Exhibit C:599 shown |
| | **Exhibit C:616 introduced and identified.** |
| | **Exhibit C:625 introduced and identified.** |
| | **Exhibit C:627 introduced and identified.** |
| | **Exhibit C:636 introduced and identified.** |
| | **Exhibit C:663 introduced and identified.** |
| | **Exhibit C:650 introduced and identified.** |
| 12:10 p.m. | Court in recess |
| 1H, 10m | |
| 1:10 p.m. | Court in session |
| | Cross-examination of Richard Henning by Mr. Watson |
| | Exhibit S:098, Exhibit S:158 shown. |
| | **Exhibit S:163 introduced and identified.** |
| | Exhibit S:770, Exhibit C:627, S:003, shown. |
| 1:58 p.m. | Re-direct of Richard Henning by Mr. Gonzalez. |
| | **Exhibit S:66 introduced and identified.** |
| 2:17 p.m. | Richard Henning is excused. |
| | Skanska calls Captain Roger Towne. |
| | Roger Towne sworn. |
| | Demonstrative photographs shown. |
| | Exhibit S:066 shown |
| | Additional demonstratives. |
| 2:35 p.m. | Court excuses the witness. |
| | Skanska calls John Flory. Witness sworn. |
| | Mr. Watson tenders Mr. Flory an expert witness. No objections from Claimants. |
| | Direct examination of John Flory by Mr. Watson. |
| | **Exhibit S:175 introduced and identified.** |
| 3:05 p.m. | Court in recess |
| 1H, 55m | |
| 3:25 p.m. | Court in session |
| | Direct examination of John Flory by Mr. Watson continues. |
| 3:32 p.m. | Cross-examination of Mr. Flory by Mr. Echsner |
| | Exhibit S:175 |
| | **Exhibit C:581 introduced and identified.** |
| 4:23 p.m. | Re-direct examination of John Flory by Mr. Watson. |
| 4:23 p.m. | Witness John Flory excused. |
| | Claimants call Richard DiNapoli. |
| | Direct examination of Richard DeNapoli by Mr. Geisler. |
| | Claimants move to tender Mr. DeNapoli as an expert. |
| | Mr. Walker questions the witness. Objects to DeNapoli as expert. Objection overruled. |

| | |
|---|---|
| 4:45 p.m.<br>T: 6H, 8m | **Court in recess until 9:00 a.m., October 22, 2021** |

## OCTOBER 22, 2021 ■ DAY FIVE ■ BENCH TRIAL

**Skanska Counsel present:** Derek Walker, Jeremy Branning, Jon Wise, Walter Becker, Elizabeth Billhimer, Charles Blanchard, Hal Watson, Alex DeGuilio, Scott Remington

**Claimants Counsel present:** Brian Barr, Sam Geisler, Tom Gonzalez, Nicole Guntner, Robert Kelly, Stephen Echsner, Sam Escher, Tom Bright, Jeff Gill

| | |
|---|---|
| 9:00 a.m. | Court in session. |
| 9:01 a.m. | Direct examination of Captain Richard DeNapoli by Mr. Geisler continues. |
| | Exhibit C:007 shown. |
| | **Exhibit C:021 introduced and identified.** |
| | **Exhibit C:040 introduced and identified.** |
| | Slide 6 of PowerPoint? |
| | Exhibit C:207 shown. |
| | **Exhibit C:614 introduced and identified.** |
| | Exhibit C:207 shown. |
| | Exhibit C:007 shown. |
| | Exhibit C:224 shown. |
| | **Exhibit C:773 introduced and identified.** |
| | Exhibit C:347 shown. |
| | **Exhibit C:714 introduced and identified.** |
| | **Exhibit C:308 introduced and identified.** |
| | Exhibit C:599 shown. |
| | **Exhibit C:554 introduced and identified.** |
| | **Exhibit C:513 introduced and identified.** |
| | **Exhibit C:458 introduced and identified**. |
| | Claimants move into evidence Captain DeNapoli's report and tender the witness. |
| 10:03 a.m. | Cross-examination of Captain DeNapoli by Mr. Walker. |
| | **Exhibit C:776 introduced and identified.** |
| | **Exhibit C:777 introduced and identified.** |
| 10:40 a.m.<br>1H, 40m | Court in recess |
| 11:00 a.m. | Court in session. |
| | Cross-examination of Captain DeNapoli by Mr. Walker continues. |
| 11:44 a.m. | Redirect of Captain DeNapoli by Mr. Geisler. |
| | Exhibit C:007 shown. |
| | Exhibit S:129, Exhibit C:029, |
| 11:56 a.m. | Witness Captain DeNapoli is excused. |
| | Skanska calls witness Captain Lincoln Stroh |
| | **Exhibit S:100 introduced and identified.** |

| | |
|---|---|
| | Skanska tenders Captain Lincoln Stroh as an expert. |
| | No objections or questions by Claimants. |
| | **Exhibit S:102 introduced and identified.** |
| | **Exhibit S:111 introduced and identified.** |
| **12:26 p.m.** | Cross-examination of Captain Lincoln Stroh by Mr. Geisler. |
| | Exhibit S:100 shown. |
| | **Exhibit C:605 introduced and identified.** |
| 12:45 p.m. | Court in recess. |
| 1H, 45m | |
| 1:40 p.m. | Court in session. |
| | Cross-examination of Captain Lincoln Stroh by Mr. Geisler continues. |
| | **Exhibit S:109 introduced and identified.** |
| 1:59 p.m. | Re-direct of Captain Stroh by Mr. Remington. |
| 2:01 p.m. | Skanska calls Donald A. Barnes. Witness sworn. |
| | Direct examination of Donald Barnes by Mr. Becker. |
| | Mr. Becker tenders Mr. Barnes as an expert. No objections nor questions from Claimants. |
| | **Exhibit S:084 introduced and identified.** |
| 2:22 p.m. | Cross-examination of Donald Barnes by Mr. Barr. |
| | Exhibit S:084 shown. |
| | **Exhibit C:042 introduced and identified.** |
| | **Exhibit C:248 introduced and identified.** |
| | Exhibit C:309 shown. |
| | Exhibit S:129 shown. |
| | Exhibit S:044 shown. |
| | Exhibit C:207 shown. |
| | Exhibit C:599 shown. |
| 3:08 p.m. | Re-direct examination of Donald Barnes by Mr. Becker. |
| | Witness Donald Barnes excused. |
| 3:17 p.m. | Court in recess. |
| 1H, 37m | |
| 3:40 p.m. | Court in session. |
| | Petitioners rest. |
| | Mr. Watson requests Petitioners be permitted to make proffers of evidence in writing next week. Court grants Petitioner's request. |
| | Ms. Guntner moves orally seeking entry of a judgment under Rule 52(c). |
| | Mr. Watson responds. |
| | Court takes motion under advisement. |
| | Claimants call Captain LaDonn A. Allen. Witness sworn. |
| | Direct examination of Captain Allen by Mr. Hyde. |
| | Exhibit C:599 shown. |
| | Exhibit C:600 shown. |
| | Exhibit C:601 shown. |
| | Exhibit C:602 shown. |

| | |
|---|---|
| 4:11 p.m. | Cross-examination of Captain Allen by Mr. Walker. |
| 4:38 p.m. | Cross-examination concludes. |
| | No re-direct by Claimants. |
| | Captain Allen is excused. |
| | Claimants move for admission of depositions for Fulton, DeMarco, Stephens, Burgess, Johnson, McGlynn, and Walker. Also, Claimants move, under Rule 32, for the admission of Mr. Rodgers' deposition transcript. |
| | Mr. Remington objects. |
| | Arguments of counsel. |
| 4:42 p.m. | Ms. Billhimer argues against admission of Robert Rodgers' deposition testimony. |
| 4:50 p.m. | Ms. Guntner responds. |
| 4:57 p.m. | Court rules Rodgers' deposition will be admitted. |
| 4:58 p.m. | Claimants rest. |
| | Skanska (Watson) moves the Court for a judgment of exoneration. |
| | Mr. Geisler opposes Mr. Watson's position on the judgment of exoneration. |
| | The Court advises the matter is under advisement. |
| 5:00 p.m. | Court is adjourned. |

T: 6H22m

Filed in Open Court
October 25, 2021
Bench Trial
Deputy Clerk: kli