UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION – IN ADMIRALTY

| | |
|---|---|
| IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC., AS OWNERS OF THE BARGE M8030 PRAYING FOR EXONERATION FROM OR FOR LIMITATION OF LIABILITY | § § ADMIRALTY RULE 9(H) § § § CIVIL ACTION NO. § 3:20-CV-05980 – RV/MJF § § § SENIOR DISTRICT JUDGE § LACEY A. COLLIER § § MAGISTRATE JUDGE HOPE § THAI CANNON |

## NOTICE OF INTENT TO FILE POST-TRIAL BRIEFS

COMES NOW, Claimants and Petitioners Skanska USA Civil Southeast, Inc. and Skanska USA, Inc. (collectively referred to as "Skanska"), who jointly file this notice of intent to file post-trial briefs. Consistent with this Court's direction, the parties have met and conferred and agree to file their respective post-trial briefs concurrently on Monday November 8, 2021 by 5:30 p.m. The parties agree not to file reply briefs.

Dated:  October 27, 2021          Respectfully Submitted,

/s/ D. Nicole Guntner
D. NICOLE GUNTNER, FBN 1028925
E. SAMUEL GEISLER, FBN 83817
STEPHEN H. ECHSNER, FBN 304719
BRYAN F. AYLSTOCK, FBN 78263
Aylstock, Witkin, Kreis & Overholtz, PLLC

17 East Main Street, Second floor
Pensacola, Florida 32502
Office: (850) 202-1010
Fax: (850) 916-7449
nguntner@awkolaw.com
sgeisler@awkolaw.com
sechsner@awkolaw.com
baylstock@awkolaw.com
sallyteam@awkolaw.com

*/s/ Thomas F. Gonzalez*
THOMAS F. GONZALEZ, FL Bar #173878
CHARLES T. WIGGINS, FL Bar #48021
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, Florida 32502
Office: (850) 432-2451
tfg@beggslane.com
jnd@beggslane.com

*/s/ Brian H. Barr*
BRIAN H. BARR, FL Bar 493041
EMMANUELLA J. PAULOS, FL Bar 99010
Levin Papantonio Rafferty Proctor
Buchanan O'Brien Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Office: (850) 435-7000
bbarr@levinlaw.com
epaulos@levinlaw.com

**Attorneys for Claimants**

/s/ Scott A. Remington
SCOTT A. REMINGTON
Florida Bar No. 122483
JEREMY C. BRANNING
Florida Bar No. 507016
ELIZABETH C. BILLHIMER
Florida Bar No. 121986
CLARK PARTINGTON
P.O. Box 13010
Pensacola, FL  32591-3010
Telephone: (850) 434-9200
Facsimile: (850) 432-7340

and

DEREK A. WALKER
Admitted Pro Hac Vice
KENNETH H. TRIBUCH
Florida Bar No. 986887
Harold. K. Watson, Esq.
Derek A. Walker, Esq.
Charles P. Blanchard, Esq.
Jon W. Wise, Esq.
CHAFFE MCCALL, LLP
2300 Energy Centre 1100 Poydras Street
New Orleans, LA  70163
Telephone:  (713) 546-9800
Facsimile:   (713) 546-9806

***Attorneys for Skanska USA Civil Southeast Inc. and Skanska USA, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify, on this 27th day of October 2021, that the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

*/s/ D. Nicole Guntner*
D. Nicole Guntner
Aylstock Witkin Kreis & Overholtz, PLLC
