UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE SKANSKA USA CIVIL SOUTHEAST, INC. AND SKANSKA USA, INC. AS OWNERS OF THE BARGE KS 5531 PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>_____/ | ADMIRALTY RULE 9(H)<br><br>CIVIL ACTION NO.<br>3:20-CV-5980 –RV/MJF<br><br>SENIOR DISTRICT JUDGE LACEY A. COLLIER |

## NOTICE OF APPEAL

Notice is hereby given that Petitioners Skanska USA Civil Southeast, Inc. and Skanska USA, INC. (collectively "Skanska"), in the above named case, hereby appeal to the United States Court of Appeal for the Eleventh Circuit from the Northern District of Florida's Order dated October 1, 2021 on Claimants' Spoliation Motion and for Sanctions, D.E. 1298, and the prior, intertwined orders at D.E. 1265, D.E. 1280, and D.E. 1310.  Copies of these orders are attached as Exhibits A – D.

*(Signatures on the following page)*

Respectfully submitted,

*/s/ Elizabeth C. Billhimer*
**SCOTT A. REMINGTON**
Florida Bar No. 122483
**JEREMY C. BRANNING**
Florida Bar No. 507016
**ELIZABETH C. BILLHIMER**
Florida Bar No. 121986
**CLARK PARTINGTON**
P.O. Box 13010
Pensacola, FL  32591-3010
Telephone: (850) 434-9200
Facsimile: (850) 432-7340

Harold. K. Watson, Esq.
Derek A. Walker, Esq.
Charles P. Blanchard, Esq.
Jon W. Wise, Esq.
**CHAFFE MCCALL, LLP**
801 Travis, Suite 1910
Houston, Texas 77002
Telephone:  (713) 546-9800
Facsimile:    (713) 546-9806

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/ *Anthony J. Russo*
ANTHONY J. RUSSO, ESQ.
Florida Bar No.: 506508
arusso@butler.legal
MIHAELA CABULEA
Florida Bar No.: 71586
mcabulea@butler.legal
rburnison@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:   (813) 281-0900

*Attorneys for Skanska USA Civil Southeast Inc. and Skanska USA, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of Court and furnished to all counsel of record through the Court's CM/ECF electronic filing system on this 1st day of November, 2021:

                                        */s/ Elizabeth C. Billhimer*
                                        **ELIZABETH C. BILLHIMER**