IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN IN RE SKANSKA USA
CIVIL SOUTHEAST INC. AND
SKANSKA USA, INC., AS
OWNERS OF THE BARGE KS       ADMIRALTY RULE 9(H)
5531 PRAYING FOR
EXONERATION FROM OR          Case No.: 3:20cv5980/LAC/HTC
LIMITATION OF LIABILITY
_____/

**ORDER**

Before the Court is Skanska Usa Civil Southeast Inc. and Skanska Usa, Inc.'s ("Skanska") "Motion to Defer Payment of Monetary Sanctions until Issuance of Interlocutory Decree on Liability, Or, in the Alternative, Motion to Approve Supersedeas Bond to Stay Execution Of Monetary Sanctions Order Pending Appeal" (ECF No. 1325).  Claimants filed a response in opposition to the motion, which includes a Motion for Entry of Judgment on Monetary Sanctions Award (ECF No. 1338).  The Court notes that an interlocutory appeal (ECF No. 1326) has been filed against the Court's Order that imposed the sanctions at hand.

Skanska's motion is **GRANTED** only to the extent that the Court approves the Civil Supersedeas Bond, contingent upon Skanska filing an amended bond that

strikes the following statement, appearing on Page Two: "In no event shall the surety's liability exceed the total bond amount of $101,650.96."

Claimants' motion for entry of judgment is **DENIED** without prejudice.

**ORDERED** on this 15th day of November, 2021.

                                                 s/ *L.A. Collier*
                                                 Lacey A. Collier
                                       Senior United States District Judge