UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SKANSKA USA CIVIL SOUTHEAST, INC. AND SKANSKA USA, INC. AS OWNERS OF THE BARGE KS 5531 PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

**ADMIRALTY RULE 9(H)**

**CIVIL ACTION NO. 3:20-CV-5980 –RV/MJF**

**SENIOR DISTRICT JUDGE LACEY A. COLLIER**

## NOTICE OF APPEAL

Notice is hereby given that Petitioners, Skanska USA Civil Southeast, Inc. and Skanska USA, Inc. (collectively "Skanska"), in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the United States District Court for the Northern District of Florida's "Order and Final Judgment" (ECF No. 1352) filed December 29, 2021.  Skanska has filed a Motion for a New Trial pursuant to Fed. R. Civ. P. 59(a)(1)(B) and 59(a)(2), and a Motion for Additional Findings of Fact, Additional and Amended Conclusions of Law, and to Amend the Judgment in the district court under Rule 52(b) and Rule 59.  Those motions are not yet ruled upon.  If warranted, Skanska will file an amended notice

1

of appeal pursuant to rule 4(a)(4)(A), Fed. R. App. P. should the district court deny

the relief sought by Skanska.


Respectfully submitted,

*/s/ Harold K. Watson*
**DEREK A. WALKER**
Admitted *Pro Hac Vice*
**KENNETH H. TRIBUCH**
Florida Bar No. 986887
Harold K. Watson, Esq.
Derek A. Walker, Esq.
Charles P. Blanchard, Esq.
Jon W. Wise, Esq.
**CHAFFE MCCALL, LLP**
801 Travis, Suite 1910
Houston, Texas 77002
Telephone:  (713) 546-9800
Facsimile:   (713) 546-9806

**SCOTT A. REMINGTON**
Florida Bar  No. 122483
**JEREMY C. BRANNING**
Florida Bar No. 507016
**ANDREW M. SPENCER**
Florida Bar No. 0119966
**CLARK PARTINGTON**
P.O. Box 13010
Pensacola, FL  32591-3010
Telephone: (850) 434-92000
Facsimile: 9850) 432-7340

**ANTHONY J. RUSSO, ESQ.**
Florida Bar No.: 508608
arusso@butler.legal
**MIHAELA CABULEA, ESQ.**
Florida Bar No.: 71586
mcabulea@butler.legal
rburnison@butler.legal
**BUTLER WEIHMULLER KATZ CRAIG LLP**
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (713) 546-9800
Facsimile: (713) 546-9806

***Attorneys for Skanska USA Civil Southeast, Inc. and Skanska USA, Inc.***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of Court and furnished to all counsel of record through the Court's CM/ECF electronic filing system on this 18th day of January, 2022.

>/s/ *Andrew M. Spencer*
>**ANDREW M. SPENCER**