IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN IN RE SKANSKA USA
CIVIL SOUTHEAST INC. AND
SKANSKA USA, INC., AS
OWNERS OF THE BARGE KS         ADMIRALTY RULE 9(H)
5531 PRAYING FOR
EXONERATION FROM OR            Case No.: 3:20cv5980/LAC/HTC
LIMITATION OF LIABILITY
_____/

## ORDER

As a matter of preserving judicial resources, the Court **DEFERS** ruling on Claimants' Amended Bill of Costs (Doc. 1365) pending resolution of Skanska's appeal from this Court's judgment.  Claimants shall notify the Court when the appeal is resolved and the Eleventh Circuit has issued its mandate.

**ORDERED** on this 14th day of March, 2022.

                                    s/ *L.A. Collier*
                                    Lacey A. Collier
                                    Senior United States District Judge